# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Nancy Roell,                  )

                       )

        Plaintiff,      )

                       )     Case No. **1:14-cv-637**

v.                     )

                       )

Hamilton County, Ohio, et al.,  )

                       )

        Defendants     )

## DECLARATION OF GARY M. VILKE, M.D., FACEP, FAAEM

I, Gary M. Vilke, being of legal age and under penalties of perjury, state as follows:

1. I am a competent adult and have personal knowledge of the following facts, or believe them to be true based on information and belief. Facts about which I do not have personal knowledge are of a type reasonably relied upon by experts in this field and have probative value to me in rendering my opinions.
2. Attached is a true and accurate copy of my updated expert report in the above captioned litigation.
3. The report summarizes my analysis and findings and includes a statement of my opinions. The report also includes data and other information considered by me in forming my opinions and sets out my qualifications including my resume. My report was updated as a result of additional information received through the Affidavit of Jennifer C. Schott, M.D. and for the purpose of rebutting certain deposition testimony given by Douglas Smith, M.D.
4. My opinions are expressed to a reasonable, or higher, degree of professional certainty and/or probability.
5. I affirm under penalties of perjury that the foregoing statements are true and correct.


2/25/16

_____

Date

_____

Gary M. Vilke, M.D., FACEP, FAAEM

*Gary M. Vilke, M.D., FACEP, FAAEM*
*11279 Breckenridge Way*
*San Diego, California 92131*
*(619) 666-8643*

February 23, 2016

Linda L. Woeber, Esq.
Montgomery Rennie & Jonson
Suite 2100
36 E. Seventh St.
Cincinnati Ohio 45202

RE :  Nancy Roell v Hamilton County, Ohio/County Board of Commissioners, et al
Case No. 1:14-cv-637

## Introduction

I am a board-certified emergency department physician with substantial experience in sudden cardiac arrest and sudden cardiac death, including my service as the Medical Director of the American Heart Association Training Center at the University of California, San Diego Center for Resuscitation Science for the past seven years.  I am also an independent researcher on the effects of position and weight force, Excited Delirium Syndrome (ExDS), as well as TASER electronic control devices (ECD's) on human physiology and in-custody cardiac arrest and deaths.

I have been retained as an expert to review relevant materials and provide expert opinion on this matter, including the state of the medical and scientific literature as of the date of the incident, August 13, 2013, and today, and to consider and render expert opinion on whether the arrest and restraining process and use of the TASER ECD were contributory to Mr. Gary Roell's cardiac arrest and sudden death.  After careful review, it is my opinion to a reasonable degree of medical certainty that Mr. Roell's cardiac arrest was not caused by the arrest and restraining process nor the TASER ECD utilized by the officers.  These opinions and related opinions are set forth in the expert report.

**Materials Reviewed**

I have reviewed extensive materials pertaining to the above referenced case. This includes, but is not limited to:

**Case-Specific Materials:**

1. Civil Complaint and Jury Demand
2. Hamilton County Sheriff Investigation Report
3. Hamilton County CAD Incident Recall
4. Sycamore Township EMS Record
5. Death Record/Autopsy
6. Transcribed Interview of: Fireman Tom Swimeley
7. Transcribed Interview of: Nancy Roell
8. Transcribed Interview of: Rachana Agarwal, Soham Agarwal, Subbash Goel, Madhu Liki Goel
9. Transcribed Interview of: Jayson Alderman
10. Transcribed Interview of: Firefighter/EMT Greg Roth
11. Transcribed Interview of: Craig Short
12. Transcribed Interview of: Deputy Joseph Huddleston
13. Transcribed Interview of: Officer Matthew Alexander
14. Transcribed Interview of: Willy Dalid
15. Transcribed Interview of: Corporal Michael Steers
16. Transcribed Interview of: Deputy Matthew Sewall
17. Deposition of: Craig Short
18. Deposition of: Jayson Alderman
19. Deposition of: Russell K. Bell, Jr
20. Deposition of: Jay Gramke
21. Deposition of: Barbara Stuckey
22. Deposition of: Sergeant Steers
23. Deposition of: Corporal Jeffrey T. Gilliland
24. Deposition of: Deputy Sewall
25. Deposition of: Willy J. Dalid
26. Deposition of: Deputy Joe Huddleston

27.    Deposition of: Deputy Matthew Alexander

28.    Deposition of Lt William Rarrick

29.    Deposition of Sheriff James C. Neil, Jr.

30.    Medical Records from Bethesda Group Practice – Arrow Springs (Dr. Grendel)

31.    Medical Records from  Bethesda North

32.    Medical Records from Bridgepointe – Dr. Seltzer

33.    Medical Records from Greater Cincinnati Behavioral Health

34.    Medical Records from Group Health ENT – Dr. Mark David Deutsch

35.    Medical Records from Hennepin County Medical Center

36.    Medical Records from Dr. James Mulderig

37.    Medical Records from Summit Behavioral Health

38.    Medical Records from Sycamore Township EMS

39.    Medical Records from UC Health Lindner Center of Hope

40.    Medical Records from University Hospital

41.    Prescription record for Gary Roell, Sr.

42.    Pictures of the interior and exterior of the Roell condo.

43.    Expert Report of Michael D. Lyman, PhD dated October 31, 2015

44.    Expert Report of Douglas A. Smith, MD dated November 1, 2015

45.    TASER download and evaluation by Bryan Chiles dated 10/31/15

46.    Academy of Medicine of Cincinnati – Protocols for SW Ohio M407 Psychiatric Protocol

47.    Affidavit of Jennifer C. Schott, M.D.


**Medical Literature:**

Bozeman WP, Hauda WE 2nd, Heck JJ, Graham DD Jr, Martin BP, Winslow JE. Safety and injury profile of conducted electrical weapons used by law enforcement officers against criminal suspects. Ann Emerg Med. 2009 Apr;53(4):480-9. Epub 2009 Jan 21.

Dawes D, Ho J, Miner J. The neuroendocrine effects of the TASER X26: a brief report. Forensic Sci Int. 2009 Jan 10;183(1-3):14-9. Epub 2008 Nov 18.

Eastman AL, et al. Conductive electrical devices: a prospective, population-based study of the medical safety of law enforcement use. J Trauma. 2008 Jun;64(6):1567-72.

Ho JD, Miner JR, Lakireddy DR, Bultman LL, Heegaard WG. Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. Acad Emerg Med. 2006 Jun;13(6):589-95. Epub 2006 Mar 21.

Strote J, et al. Conducted Electrical Weapon Use by Law Enforcement: An Evaluation of Safety and

Injury. J Trauma. 2009 Dec 22. [Epub ahead of print].

Vilke GM, Sloane CM, Suffecool A, Kolkhorst FW, Neuman TS, Castillo EM, Chan TC. Physiologic effects of the TASER after exercise. Acad Emerg Med. 2009 Aug;16(8):704-10.

Vilke GM, Sloane C, Levine S, Neuman T, Castillo E, Chan TC. Twelve-lead electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser X26. Am J Emerg Med. 2008 Jan;26(1):1-4.

Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan TC. Physiological effects of a conducted electrical weapon on human subjects. Ann Emerg Med. 2007 Nov;50(5):569-75. Epub 2007 Aug 24.

Ho J, Dawes D, Nelson RS, et al. Acidosis and catecholamine evaluation following simulated law enforcement "use of force" encounters. Acad Emerg Med 2010 Jul;17(7):e60-8.

Vilke GM, Bozeman WP, Chan TC. Emergency Department Evaluation after Conducted Energy Weapon Use: Review of the Literature for the Clinician. J Emerg Med 2011;40(5):598-604. Epub 2011 Jan 4.

Panescu D, Kroll M, Brave M. Cardiac Fibrillation Risks with TASER Conducted Electrical Weapons. IEEE EMBS 2015; 37:323-329.

Chan TC, Vilke GM, Neuman T, Clausen JL: Restraint position and positional asphyxia. Ann Emerg Med 1997;30(5):578-586.

Chan TC, Vilke GM, Neuman T: Reexamination of custody restraint position and positional asphyxia. Am J Forensic Med Pathol 1998;19(3):201-205.

Vilke GM, Chan TC, Neuman T, Clausen JL: Spirometry in normal subjects in sitting, prone, and supine positions. Respir Care 2000;45(4):407-410.

Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T: The impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, final report. NCJ 182433. Washington, DC: United States Department of Justice, National Institute of Justice, 2000, 68 pages.

Chan TC, Vilke GM, Clausen J, Clark RF, Schmidt P, Snowden T, Neuman T: The effect of oleoresin capsicum "pepper" spray inhalation on respiratory function. J Forensic Sci 2002; 47(2):299-304.

Chan TC, Neuman T, Clausen J, Eisele J, Vilke GM: Weight force during prone restraint and respiratory function. Am J Forensic Med Pathol 2004;25(3):185-189.

Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW. Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. J Forensic Sci 2007;52(1):171-175.

Reay DT, Howard JD, Fligner CL, Ward RJ. Effects of positional restraint on oxygen saturation

and heart rate following exercise. Am J Forensic Med Pathol. 1988 Mar;9(1):16-8.

Schmidt P, Snowden T. The effects of positional restraint on heart rate and oxygen saturation. J Emerg Med 1999;17:777-782.

Vilke GM, Sloane C, Castillo EM, Kolkhorst FW, Neuman TS, Chan TC. Evaluation of the Ventilatory Effects of a Restraint Chair on Human Subjects.. J Emerg Med. 2011;40(6):714-8. Epub 2010 Jan 13.

Savaser DJ, Campbell C, Castillo EM, Vilke GM, Sloane C, Neuman T, Hansen AV, Shah S, Chan TC. The effect of the prone maximal restrained position with and without weight force on cardiac output and other hemodynamic measures. J Forens Leg Med. 2013 Nov;20(8):991-5. Epub 2013 Aug 30.

Sloane C, Chan TC, Kolkhorst F, Neuman T, Castillo EM, Vilke GM. Evaluation of the Ventilatory Effects of the Prone Maximum Restraint Position (PMR) on Obese Human Subjects. Forens Sci Int 2014;237:86-9. Epub 2014;46(6):865-72. Epub 2014 Feb 14.

Cary NRB, et al: The effect of simulated restraint in the prone position on cardiorespiratory function following exercise in humans. J Physiol 1998;525:30.

Ho JD, Dawes DM, Moore JC, Caroon LV, Miner JR: Effect of position and weight force on inferior vena cava diameter--implications for arrest-related death. Forensic Sci Int. 2011 Oct 10;212(1-3):256-9.

Vilke GM, Payne-James J, Karsch SB. Excited Delirium Syndrome (ExDS): Redefining an Old Diagnosis. J Forens Legal Med. 2012;19:7-11.

Bell, L. On a form of disease resembling some advanced stages of mania and fever, but so contradistinguished from any ordinary observed or described combination of symptoms as to render it probable that it may be overlooked and hitherto unrecorded malady. American Journal of Insanity. 1849; 6:97-127.

Vilke, GM, Bozeman WP, Dawes DM, DeMers, G, Wilson MP. Excited delirium syndrome (ExDS): Treatment options and considerations. J Forens Legal Med. [Epub 2012 Jan 24]

Vilke GM, DeBard ML, Chan TC, Ho JD, Dawes DM, Hall C, Curtis MD, Costello MW, Mash DC, Coffman SR, McMullen MJ, Metzger JC, Roberts JR, Sztajnkrcer MD, Henderson SO, Adler J, Czarnecki F, Heck J, Bozeman WP. Excited Delirium Syndrome (ExDS): Defining Based on a Review of the Literature. J Emerg Med. [Epub 2011 Mar 24]

Wilson MP, Vilke GM. The patient with excited delirium in the emergency department. In Zun LS, Chepenik LG, Mallory MNS editors. Behavioral Emergencies: A handbook for emergency physicians. Cambridge: Cambridge University Press; 2013.

Hughes, E.L., Special Report, Special Panel Review of Excited Delirium, Less-Lethal Devices Technology Working Group, NIJ Weapons and Protective Systems Technologies Center, Penn State.

White Paper Report on Excited Delirium Syndrome. ACEP Excited Delirium Task Force, http://ccpicd.com/Documents/Excited%20Delirium%20Task%20Force.pdf; September 10, 2009.

Jauchem J. Pathophysiologic changes due to TASER devices versus excited delirium: Potential relevance to deaths-in-custody? J Forensic Leg Med. May 2011;18(4):145-153.

Five (5) year NIJ study: Laub, J., Study of Deaths Following Electro Muscular Disruption, National Institute of Justice, May 2011.

**Overview of Opinions**
**(All opinions within this report are to a reasonable degree of medical or scientific certainty and probability based on the information currently available)**

An overview of my opinions is as follows with more description of each below:

1. *There is no published medical or scientific literature that demonstrates or concludes that a TASER X2 ECD used in a subject with the BMI the size of Mr. Roell can cause cardiac arrest or sudden death in a human.*

2. *The restraining process did not cause the sudden cardiac arrest and death in Mr. Roell.*

3. *I agree with the medical examiner that Mr. Roell was suffering from signs and symptoms consistent with Excited Delirium Syndrome and that this was the likely cause of the cardiac arrest and sudden death.*

4. *Mr. Roell had an enlarged heart that placed him at significant risk of going into sudden cardiac arrest and dying.*

5. *Medical experts recommend using an approach similar to the one used by the deputies to get Mr. Roell restrained*

6. *Even if EMS had been called to the scene earlier, Mr. Roell would still have died from his ExDS induced by his medication non-compliance.*

7. *Plaintiff's expert Michael Lyman, PhD is not a medical doctor, and the following opinions in his report dated October 31, 2015 are without basis:*

    a. *Dr. Lyman is critical of the location of the TASER ECD probes, reporting as "improper placement" when in fact the physical evidence shows the probes were located in positions that would not cause any medical problems.*

    b. *Dr. Lyman is critical of the deputies, reporting that there was "Evidence of improper positioning of Roell on his stomach," when the record establishes he was on his side most of the time, and there is no medical literature to support this criticism.*

*c.* ***Much of Dr. Lyman's report is based on a reference that was not even in existence at the time of the event with Mr. Roell.***

## Analysis

Gary Roell a 59-year-old male, was acting in a bizarre behavior for some time, destroying the inside and outside of his residence. Because of this behavior, a neighbor called deputies on August 13, 2013. When deputies arrived, Mr. Roell did not respond to verbal commands and a TASER electronic control device (ECD) was brandished and sparked to attempt to get Mr. Roell to comply with commands in an attempt to avoid a physical altercation. This did not work and in fact Mr. Roell threw a potted plant at the deputies. Deputy Huddleston deployed his TASER X2 ECD, but there was little to no effect and Mr. Roell continued to fight and move. The TASER ECD was used a second time with similar results. Then Deputy Huddleston deployed the second probe set of the TASER ECD with similar ineffective results. Mr. Roell continued to fight, resist and struggle with the deputies. Ultimately he was restrained with two pairs of handcuffs clipped together in the front.

Based on computer assisted dispatch (CAD) data, Deputies Alexander and Huddleston arrived at 0250 and then radioed at 0255 that they had one in custody. EMS was requested at 0257. Paramedics arrived on scene at 0307 and started resuscitating him, but ultimately Mr. Roell did not regain a return of spontaneous circulation and was pronounced dead at the hospital. Mr. Roell weighed 234.5 lbs and was 5' 10" tall at the time, for a Body Mass Index (BMI) of 33.64, which puts him into the obese range. Given this history, there are a number of issues that need to be addressed in more detail below. All opinions given are to a reasonable, or higher, degree of medical or scientific certainty or probability based on the information currently available.

**Detailed discussion and basis of opinions**

*1.* ***There is no published medical or scientific literature that demonstrates or concludes that a TASER X2 ECD used in a subject with the BMI the size of Mr. Roell can cause cardiac arrest or sudden death in a human.***

There is no peer-reviewed published scientific or medical literature that concludes that TASER ECDs cause cardiac dysrhythmias or cardiac arrest in humans utilized in the probe mode away from the chest transcardiac axis or in probe mode in subjects with a BMI the size of Mr. Roell. Estimates of the theoretical risk of inducing a lethal cardiac dysrhythmia, ventricular fibrillation (VF) is less than 1 in over 2.8 million uses and would require a "perfect" chest transcardiac probe deployment with deep penetration of probes into a thin chest-walled subject creating very close dart to heart distance. This was not the case with Mr. Roell. More than 2 million volunteer subjects have undergone TASER ECD activations, and none have ever been reported to develop sudden cardiac arrest or die. Just because a TASER ECD was being used in proximity to a death, does not imply causation.

The TASER X2 ECD data download shows the device was activated 8 times via the ARC switch and 2 times via the Trigger switch on August 13, 2013 during the event with Mr. Roell. The total time from the trigger pulls was 25 seconds of activation time. As noted previously, in order for an ECD to deliver a charge to the person the electrical circuit must be completed and maintained.

| Seq # | Local Time | Duration (seconds) | Detail | Interpreted clinical scenario |
|---|---|---|---|---|
| 792 | 02:38:05 | 1 | ARC switch activated | Device sparked, contact |
| 793 | 02:38:16 | 1 | ARC switch activated | 1/5th of a second activation, likely sparked |
| 796 | 02:38:39 | 1 | ARC switch activated | 1/5th of a second activation |
| 797 | 02:38:50 | 1 | ARC switch activated | 1 second activation in drive stun mode |
| 798 | 02:38:53 | 5 | Cartridge 1 deployed | 1st probes deployed, minimal to no effect for 5 sec |
| 799 | 02:39:01 | 5 | ARC switch activated | 5 second activation, minimal to no effect |

| 800 | 02:39:30 | 3 | ARC switch activated | 3 second activation, minimal to no effect |
| 801 | 02:39:33 | 1 | ARC switch activated | 1/6th of a second activation |
| 802 | 02:39:57 | 5 | Cartridge 2 deployed | 2nd pair probes deployed, minimal to no effect for 5 sec |
| 803 | 02:40:15 | 2 | ARC switch activated | second activation, minimal to no effect |

Thus, as a point of clarification, just because the TASER ECD download recorded 25 seconds of activation time from the TASER ECD, does not mean that the TASER ECD was indeed in contact with the subject and delivering the electrical stimulus for that amount of time. Often with moving, squirming, rolling and kicking, probes can become dislodged or wires broken. In fact, based on the description by the deputies of how the TASER ECD did not have any effect on Mr. Roell, coupled with the conduction download of the TASER device, the actual time any energy was being transmitted was much less. But either way, in evaluating this case, I have assumed a worst case scenario that all of the activations in probe mode were conducting electricity.

There was no reported evidence that the probes even landed in the region creating a transcardiac conduction possibility. In the emergency department, the nurse documented probe positions of one being located above the right buttocks, one located in shirt over the left mid back but not embedded, just stuck in the shirt. The emergency physician documented no penetrating chest trauma. The medical examiner noted a barb to the right side of his back, a barb to the left side of the back of the shirt and a barb from the hospital sheet. No barbs were confirmed to have landed over the heart creating even the consideration of a TASER induced cardiac arrest.

The microscopic evaluation by Dr. Schott of the barb sites on Mr. Roell's skin reflected that there was "no evidence of electrical burns cased by the conducted energy device used on Mr. Roell." When electricity is conducted by a TASER ECD, there is typically a "signature mark" at the site where the TASER ECD comes in contact with the skin, which is basically a small local thermal injury. If electricity is not conducted, there will typically be a puncture mark where the probe

penetrated the skin but no signature mark, no thermal injury. This is what was reported in the case of Mr. Roell, supporting that the TASER ECD did not even conduct electricity.

In this case, Mr. Roell was reported to be continuing to struggle well after the end of the final TASER ECD activation. If the TASER ECD had "electrocuted" Mr. Roell, his heart would have gone into a ventricular fibrillation (VF) at the time the electricity was being delivered and he would have immediately lost consciousness at the time that the TASER ECD was firing or within 1-2 seconds after stopping. Subjects in VF cannot fight or struggle, let alone remain conscious as the blood flow to the brain ceases immediately. The clinical presentation of a patient of mine who went into VF spontaneously while I was talking with her was that of losing consciousness mid sentence and passing out. When I turned to look at the monitor, I could see her rhythm go from a normal rhythm to VF essentially simultaneously with her losing consciousness. It happens that fast.

This time of struggle that Mr. Roell had after the last TASER ECD activation supports that the TASER ECD did not cause the heart to go into cardiac arrest. This conclusion is also supported in that the first rhythm reported by the paramedics who treated Mr. Roell shortly after he went into cardiac arrest recorded the first rhythm as asystole (flatline). Asystole is not a rhythm caused by electricity, VF is. Additionally, Dr. Schott did not find evidence that there was any energy transferred by the TASER probes into the skin of Mr. Roell. And finally, once again, in the medical and scientific literature, there has never been a cardiac arrest or sudden death reported to have occurred as caused by a TASER ECD in probe mode in a subject with the BMI of Mr. Roell. All of the published scientific data as well as the objective evidence available in this case confirm that the use of the TASER ECD was non-contributory to the death of Mr. Roell.

### 2. The restraining process did not cause the sudden cardiac arrest and death in Mr. Roell.

During the period that Mr. Roell was being handcuffed, he was restrained in a position on his left side with a certain amount of weight placed on him initially to gain control over him while cuffing. After Mr. Roell was cuffed he was reported to continue kicking and resisting. He was yelling and mumbling, breathing and struggling and without any reported evidence of respiratory or ventilatory difficulty during this time. He was not reported to complain of shortness of breath or difficulty breathing after being restrained.

There is no literature that supports that prone, side or supine positioning, either with hands cuffed in front or behind the back will limit ventilations that can lead to asphyxiation. There was some weight applied to Mr. Roell and is described as follows: Deputy Huddleston had his knee on Mr. Roell's side at the hip. Deputy Dalid controlled the upper torso by kneeling on the side of Mr. Roell and using his hand on the back and shoulder. Deputy Alexander and Officer Alderman were helping control the legs. Beyond these positions, it was reported that there was nobody on top of him when he was still actively fighting.

The timeline based on dispatch records noted Deputies Alexander and Huddleston arrived at 0250 and that they had radioed that Mr. Roell was in custody at 0255, a total of only five minutes. During that five-minute interval, deputies approached; the scene was assessed by the deputies; they spoke with Mr. Roell; they tried to manually take him into custody; they used the TASER ECD; and then they started to struggle and the cuffing took place. The actual time of struggle to get the cuffs on was only a small fraction of this short time interval, which is not long enough to cause asphyxiation in and of itself.

The majority of the weight force was not even on Mr. Roell in such a position that would have created the potential to limit ventilation. The weight on the legs would have no impact on ventilation. The weight placed on the shoulders and possibly upper back while cuffing would not significantly limit ventilations enough to cause asphyxiation. Research using up to 220 lbs of

weight on a subject's back has not shown to cause physiologic changes that would imply asphyxiation is even possible with that amount of weight.

Given that Mr. Roell was alive and resisting before, during, and after the handcuffing, and that the cardiac arrest occurred suddenly later in time, the effort to restrain and handcuff him did not cause asphyxia. There is no evidence that position, restraint or body weight caused or contributed to Mr. Roell' death.

3. ***I agree with the medical examiner that Mr. Roell was suffering from signs and symptoms consistent with Excited Delirium Syndrome and that this was the likely cause of the cardiac arrest and sudden death.***

Excited Delirium Syndrome (ExDS) is a syndrome most commonly caused by use of stimulant drugs like cocaine, methamphetamine or PCP and presents typically with aggressive and often paranoid behavior, but can also be caused by uncontrolled and untreated psychiatric illnesses, particularly schizophrenia. In fact, the original description of ExDS symptoms was in psychiatric patients. And in the days before there were medications to treat these patients, the mortality rate was reported at 75%. Currently, the majority of cases occurs in subjects using illicit drugs and is a significant cause of sudden cardiac arrest, however deaths are certainly still reported in psychiatric patients who have stopped taking their medications, spiral out of control and die.

Classically, people suffering from ExDS are delusional often hallucinating or paranoid, are hyperactive, may be violent despite threats or overwhelming force, fight inappropriately, be inappropriately dressed for the conditions or take off their clothes or do actions to cool themselves down, may be sweaty, have elevated body temperatures, and are often breathing fast. They are also often destructive and described as having superhuman strength. Some have reported an attraction to glass or mirrors.

The actual pathophysiology of ExDS is complex and not well understood. Anatomic and molecular evaluation of ExDS patients who die has focused primarily on postmortem brain examinations. Results demonstrate a characteristic loss of the dopamine transporter in the striatum of chronic drug abusers who die with clinical presentations consistent with and a diagnosis of ExDS. This suggests that one potential pathway for the development of ExDS is excessive dopamine stimulation in the striatum.

Even more supportive of central dopamine stimulation as a pathway is the fact that hypothalamic dopamine receptors are responsible for thermoregulation. These disturbances of dopamine neurotransmission may help explain the profound elevated temperatures reported in many ExDS patients as well as elevated levels of heat shock proteins, which are found in nearly every cell and act to protect cell proteins from a variety of stressors. The central dopamine hypothesis also provides a link to psychiatric etiologies and the delirious presentation in patients with ExDS.

ExDS places the individual at increased risk for sudden death syndrome, felt by most experts to be caused by an irregular or stoppage of the heartbeat, caused by the increased stress and work on the heart by the excited, over-stimulated, agitated physical state. There are data that this state is caused by a central brain effect and changes in neurotransmitter receptors. Once the heart goes into an irregular beat or stops, blood flow through the body ceases and shortly thereafter, the subject will lose consciousness due to lack of blood flow to the brain and stops breathing. Often, law enforcement officers or medical personnel will notice that the subject has quieted down, thinking that he has finally calmed down and given up the fight. Then a short time later is when someone will identify that the subject is suddenly in cardiac arrest.

Mr. Roell was reported to have a number of symptoms consistent with ExDS. He was agitated and was delusional, and acting in an odd behavior. He was also violent and destructive. He was not following commands. He was wet, thought to be sweaty, and he was naked from the

waist down. He was described as strong and that even with using leverage, the young deputies had difficulty getting this 59-year-old male handcuffed. Finally, the initial cardiac rhythm of asystole is also common for ExDS. All of these are clinical findings of ExDS.

ExDS has a significant mortality rate and requires medical therapy to optimize outcomes, with most experts in agreement that the sooner therapy is initiated, the better. The medical community does not expect law enforcement to make a diagnosis of ExDS, as a number of medical issues such as hypoglycemia, thyroid storm, seizures or delirium tremens can mimic ExDS by causing altered mental status. Law enforcement's role is to secure a scene and get a violent or agitated or altered person safely restrained so that medical personnel can determine whether and how to initiate treatment.

Mr. Roell was not going to get better and improve over time. His ExDS presentation was due to his lack of compliance with taking his psychiatric medications. Once in the throes of ExDS, the individual is not thinking clearly and will not calm down or wind down over time. He will continue to escalate until intervention occurs with restraint and forced sedation to hopefully break the cycle and interrupt the already high risk of sudden death. Otherwise, just observing will more likely than not result in death as originally described by Dr. Bell with the 75% mortality rate. The deputies made the correct decision to intervene with Mr. Roell.

Based on the signs and symptoms being exhibited by Mr. Roell, I agree with the medical examiner that the cause of Mr. Roell's death was ExDS, which more likely than not caused his cardiac arrest. This also seems to be the opinion of the plaintiff's experts.

### 4. *Mr. Roell had an enlarged heart that placed him at significant risk of going into sudden cardiac arrest and dying.*

Additionally, besides being in a state of ExDS, Mr. Roell had myocardial hypertrophy of his

heart noted on his autopsy. His heart weighed 490g. This is enlarged for a man of this age and size where it should be closer to 400g. This physical enlargement of the heart in and of itself can place an individual at increased risk for sudden cardiac arrest and death. Most likely this enlargement of his heart was from his history of hypertension. The increased amount of cardiac tissue mass increases total oxygen demand compared with a normal sized heart, and this can lead to the heart not getting enough oxygen in the blood supply in times of significant exertion, which will make the heart muscle irritable and more at risk to go into sudden cardiac arrest. This coupled with the severe acidosis from the ExDS, which also irritates the heart, meant Mr. Roell was a ticking time bomb to go into cardiac arrest at any time.

5. ***Medical experts recommend using an approach similar to the one used by the deputies to get Mr. Roell restrained.***

ExDS is hallmarked by delirium and extreme agitation. Mr. Roell was already in a state of ExDS when the officers arrived. Their actions did not create ExDS or tip him over the edge into ExDS. He was already exhibiting signs when they arrived, and the incredible strength they experienced when initially trying to gain control by going hands on, shows in hindsight that he was experiencing ExDS. In such an agitated, delirious state, the individual is not going to be susceptible to verbal de-escalation. Talking calmly and trying to direct subjects who are suffering from ExDS does not work and inevitably, care givers, typically law enforcement, will need to go hands on in order to get the individual restrained. Verbal de-escalation is intended for mildly to moderately agitated individuals, people in mild psychiatric crises, who are able to listen and somewhat comprehend and can be directed. For example in a hospital or psychiatric ward, a wandering slightly confused or mildly angry person can often be verbally de-escalated back to their ward or

bed where further communication can be directed to find out what is bothering them.

Subjects with ExDS are not in a mild or moderate psychiatric crisis. They are typically hallucinating greatly, altered and have difficultly focusing, and this approach does not work. Having personally taken care of dozens of patients in ExDS, I can attest to the ineffectiveness of verbal de-escalation in these patients. This is not a training issue. Crisis Intervention Teams (CIT) or other psychiatrically-trained specialists will have the same end results as I have had, which is failure to be able to communicate and the need to restrain and treat medically. In this case the deputies tried to talk with Mr. Roell, directing him to calm down, but they quickly realized he was not in an emotional or cognitive state where he could be directed or de-escalated and moved on to their next option.

The medical community recommends that the basic principles used by law enforcement to control a subject in ExDS revolve around rapid physical restraint, minimization of the subject's exertional activity, and safety for all. The use of a TASER ECD is felt by many experts to be preferable to the more traditional physical wrestling for control, because fighting or heavy physical exertion has a more deleterious effect on a subject's acid-base status and in a subject who is already very acidotic from the ExDS effects already. Limiting the duration of the struggle is optimal.

In this case, the deputies quickly recognized that Mr. Roell was not in a mental state to comply with commands to offer a simple cuffing and that they were going to need to use some degree of force. They thought that several young healthy deputies would be able to quickly gain control of a 59-year-old and get him restrained. They quickly found out that the exceptional strength that typically is associated with ExDS was too much for them, they quickly moved to using the TASER ECD. This is exactly what should have been done as a prolonged struggle and wrestling match is what needs to be avoided, and that is what occurred in this case.

**6. Even if EMS had been called to the scene earlier, Mr. Roell would still have died from his**

*ExDS induced by his medication non-compliance.*

The CAD records reflect that EMS was initially requested at 0257 and arrived on scene at 0307, approximately 10 minutes later.   Had EMS been called at 0250, which would be an unlikely possibility as the deputies had just arrived at scene at that time themselves and would need a few moments to assess and then call for EMS to be dispatched the outcome would have been the same. If this scenario were the case, the EMS unit would have arrived at approximately 0300.  By the time the paramedics had retrieved their equipment, approached the scene, got a turnover report from the deputies, started a medical assessment, including vital signs, Mr. Roell would not have had time to be treated by paramedics with any sedating medication that would have taken effect before he went into cardiac arrest from his ExDS at approximately 0303.   The medication that the paramedics carry as part of their protocol to treat agitation is midazolam.  Even if Mr. Roell had been restrained sufficiently to allow EMS to give Mr. Roell an intramuscular injection of midazolam at 0301 or 0302, the medication would never have taken effect and prevented the cardiac arrest.  Additionally, there are no data to support that the course of fatal ExDS could be altered by the earlier use of sedation medications, temperature control or antipsychotic medications.  Thus, even if EMS had been called earlier, the fatal outcome suffered by Mr. Roell would not have changed.

**7.  *I do not agree with a few comments and opinions noted by Plaintiff's expert Michael Lyman, PhD in his report dated October 31, 2015 .***

**a.  *Dr. Lyman is critical of the location of the TASER ECD probes, reporting as "improper placement" when in fact it is unclear where the probes where located.***

In his report, Dr. Lyman openly acknowledges that he is not sure where the probes landed on

Mr. Roell's body; "The evidence in this case is unclear as to exactly where the barbs of Huddleston's Taser struck Mr. Roell." He then goes on to provide the limited available information about the dart locations, none of which reference a transcardiac axis probe or over the heart placement, which is the region that is preferred to be avoided if possible. Based on his description of the probe placement in his report, I am unclear how he comes to the conclusion that there was an improper placement of the TASER ECD probes.

> **b. *Dr. Lyman is critical of the deputies, reporting that there was "Evidence of improper positioning of Roell on his stomach," when there is no medical literature to support this criticism.***

Dr. Lyman makes several statements about positioning of Mr. Roell and the risks of asphyxiation that are absolutely incorrect, not based on science and have no scientific literature to support. To the contrary, there is a large body of evidence that body position in a supine, prone or prone restraint position is essentially physiologically neutral with no clinically significant effects. Dr. Lyman reports, "Professional officers know that if not properly positioned on their side or in a seated position, it is possible, if not likely, that the subject being placed under arrest will not be able to breathe properly and might suffocate." This statement is actually ridiculous if one has read any of the medical literature on the topic of restraint position in the last 25 years. People do not asphyxiate by lying on their stomachs when arrested.

Dr. Lyman also quotes a paper from 2003 and writes, "Studies have indicated that when a suspect is face down on his or her stomach, respiration is impaired, and the result may be "positional asphyxia" – in effect, the suspect dies of suffocation. This potential is exacerbated in situations where the suspect is overweight, has exerted substantial energy in resisting arrest or in other ways prior to being restrained, and when the suspect has ingested alcohol and/or drugs to the event." It is

apparent that Dr. Lyman has not actually reviewed any of literature in this field. There was only one scientific paper published in the 1988 by Donald Reay that studied the concept of positional asphyxia and concluded that asphyxia was possible. However, there have been many subsequent studies that have used superior study design and equipment that have debunked this original work and even Dr. Reay acknowledged that his work was faulty. It is disappointing that Dr. Lyman perpetuates himself as an expert in the field, makes opinions on the effect of positioning of subjects and how it can cause them to die, but has obviously never reviewed the medical literature in the field.

### c. *Much of Dr. Lyman's report is based on a reference that was not even in existence at the time of the event with Mr. Roell.*

Michael Lyman PhD refers to the International Association of Chiefs of Police (IACP) document "Model Policy: Excited Delirium" which was published January 2014. The event with Mr. Roell occurred on August 13, 2013, over four months before the IACP paper was even first available. Dr. Lyman refers to this paper at least 10 different times in his report and defines expectations of what the deputies should have done Mr. Roell based on this report, which was not even in existence, let alone available to have been trained on, at the time Mr. Roell was encountered by the deputies. This seems to be unreasonable of Dr. Lyman to expect deputies to be held to a standard from a paper that had yet to even be published.

### Background

My background is that I am a full time faculty member in the department of emergency medicine at the University of California, San Diego (UCSD) Medical Center. I am residency trained

and board certified in Emergency Medicine. I work full time as a practicing clinician in the Emergency Department of a busy urban hospital. I currently serve as the Medical Director for Risk Management for the UC San Diego Health System. I also serve as the UCSD Medical Center's Medical Risk Management Committee Chair and Medical Center Allocation Committee Chair, as well as previously having served as the Chair of the Patient Care and Peer Review Committee, all of which are charged with the task of reviewing medical records and making determinations of standard of care. I am also the former Chief of Staff for the UCSD Medical Center.

I am knowledgeable of peer-reviewed medical and scientific research on the physiological effects of positional restraint and positional asphyxia conducted by others. I have also performed extensive clinical research on human subjects who have been restrained in various positions and with various amounts of weight being placed (articles included in my curriculum vitae) which includes having directly been involved with hundreds of subjects being restrained and studied, hundreds of patients restrained during my work in the emergency department and have personally been restrained with weights placed on me as well. I have been invited to lecture nationally and internationally on this subject. Given my own interests in this area, I regularly perform a complete review of the literature regarding restraints and in custody death.

I am knowledgeable of peer-reviewed medical and scientific research on TASER ECDs conducted by others. In fact, I was the lead author on work requested by the American Academy of Emergency Medicine (AAEM) to review the totality of the peer reviewed published medical literature on humans and come to conclusions regarding the necessary emergency department evaluation of patients being seen after receiving an ECD activation. I have performed extensive clinical research on human subjects who have received TASER ECD applications (articles included in my curriculum vitae) which includes having been involved with over 200 TASER ECD activations and have personally received multiple applications of the device.

I was also the lead author on work requested by the American College of Emergency Physicians (ACEP) to review the totality of the body of literature on the topic of Excited Delirium Syndrome (ExDS) and wrote up the findings of the expert consensus panel's white paper. I have published several papers on the topic, have been grant funded by the National Institute of Justice to study patients with ExDS and invited to write textbook chapters on the topic of ExDS. I have also been invited to lecture nationally and internationally on the topics of Excited Delirium Syndrome.

As per Rule 26 formatting, Appendix A is a copy of my current Curriculum Vitae, which includes a list of all publications authored by me. Appendix B is a list of all cases in which I have testified as an expert in trial or deposition within the preceding four years. Appendix C is my fee schedule. The knowledge base that I utilize has been developed over time from my years of clinical practice, reading and research, including specifically those articles that I have published myself in Appendix A. Under penalty of perjury, I hereby swear that the opinions stated above are true and correct within a reasonable degree of medical probability.


Respectfully submitted,


Gary M. Vilke, M.D., FACEP, FAAEM
Professor of Clinical Emergency Medicine
Director, Clinical Research for Emergency Medicine
University of California, San Diego Medical Center

# CURRICULUM VITAE
## GARY MICHAEL VILKE, M.D., FACEP, FAAEM

**HOME ADDRESS:**

11279 Breckenridge Way
San Diego, CA 92131
Phone: (619) 666-8643
Pager: (619) 290-9149

**OFFICE ADDRESS:**

Department of Emergency Medicine
UCSD Medical Center
200 W. Arbor Drive
San Diego, CA 92103-8676
Phone: (619) 543-6210
Fax:    (619) 543-3115
E-mail: gmvilke@ucsd.edu

**PERSONAL:**    Born September 12, 1966 in Cleveland, Ohio

**EDUCATION:**

| | |
|---|---|
| Academic: 1983-88 | B.S. in Zoology, University of California, Berkeley, Berkeley, California |
| Medical School: 1988-92 | M.D., University of California, San Diego School of Medicine, La Jolla, California |
| Internship: 1992-93 | Department of Surgery, University of California, San Diego Medical Center, San Diego, California |
| Residency: 1993-96 | Department of Emergency Medicine, University of California, San Diego Medical Center, San Diego, California    (Chief Resident: 1995-96) |
| Physician Leadership Academy: 2007-09 | University of California, San Diego Medical Center, San Diego, California |

**LICENSURE:**   California Medical License Number G-78057

**BOARD CERTIFICATIONS:**

National Board of Medical Examiners, 1993
American Board of Emergency Medicine, 1997, renewed 2007

## APPOINTMENTS:

| | |
|---|---|
| 9/11 - Present | Professor of Clinical Emergency Medicine and Medicine, University of California, San Diego (UCSD) School of Medicine |
| 10/15 – Present | Medical Director, AirLinkUSA Air Ambulance Service |
| 9/15- Present | Staff Physician, El Centro Regional Medical Center Department of Emergency Medicine |
| 2/14- Present | Assistant Chief, Division of Emergency Medical Services (EMS)/Disaster Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 1/13 – Present | Medical Director, Carlsbad Fire Department |
| 7/12 – Present | Medical Director, Risk Management, UC San Diego Health System |
| 6/12 – Present | Associate Director, Department of Emergency Medicine Behavioral Emergencies Research (DEMBER) Lab |
| 10/09 – Present | UCSD Department of Emergency Medicine Clinical Research Scholar Fellowship Director |
| 4/07 – Present | Medical Director of the American Heart Association Training Center at the UCSD Center for Resuscitation Science |
| 2/06 - Present | Chief, Division of Clinical Research, UCSD Medical Center, Department of Emergency Medicine |
| 7/96 - Present | Assistant Director, Department of Emergency Medicine, UCSD Medical Center |
| 7/94 - Present | Base Hospital Physician, University of California Medical Center |

## PREVIOUS EXPERIENCE/APPOINTMENTS:

| | |
|---|---|
| 7/13 – 9/15 | Chief, Division of Custody Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 4/99 – 9/15 | Director, Custody Services, UCSD Medical Center (Co-Director 1999-2013) |
| 3/13 – 9/15 | Medical Director, AviaMedix Air Ambulance Service |
| 10/11- 2/14 | Chief, Division of Emergency Medical Services (EMS)/Disaster Medicine, UCSD Medical Center, Department of Emergency Medicine |
| 4/12 – 3/13 | Medical Director, Aeromedevac Air Ambulance Service |
| 7/09 – 6/12 | Chief of Staff, UCSD Medical Center |
| 7/07 - 6/09 | Vice Chief of Staff UCSD Medical Center |
| 7/04 – 6/09 | EMS/Disaster Medicine Fellowship Director, Department of Emergency Medicine. |
| 3/02 - 2/06 | Medical Director, San Diego County Emergency Medical Services |
| 3/03 - 12/05 | Medical Consultant, San Diego Chapter Red Cross Disaster Health Services |
| 6/04 - 2/05 | Interim Chief, San Diego County Emergency Medical Services |
| 1/01 - 2/04 | Medical Director, Southwestern College Paramedic Training Program |
| 7/00 - 2/04 | Medical Director, Palomar College Paramedic Training Program |
| 7/97 - 1/03 | Director, Prehospital Services, UCSD Medical Center |
| 6/97 - 1/03 | Medical Director, Paramedic Base Hospital, UCSD Medical Center |
| 7/96 - 1/03 | Medical Director, Mercy Air Medical Transport Service, San Diego, California |
| 4/99 - 3/01 | Medical Co-Director, San Diego Central Jail Medical Services |
| 1/96 - 7/96 | Flight Physician, Mercy Air Medical Transport Service, San Diego, California |
| 7/95 - 7/96 | Associated Emergency Physicians Medical Group, San Diego, California |
| 12/94 - 7/96 | Kaiser Permanente Emergency Department, San Diego, California |
| 10/94 - 7/96 | Med America Health Resource Company, San Diego, California |
| 4/94 - 7/95 | Sharp-Rees-Stealy Urgent Care, San Diego, California |
| 7/93 - 12/95 | Flight Physician, Life Flight Air Medical Transport Service |

## PREVIOUS ACADEMIC APPOINTMENTS

| | |
|---|---|
| 7/05 – 9/11 | Professor of Clinical Medicine, UCSD School of Medicine |

| | |
|---|---|
| 7/01 - 6/05 | Associate Professor of Clinical Medicine, UCSD School of Medicine |
| 7/96 - 6/01 | Assistant Clinical Professor of Medicine, UCSD School of Medicine |

## HONORS AND AWARDS:

| | |
|---|---|
| 1990 | Random House Medical Student Award |
| 1996 | American College of Emergency Physicians, California Chapter Challenge Bowl Winner |
| 1996 | Council of Residency Directors (CORD) Resident Academic Achievement Award |
| 1996 | Outstanding Emergency Medicine Resident |
| 1996 | UCSD Emergency Department Staff Support Award |
| 1996 | *Journal of Emergency Medicine* Outstanding Contribution Award |
| 1999 | "Golden Apple" Teaching Award, UCSD Emergency Medicine Residency Graduating Class of 1999 |
| 2000 | Faculty of the Year, UCSD Emergency Medicine Residency Graduating Class of 2000 |
| 2000 | Best Research Poster Presentation, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, Dana Point, California |
| 2000 | Outstanding Scientific Abstract, State of California EMS Authority Annual Emergency Medical Services for Children Conference, San Diego, California, November 2000 |
| 2001 | Best Oral Presentation, CAL/ACEP Scientific Assembly, Santa Clara, California |
| 2004 | Academy of Clinician Scholars, University of California San Diego |
| 2004 | Top Doctor in San Diego County, San Diego Magazine |
| 2004 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2005 | Top Doctor in San Diego County, San Diego Magazine |
| 2005 | Clinical Investigation Institute, University of California San Diego |
| 2006 | Top Doctor in San Diego County, San Diego Magazine |
| 2007 | Finalist San Diego Business Journal Health Care Champion Award |
| 2007 | Top Doctor in San Diego County, San Diego Magazine |
| 2007 | Top Peer Reviewer, *Annals of Emergency Medicine* |
| 2008 | Top Doctor in San Diego County, San Diego Magazine |
| 2008 | UCSD Undergraduate Campus Outstanding Faculty Mentor of the Year |
| 2009 | Clinical and Translational Research Institute, Charter member |
| 2009 | Top Doctor in San Diego County, San Diego Magazine |
| 2010 | Top Doctor in San Diego County, San Diego Magazine |
| 2011 | Top Doctor in San Diego County, San Diego Magazine |

HONORS AND AWARDS, continued:

    2012 Top Doctor in San Diego County, San Diego Magazine

    2013 Top Doctor in San Diego County, San Diego Magazine

    2014 Top Doctor in San Diego County, San Diego Magazine

    2015 "25 Emergency Medicine & EMS Professors You Should Know" From Medical Technology Schools at: http://www.medicaltechnologyschools.com/emt/emergency-medicine-ems-professors-to-know

CERTIFICATIONS:

    Basic Cardiac Life Support Instructor

    Pediatric Advanced Life Support Provider

    Advanced Cardiac Life Support Instructor

    Hazardous Material Training, Level I

    Advanced HAZMAT Life Support Provider

PROFESSIONAL SOCIETY MEMBERSHIPS:

    American Medical Association, 1988-97

    California Alumni Association, 1988

    American College of Emergency Physicians, 1991-2000

    Fellow, American College of Emergency Physicians, 2000

    California Chapter of the American College of Emergency Physicians, 1991

    Society for Academic Emergency Medicine, 1995

    National Association of EMS Physicians, 1998

    Fellow, American Academy of Emergency Medicine, 2000

    California Chapter of the American Academy of Emergency Medicine, 2000

    American Association of University Professors, 2002

    California Conference of the American Association of University Professors, 2002

    San Diego Faculty Association, 2002

    San Diego County Medical Society, 2003

    California Medical Association, 2003

    American Association of Emergency Psychiatry, 2014

## PATENTS:

# WO 2010/011976 A2: Medication Delivery Devices Having Penetrable Sterility Barriers and Alignment Features (January 28, 2010)

# WO 2010/011976 A2: Medication Delivery Devices Having Penetrable Sterility Barriers and Alignment Features (January 28, 2010)

# US 2010/011966 A2: Medication Delivery System (January 28, 2010)

# US 2010/0022987 A1: Medication Delivery System (January 28, 2010)

# US 61476836 Medication Delivery Apparatus (April 19, 2011)

## CURRENT ACTIVITIES:

Objective Structured Clinical Examiner, Introduction to Clinical Medicine, UCSD School of Medicine, 1997

UCSD Alumni Preceptor, UCSD School of Medicine, 1997

Physician Member, San Diego County Metropolitan Medical Strike Team, 1998

Quality Assurance Reviewer, Department of Emergency Medicine, UCSD Medical Center, 1999

Evaluator, UCSD Physician Assessment and Clinical Evaluation (PACE) Program, 2000

Tactical EMS Care Provider for San Diego Sheriff's Special Enforcement Detail (SED), 2007

San Diego State Pre-Med Preceptor, SDSU, 2008

Phi Delta Epsilon Faculty Mentor, UCSD, 2008

LIFESHARING, A Donate Life Organization Advisory Board, 2010

Journals

Editor-in-Chief, *Advances in Legal Medicine*, Longdom Publishing, 2014-2015.

Senior Associate Editor/Editorial Board, *Journal of Emergency Medicine*, Elsevier Science, Inc., 2013 (Associate Editor since 2007, Editorial board since 2000; reviewer since 1994)

Editorial Board, *Prehospital Emergency Care,* Taylor & Francis Group, 2006 (Reviewer since 2004)

Editorial Board, *Journal of Forensic and Legal Medicine*, Elsevier Science, Inc. 2012 (Reviewer since 2011)

Editorial Board, *Emergency Medicine and Healthcare*, Herbert Publications, 2013

Senior Reviewer, *Annals of Emergency Medicine*, Mosby, 2007 (Reviewer since 1998)

Reviewer, *European Journal of Epidemiology*, Kluwer Academic Publishers, 1996-97

Reviewer, *Western Journal of Emergency Medicine*, 2001

Reviewer, *American Journal of Emergency Medicine*, Elsevier Science, Inc., 2005

Reviewer, *Emergency Medicine Journal*, BMA House, 2006

Reviewer, *Forensic Science International*, 2007

Reviewer, *California Journal of Emergency Medicine*, 2007

Reviewer, *Journal of the American Medical Association (JAMA)*, 2009

Reviewer, *BioMedical Engineering OnLine*, 2009

Reviewer, *Bioelectromagnetics*, 2010

Reviewer, *Forensic Science, Medicine and Pathology*, 2010

Reviewer, *Psychology Research and Behavior Management*, 2010

Reviewer, *Academic Emergency Medicine*, 2010

Reviewer, *Medicina*, 2012

Reviewer, *Injury Prevention*, 2013

Reviewer, *Therapeutics and Clinical Risk Management*, 2013

Reviewer, *Pediatrics,* 2013

Reviewer, *Journal of Forensic Toxicology and Pharmacology*, 2014

Reviewer, *Journal of Injury and Violence Research*, 2014

Reviewer, *International Journal of Molecular Sciences*, 2015

<u>Content Expert</u>

Reviewer, Practical Summaries in Acute Care, Thomson American Health Consultants, 2006

Expert Editorial Advisor, *Managing the Ankylosing Spondylitis Patient in an Emergency Setting for the* Spondylitis Association of America (SAA).  2008

Content Expert for Cable News Network (CNN), 2009

Content Expert for ABC News, 2011

## PREVIOUS ACTIVITIES:

Vice-President, California Chapter of Emergency Medicine Residents Association, 1994-95

Editor-in-Chief, California Chapter of Emergency Medicine Residents Association Newsletter, 1994-95

Co-Director, School of Medicine 225: Introduction to Emergency Medicine, UCSD School of Medicine, 1994-95

Strike Team Leader, DMAT Olympics 1996 Biological & Chemical Antiterrorist Medical Support

Director, Mercy Air Medical Transport Services Continuing Clinical Education, 1996-2003

Member, San Diego County 911 Dispatch Quality Review Board, 1997-98

Co-Director, University of California, San Diego School of Medicine, Course SOM 224I,

Pediatric Advanced Life Support Course Director, 1997-2002

Editor-in-Chief, UCSD Medical Center EMS Run Review, 1997-2003

Sponsor, Palomar College Emergency Medical Education Department Paramedic Training, 1997-2003

Medical Support Physician, Super Bowl XXXII, San Diego, California, January 25, 1998

Medical Support Physician, Suzuki Rock-n-Roll Marathon, San Diego, California, June 21, 1998

Marketing Director, California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, 1998-99

Member, Program Committee, CAL/ACEP Scientific Assembly, 1998-99

Howard Hughes Foundation Undergraduate Preceptor, 1998, 1999

Co-editor, Pearls from PAC Newsletter, 1998-2000

Preceptor, Introduction to Clinical Medicine 201-B, UCSD School of Medicine, 1999

EMS Team Leader, San Diego County Metropolitan Medical Strike Team, 1999

Co-Chair, Program Committee, CAL/ACEP Scientific Assembly, 1999-2000 and 2000-01

Member, San Diego County Bio-Terrorism Planning Group, 1999-2003

Moderator, EMS Poster Section, Western Regional Society for Academic Emergency Medicine Conference, Portland, Oregon, April 2000

Preceptor, California State University Dominguez Hills Statewide Nursing Program, 2000

Affiliate Faculty, Southwestern College Paramedic Training Program, 2000-03

PREVIOUS ACTIVITIES, continued:

Medical Director, EPIC "Eliminate Preventable Injuries of Children" Medics, San Diego County, 2000-03

San Diego Port District AED (Automated External Defibrillator) Program RPF Panel, 2001

Peer Reviewer, *Pediatric Emergency Medicine Reports*, 2001

Reviewer, Scientific Abstract Presentations, CAL/ACEP Scientific Assembly, 2001-02

Member, Board of Directors, CAL/ACEP, 2001-03

Moderator, Western Regional SAEM Research Presentations, San Diego, California, April 2002

Clinical Coordinator, Southwestern College Emergency Medical Technician Program, 2001-03

Santa Clara County/Regional Medical Center Trauma Designation Review Committee, 2004

San Diego County Health Services Capacity Issues Task Force, 2002-06

San Diego Regional Safety Consortium Inter-facility Transfer Protocol Task Force, 2004-06

San Diego Regional Fire Prevention Emergency Preparedness Task Force, 2004-2006

San Diego County Task Force on Fire Prevention, 2004-06

President-Elect, EMS Medical Director's Association of California, 2005-06

Medical Director, San Diego County Metropolitan Medical Strike Team, 1998-2008

American College of Emergency Physicians (ACEP) Task Force on Excited Delirium Syndrome 2009-10

National Institute of Justice Task Force on Excited Delirium, 2011

Member, Disaster Medical Assistance Team (CA-4), 1994-2011

Operations Committee, San Diego County Metropolitan Medical Strike Team, 1998-2010

## CURRENT UCSD COMMITTEE MEMBERSHIPS:

Research Committee, Department of Emergency Medicine, 1997

UCSD Faculty Association, 2002

Quality Improvement/Peer Review Committee, Department of Emergency Medicine, 2002

UCSD Academy of Clinician Scholars Executive Committee, 2005

UCSD Medical Staff Executive Committee, 2007

Chair, UCSD Medical Risk Management Committee, 2012

UCSD Allocation Committee, 2012

UCSD Significant Events Committee, 2012

Rady Children's Root Cause Analysis Committee, Ad hoc, 2012

UCSD/Rady Children's Joint Risk Management Committee (JRMC), 2013

UCSD Department of Emergency Medicine Academic Affairs Committee, 2013

UCSD Patient Experience Executive Committee, 2013

UCSD Faculty Leadership Group, 2014

Patient Advocacy Reporting System (PARS) Oversight Team, 2014

Rady Children's Emergency Department Faculty Search Committee, 2015

## PREVIOUS UCSD COMMITTEE MEMBERSHIPS:

President, UCSD Academy of Clinician Scholars, 2013-15

UCSD Board of Governor's Committee, 2013-15

UCSD Academic Senate Representative Assembly, Alternate, 2011-13

UCSD Sheriff Managed Care Oversight Committee

Ladder Rank Recruitment Committee, UCSD Department of Emergency Medicine, 2013

UCSD Medical Staff Bylaws Work Group, 2014

Chair, Emergency Department Staffing Committee of Process Action Team, 1994-95

Hospital Infection Control Committee, 1994-95

Emergency Medicine Housestaff Association Representative, 1994-96

Emergency Department Clinical Practices Committee, 1994-96

Emergency Department Peer Review/Quality Assurance Committee, 1995-96

Emergency Department Critical Care Room Process Action Team, 1996

Paramedic/Emergency Department Interface Task Force, 1998-99

Emergency Department Staffing Committee, Department of Emergency Medicine, 1999

Credentials Committee, 1997-2000

Faculty Search Committee, Department of Emergency Medicine, 1999, 2000, 2002

Medical Director's Group, 1997-2002

Patient Care Review Committee, 2003

Medical Risk Management Committee, 2002-07

Patient Improvement and Outcome Committee, 2003-05

Medical Staff Executive Committee Reorganization Ad Hoc Committee, 2005-2006

UCSD Phasing Strategy Ad Hoc Committee, 2005-06

Clinical Representative, Trauma Quality Assurance Program, 1998-2006

Vice Chief of Staff, UCSD Medical Center, 2007-2009

UCSD/San Diego Sheriff Security Working Group, 2003-10

Chief of Staff, UCSD Medical Center, 2009-2012

Vice-Chair, Quality Council Committee, 2009-2012 (member since 2003)

Chair, Medical Staff Executive Committee, 2009-2012

UCSD Governance Advisory Committee, 2009-2012

UCSD Department of Medicine Clinical Operations Redesign Enterprise (CORE) Initiative
Team, 2009-2012

PREVIOUS UCSD COMMITTEE MEMBERSHIPS, continued:

Director of Risk Management Selection Committee, 2007

Chair, Medical Risk Management Committee, 2003-07 (member since 2002)

Medical Risk Management Executive Committee, 2003-07

UCSD Medical Center Allocation Committee 2005-07

Patient Safety Committee, 2003-07

Vice Chair, Medical Staff Executive Committee, 2007-09

Chair, Patient Care and Peer Review Committee, 2007-09 (member since 2005)

Trauma Multidisciplinary Committee, 2000-09

Department of Medicine Committee on Advancement and Promotions (DOMCAP), 2007-09

Vice Chair, Quality Council Committee, 2009-2012

UCSD Medical Center Syncope Task Force, 2010-11

UCSD Director of Risk Management Selection Committee, 2012

Secretary-Treasurer, UCSD Academy of Clinician Scholars, 2005-12

UCSD Root Cause Analysis Committee, 2013

UCSD Department of Emergency Medicine Chair Selection Committee, 2012-13

UCSD Department of Emergency Medicine Faculty Coverage Committee, 2012-13

UCSD Integrated Delivery Network Design Team, 2012-13

UCSD Department of Emergency Medicine Patient Satisfaction Committee, 2012-13

UCSD Department of Emergency Medicine Faculty Search Committee, 2013

CURRENT COMMITTEE MEMBERSHIPS:

American Academy of Emergency Physicians, Clinical Practice Committee, 2011

Carlsbad Fire Department EMS Oversight Committee, 2013

San Diego County Base Station Physicians' Committee, 2013

## PREVIOUS COMMITTEE MEMBERSHIPS:

Practice Management Committee, CAL/ACEP, 1994-95

Committee on Prehospital Stroke Triage, San Diego County Medical Society, 1998

Research Subcommittee, San Diego County Prehospital Audit Committee, 1997-99

Prehospital RSI Task Force, San Diego County Prehospital Audit Committee, 1997-99

Chair, San Diego County Prehospital Audit Committee, 1998-2000

San Diego County Pediatric CPR Task Force, 1999-2000

San Diego Sheriff's Source Selection Committee, 2000

Steering Committee, San Diego County Metropolitan Medical Strike Team, 1998-2001

Program Committee, CAL/ACEP Scientific Assembly, 1998-2001 (Co-Chair for 1999-2001)

Awards Committee, CAL/ACEP Scientific Assembly, 1999-2001

EMS Committee, San Diego County Metropolitan Medical Strike Team, 1999-2001

San Diego Metropolitan Medical Response System Bio-Terrorism Planning Group, 1999-2001

San Diego County EMS QA Net Prehospital Design Steering Committee, 2000-01

Chair, CPR Subcommittee, San Diego County Prehospital Audit Committee, 1998-2002

San Diego County SIPs (Serial Inebriate Program) Task Force, 2000-02

Task Force Leader, CAL/ACEP Scientific Assembly, 2001-02

Chair, Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-02

Co-Chair, EMS Committee, CAL/ACEP, 2001-02

Policy Committee, CAL/ACEP, 2001-02

Chair, Research Subcommittee, San Diego County Prehospital Audit Committee, 2000-02

Governmental Affairs Committee, CAL/ACEP, 2001-02

Didactic Subcommittee, SAEM Program Committee, 2001-02

Program Mgmt Committee, San Diego County Metropolitan Medical Strike Team, 2001-03

Air Medical Transport Section, American College of Emergency Physicians, 2001-03

San Diego County Sheriff's Mortality Review Committee, 2001-03

San Diego County Sheriff's Pharmacy and Therapeutics Committee, 2001-03

City of San Diego EMS Physicians' Advisory Committee, 1998-2006

City of San Diego Prehospital Cardiac Advisory Committee, 1998-2006

Education Committee, CAL/ACEP, 2000-03

SAEM EMS Interest Group, 2001-2006 (Co-chair 2003-04)

<u>PREVIOUS COMMITTEE MEMBERSHIPS, continued</u>:

San Diego County EMS for Children (EMSC) Advisory Committee, 2002-05

Scientific Subcommittee, SAEM Program Committee, 2002-05

Police Executive Research Forum Task Force on Conductive Energy Weapons Use, 2005

San Diego County EMS for Children (EMSC) Advisory Committee, 2002-05

Scientific Subcommittee, SAEM Program Committee, 2002-05

Member-at-large, EMDAC Officer Board, 2004-05

San Diego County Fire Chief's Association, 2004-06

San Diego County Sheriff's Helicopter Program Ad Hoc Advisory Committee, 2004-06

Chair, San Diego County HRSA Work Group, 2004-06

San Diego County Regional Helicopter Advisory Committee, 2004-06

San Diego County HRSA Executive Steering Committee, 2004-06

San Diego County Critical Care Transport Working Group, 2005-06

San Diego County Prehospital Patient Record IT Steering Committee, 2005-06

San Diego County Cardiac Advisory Committee, 2005-06

San Diego County Stroke Advisory Committee, 2005-06

San Diego County Emergency Medical Care Committee, 2006

Co-Chair, San Diego County Medical Society EMS Medical Oversight Committee, 2002-2006

Chair, EMS Committee, American Academy of Emergency Medicine California Chapter, 2000-06

EMS Medical Director's Association of California, 2002-06

San Diego County Trauma Administrators Committee, 2002-06

Chair, San Diego County EMS Research Committee, 2002-06

Chair, San Diego County Paramedic Protocol Revision Committee, 2002-06

San Diego County Public Health Services Physicians Group, 2003-06

SAEM EMS Interest Group, 2001-2006 (Co-chair 2003-04)

San Diego County Healthcare Advisory Committee on Terrorism, 2003-06

San Diego County Paramedic Training Joint Advisory Committee, 2000-06

San Diego County Public Health Preparedness Team, 2001-06

EMS Section, American College of Emergency Physicians, 2001-06

Chair, San Diego County Aeromedical Protocol Committee, 1998-2006

San Diego County Committee on Pediatric Emergency Medicine, 1998-2006

<u>PREVIOUS COMMITTEE MEMBERSHIPS, continued</u>:

San Diego County Base Hospital Physicians Committee, 1997-2006

San Diego County Trauma Audit Committee, 1997-2006

San Diego County Prehospital Audit Committee, 1997-2006

EMS Medical Director's Association of California, 2002-06

SAEM Program Committee, 2001-2007

Chair, Photography Subcommittee, SAEM Program Committee, 2002-2007

Training Committee, San Diego County Metropolitan Medical Strike Team, 2001-09

San Diego BEACON/EMS Hub Technical Committee, 2012-13

San Diego Central Jail Quality Assurance Committee, 1999-2013

San Diego Central Jail Medical Oversight Committee, 1999-2013

Resuscitative Outcomes Consortium (ROC) Executive Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) EMS Operations Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Management Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Hospital Practices Cardiac Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Publications Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Cardiac Committee, 2014-15

Resuscitative Outcomes Consortium (ROC) Trauma Committee, 2014-15

CURRENT FUNDED RESEARCH:

1. Principal Investigator (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Regional Clinical Center, San Diego", funded by the NIH, 7/1/14 to 12/31/15. U01 HL077908-09. Amount: $1,389,389

2. Principal Investigator (PI) for study entitled, "EXCITATION Study: Unexplained In-Custody Deaths: Evaluating Biomarkers of Stress and Agitation." Study funded by the National Institute of Justice, U.S. Department of Justice, 11/1/2012 to 6/30/2016. USDOJ Federal Award # 2012-R2-CX-K006. Amount: $431,943

3. Principal Investigator (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Protocol -ALPS", funded by the NIH, 7/1/13 to 12/31/15. 5U01HL077863-11 subaward 758500. Amount: $289,003

4. Co-Investigator with Edward Castillo (PI) for study entitled, "Acute Home Care as an Alternative to Inpatient Admission from the Emergency Department". Funded by the Gary and Mary West Health Institute, 2015 – 20/16. Amount: $499,125.

5. Co-Investigator with Theodore Chan (PI) for study entitled, "The Gary and Mary West Geriatric Center of Excellence (West COE): Phase 1 Research Development". Funded by the Gary and Mary West Health Institute, 2015-2016. Amount: $243,610.

PREVIOUS FUNDED RESEARCH:

1.  Co-Investigator with Tom Neuman (PI) for evaluation of positional asphyxia in the hobble restraint position, funded by the County of San Diego, 1995--$33,900

2.  Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 1997--$10,000

3.  Co-Investigator with John Eisele (PI) for the evaluation of positional asphyxia in the hobble restraint position with weight on subjects' backs, funded by the American Academy of Forensic Sciences, 1998--$2,500

4.  Co-Investigator, with Theodore Chan (PI), for study entitled, "The Impact of Oleoresin Capsicum Spray on Respiratory Function in Human Subjects in the Sitting and Prone Maximal Restraint Positions." Study funded by the National Institute of Justice, U.S. Department of Justice, 1998-99. UCSD No. 98-7107; USDOJ Federal Award #98-IJ-CX-0079. Amount: $128,176

5.  Principle Investigator (PI) for study entitled "Evaluation of Hurricaine anesthetic in patients with dyspepsia" funded by Beutlich Pharmaceuticals for, 2001. Amount: $1,500

6.  Co-Investigator, with Theodore Chan (PI), for evaluation of the Melker percutaneous cricothyrotomy kit in human cadavers, funded by Cook Medical Products, 2003. Amount: $12,000

7.  Co-Investigator, with David Hoyt (PI) for the Resuscitation Outcomes Consortium: UCSD / San Diego Resuscitation Research Center, funded by the NIH, 9/1/04 to 6/30/09. UO1 HL077908. Amount: $2,250,522

8.  Co-Principal Investigator (Co-PI), with Theodore Chan, for study entitled, "The effect of Taser on Cardiac, Respiratory and Metabolic Physiology in Human Subjects." Study funded by the National Institute of Justice, U.S. Department of Justice, 10/1/2005 to 9/30/2007. UCSD No. 2006-0846; USDOJ Federal Award #98-IJ-CX-0079. Amount: $213,941.4

9.  Co-Investigator, with Daniel Davis (PI) for the study entitled, "ROC Interventional Trials: Hypertonic Resuscitation for Traumatic Injury, Trauma Epistry, PRIMED", funded by the NIH, 7/1/06 to 6/30/08. UO1 HL077863. Amount: $331,320

10. Co-Investigator, with Daniel Davis (PI) for the, "ROC Cardiac Epistry", funded by the AHA, 7/1/06 to 6/30/08. Amount: $133,427

11. Co-Investigator, with Theodore Chan (PI) for study entitled, "Multi-Center Study of the Impact of Nurse-Patient Ratios on Emergency Department Overcrowding." funded by the Emergency Medicine Foundation, 7/1/07 to 6/30/08. Amount: $50,000

12. Principal Investigator (PI) for study entitled, "Evaluation of the Ventilatory and Respiratory Effects of a Restraint Chair on Human Subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/07 to 12/31/07. Amount: $11,658

## PREVIOUS FUNDED RESEARCH (cont):

13. Co-Investigator, with Edward Castillo (PI) for study entitled, "California ED Diversion Project Evaluation." funded by the California Healthcare Foundation, 5/15/08 to 10/15/08. Amount: $50,990

14. Principal Investigator (PI) for study entitled, "Ventilatory Effects of Prone Restraint on Obese Human Subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc, 1/1/09 to 12/31/09. Amount: $13,423

15. Principal Investigator (PI) for study entitled, "FAST TRAC: Finding ACS with Serial Troponin Testing for Rapid Assessment." Funded by the Nanosphere, Inc. 2/1/09 to 2/1/11. Amount: $85,000

16. Principal Investigator (PI) for study entitled, "CHOPIN: Copentin Helps in the Early Detection of Patients with Acute Myocardial Infarction." Funded by Brahms AG, 8/1/09 to 8/1/12. Amount: $103,950

17. Co-Investigator, with Christine Hall for the study titled, "RESTRAINT - Risk of dEath in Subjects That Resisted: Assessment of Incidence and Nature of faTal events", funded by the Vancouver Island Health Authority. 7/1/09 to 6/30/11. Amount $50,000

18. Co-Investigator for study titled "STAT MERCURY: Studying the Treatment of Acute HyperTension: A Multicenter EmeRgency Department Clevidipine Utilization RestrY" funded by the Medicines Company, 7/27/10 to 11/1/11. Amount $1400

19. Co-Investigator for study titled "A Phase II, Randomized, Double-blind, Placebo-controlled Study to Evaluate the Safety and Efficacy of MN-221 when Administered Intravenously as an Adjunct to Standard Therapy to Adults with an Acute Exacerbation of Asthma." Study funded by MediciNova, Inc. 1/1/11 to 1/31/12. Amount $50,000

20. Principle Investigator for study titled "AKINESIS: Acute Kidney Injury N-gal Evaluation of Symptomatic heart failure." Study funded by Alere and Abbott, 4/1/11 to 6/30/12. Amount $32,000

21. Principle Investigator for study titled "Evaluation of Ecallantide (DX-88) for the Acute Treatment of Angiotensin Converting Enzyme Inhibitor Induced Angioedema, a Phase II, double-blind study. Study funded by Dyax Corporation. 4/1/11 to 6/30/12. Amount $20,000

22. Principle Investigator for study titled "REAL: Rapid Evaluation of Acute Kidney Injury with NGAL in Acutely Ill Patients in the ICU." Study funded by Alere, 5/1/11 to 6/30/12. Amount $74,435

23. Principle Investigator for study titled "A Mulit-Center, Open-Label, Surveillance Trial to Evaluate the Safety and Efficacy of a Shortened Infusion Time of Intravenous Ibuprofen Protocol CPI-CL-015." Study funded by Cumberland Pharmaceuticals, Inc., 6/1/11 to 6/30/12. Amount $50,000

PREVIOUS FUNDED RESEARCH (cont):

24. Co-Investigator, with Edward Castillo (PI) for the study titled, "Restraint Chair Literature Review and Policy Gap Analysis", funded by the Ontario Ministry of Community Safety and Correctional Services, 7/1/13 to 9/30/13. COS-0010. Amount: $15,000

25. Co-Investigator, with Daniel Davis (PI) for the study titled, "Resuscitation Outcomes Consortium (ROC) Regional Clinical Center, San Diego", funded by the NIH, 3/1/10 to 6/30/14. U01 HL077908-09. Amount: $1,389,389

26. Co-Investigator with Edward Castillo (PI) for study entitled, "Diagnostic Evaluation using ClearView in Decision Making in the Emergency Room". Funded by EPIC Research and Diagnostics, Inc, 2012-2014. Amount: $650,840.10 (based on 570 total participants).

27. Co-Investigator with Edward Castillo (PI) for study entitled, "Point-of-Care Testing for Illicit Drugs and Alcohol Intoxication in an Emergency Room". Funded by the National Institute on Drug Abuse through Seacoast Science, Inc., 2013-2015. Amount: $50,163.

28. Co-Investigator with Edward Castillo (PI) for study entitled, "Evaluation of downward force placed onto prone subjects." Funded by the Institute for the Prevention of In-Custody Deaths, Inc., 2014-2015. Awarded, contract in process. Amount: $7,500.

29. Co-Investigator with Edward Castillo (PI) for study entitled, "Acute Bacterial Skin and Skin Structure Infection (abSSSI) Practice Pattern Assessment." Funded by Durata Therapeutics International B.V., 2014-2015. Amount: $15,000.

30. Co-Investigator with Edward Castillo (PI) for study entitled, "Exploring emergency room physician's knowledge and attitudes concerning the use of appropriate and safe home care as an alternative to hospital admission." Funded by the Gary and Mary West Health Institute, 2014-2015. Amount: $118,021.

PUBLICATIONS:

Texts/Books

1. <u>Atlas of Emergency Procedures</u>. Rosen P, Chan TC, Vilke GM, Sternbach G (Eds.);
   St. Louis: Mosby, Inc., 2001.

2. <u>Atlas of Emergency Procedures</u>. (Edition translated into Spanish) Rosen P, Chan TC, Vilke
   GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2005.

Book Chapters

1. Vilke GM: Head Trauma, Blunt. In: <u>The 5 Minute Emergency Medicine Consult</u>.
   Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott
   Williams & Wilkins, 1999, pp 472-473.

2. Vilke GM: Head Trauma, Penetrating. In: <u>The 5 Minute Emergency Medicine Consult</u>.
   Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott
   Williams & Wilkins, 1999, 474-475.

3. Vilke GM: Urethral Catheterization. In: <u>Atlas of Emergency Procedures</u>. Rosen P,
   Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 124-127.

4. Vilke GM: Cystostomy. In: <u>Atlas of Emergency Procedures</u>. Rosen P, Chan TC,
   Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 128-129.

5. Vilke GM: Bladder Aspiration. In: <u>Atlas of Emergency Procedures</u>. Rosen P, Chan TC,
   Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 130-131.

6. Vilke GM: Dorsal Slit in Phimosis. In: <u>Atlas of Emergency Procedures</u>. Rosen P, Chan TC,
   Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 132-133.

7. Vilke GM: Manual Paraphimosis Reduction. In: <u>Atlas of Emergency Procedures</u>. Rosen P,
   Chan TC, Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 134-135.

8. Vilke GM: Zipper Removal. In: <u>Atlas of Emergency Procedures</u>. Rosen P, Chan TC,
   Vilke GM, Sternbach G (Eds.); St. Louis: Mosby, Inc., 2001, pp 136-137.

9. Hayden SR, Silfvast T, Deakin CD, Vilke GM: Surgical Procedures. In: <u>Prehospital Trauma
   Care</u>. Soreide E, Grande CM (Eds.); New York: Marcel Dekker, Inc., 2001, pp 323-354.

10. Hayden SR, Thierbach A, Vilke GM, Sugrue M: Patient Turnover: Arriving and Interacting in
    the Emergency Department. In: <u>Prehospital Trauma Care</u>. Soreide E, Grande CM (Eds.);
    New York: Marcel Dekker, Inc., 2001, pp 737-751.

11. Vilke GM: Cervical Spine Injury, Adult. In: <u>Rosen and Barkin's 5-Minute Emergency
    Medicine Consult</u> (second edition). Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P
    (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 1048-1049.

PUBLICATIONS, continued:

Book Chapters

12.  Vilke GM:  Extremity Trauma, Penetrating.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 394-395.

13.  Vilke GM:  Head Trauma, Blunt.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 476-477.

14.  Vilke GM:  Head Trauma, Penetrating.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 478-479.

15.  Vilke GM:  Ring/Constricting Band Removal.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 980-981.

16.  Vilke GM:  Warts.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 1222-1223.

17.  Vilke GM:  Fournier's Gangrene.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003, pp 430-431.

18.  Vilke GM:  Variants of Normal.  In: <u>ECG in Emergency Medicine and Acute Care.</u>  Chan TC, Brady WJ, Harrigan RA, Ornato JP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2005, pp 12-15.

19.  Vilke GM:  Keloid Formation.  In: <u>Greenberg's Text-Atlas of Emergency Medicine</u>.  Greenberg MI, Hendrickson RG, Silverberg M (Eds.); Philadelphia: Lippincott Williams and Wilkins, 2005, p 684.

20.  Vilke GM:  Distal Digital Amputation.  In: <u>Greenberg's Text-Atlas of Emergency Medicine</u>.  Greenberg MI, Hendrickson RG, Silverberg M (Eds.); Philadelphia: Lippincott Williams and Wilkins, 2005, p 685.

21.  Vilke GM:  Painful Syndromes of the Hand and Wrist.  In: <u>Harwood-Nuss' Clinical Practice of Emergency Medicine</u> fourth edition.  Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2005, pp 536-540.

22.  Vilke GM:  Neck Holds.  In: <u>Sudden Deaths in Custody</u>.  Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006, pp 15-38.

PUBLICATIONS, continued:

Book Chapters

23. Sloane C, Vilke GM: Riot Control Agents, Tasers and Other Less Lethal Weapons. In: Sudden Deaths in Custody. Ross DL, Chan TC (Eds.); New Jersey: Humana Press, 2006, pp 113-138.

25. Vilke GM: *Clostridium botulinum* Toxin (Botulism) Attack. In: Disaster Medicine. Ciottone GR (Ed.); Boston: Elsevier Mosby, 2006, pp 701-704.

26. Vilke GM: Viral Agents (Section 10, Part 2). Section Editor. In: Disaster Medicine. Ciottone GR (Ed.); Boston: Elsevier Mosby, 2006, pp 661-697.

27. Patel R, Reynoso J, Vilke GM: Genitourinary Trauma. In: Emergency Medicine Handbook. Clinical Concepts for Clinical Practice. Roppolo LP, Davis D, Kelly SP, Rosen P (Eds.); Philadelphia: Elsevier Mosby, 2007, pp 164-173.

28. Vilke GM: Extremity Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 392-393.

29. Vilke GM: Fournier's Gangrene. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 428-429.

30. Vilke GM: Head Trauma, Blunt. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 474-475.

31. Vilke GM: Head Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 476-477.

32. Vilke GM: Spine Injury: Cervical, Adult. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 1040-1041.

33. Vilke GM: Warts. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition). Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007, pp 1224-1225.

34. Vilke GM, Sloane CM, Chan TC. Accelerated Triage for Medical Evaluations Following CED Activations. In: Critical Issues in Policing Series: Strategies for Resolving Conflict and Minimizing Use of Force. Ederheimer JA (Ed); Washington DC, Police Executive Research Forum, 2007, pp 108-109.

PUBLICATIONS, continued:

Book Chapters

35. Christensen EF, Deakin C, Vilke GM: Prehospital Care and Trauma Systems. In: Trauma: Emergency Resuscitation, Perioperative Anesthesia, Surgical Management, Volume I. Wilson WC, Grande CM, Hoyt DB (Eds.); New York: Informa Healthcare USA, Inc, 2007, pp 43-58.

36 Chan TC, Vilke GM. In: TASER® Conducted Electrical Weapons: Physiology, Pathology, and Law. Kroll MW, Ho JD (Eds.); New York: Springer, 2009, pp 109-118.

37. Vilke GM: Hand and Wrist Pain. In: Harwood-Nuss' Clinical Practice of Emergency Medicine fifth edition. Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2010, pp 711-714.

38. Wilson MP, Vilke GM. Not all ear pain is acute otitis media…and not all require antibiotics! In: Avoiding Common Errors in the Emergency Department. Mattu A, Chanmugam AS, Swadron SP, Tibbles CD, Woolridge DP (Eds) Philadelphia: Lippincott Williams and Wilkins, 2010, pp 520-522.

39. Oyama LC, Vilke GM. In: Emergency Medicine Review Preparing for the Boards. Harrigan RA, Ufberg JW, Tripp ML (Eds) St. Louis: Elsevier Saunders, 2010, pp 303-315.

40. Vilke GM: Extremity Trauma, Penetrating. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 392-393.

41. Vilke GM: Fournier's Gangrene. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 428-429.

42. Vilke GM: Head Trauma, Blunt. In: In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 476-477.

43. Vilke GM: Head Trauma, Penetrating. In: In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 478-479.

44. Vilke GM: Spine Injury: Cervical, Adult. In: In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fourth edition). Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 1044-1045.

PUBLICATIONS, continued:

Book Chapters

45.   Vilke GM:  Warts. In: In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2011, pp 1226-1227.

46.   Heegaard WG, Vilke GM: Factitious Conducted Electrical Weapons Wounds: Injuries and Considerations. In: <u>Atlas of Conducted Electrical Weapon Wounds and Forensic Analysis.</u> Ho JD, Dawes DM, Kroll MW (Eds.)  New York: Springer, 2012, pp 131-142.

47.   Wilson MP, Vilke GM. The patient with excited delirium in the emergency department. In Zun LS, Chepenik LG, Mallory MNS editors. <u>Behavioral Emergencies: A handbook for emergency physicians</u>. Cambridge: Cambridge University Press; 2013.

48.   Vilke GM:  Extremity Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 398-399.

49.   Vilke GM:  Fournier Gangrene. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 434-435.

50.   Vilke GM:  Head Trauma, Blunt. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 486-487.

51.   Vilke GM:  Head Trauma, Penetrating. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 488-489.

52.   Vilke GM:  Spine Injury: Cervical, Adult. In: <u>Rosen & Barkin's 5-Minute Emergency Medicine Consult</u> (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 1054-1055.

53.   Vilke GM:  Warts. In: Rosen & Barkin's 5-Minute Emergency Medicine Consult (fifth edition).  Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin RE, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2015, pp 1240-1241.

54.   Vilke GM:  Hand and Wrist Pain.  In: <u>Harwood-Nuss' Clinical Practice of Emergency Medicine</u> sixth edition.  Editor-in-chief: AB Wolfson. Philadelphia: Lippincott Williams and Wilkins, 2015, pp 707-710.

PUBLICATIONS, continued:

Book Chapters

55. Vilke GM: The Question of Positional and Compression Asphyxia. In: The Thin Blue Line. Amdur E and Hutchings J (eds.) Edgework, 2015, pp 287-290.

56. Vilke GM: The Question of Positional and Compression Asphyxia. In: Safe Behind Bars. Amdur E, Blake M, De Villeneuve C (eds.) Edgework, 2015, pp 321-324.

57. Vilke GM: The Question of Positional and Compression Asphyxia. In: Cooling the Flames Amdur E, Murphy JK (eds.) Edgework, 2015, pp 247-250.

58. Castillo EM, Vilke GM. Road Traffic Accidents: Air Bag-Related Injuries and Deaths. Encyclopedia of Forensic and Legal Medicine (Second Edition), 2016, pp 162-174.

59. Vilke GM, Castillo EM. Restraint Techniques, Injuries, and Death: Use of Force Techniques. Encyclopedia of Forensic and Legal Medicine (Second Edition), 2016, pp 142-147.

60. Roberts EE, Vilke GM. Restraint Techniques, Injuries, and Death: Conducted Energy Devices. Encyclopedia of Forensic and Legal Medicine (Second Edition), 2016, pp 118-126.

61. Castillo EM, Vilke GM: How to design a study that everyone will believe. In: Doing Research in Emergency and Acute Care: Making Order Out of Chaos. Wilson MP, Guluma KZ, Hayden SR (Eds.); Hoboken: Wiley-Blackwell, 2015 pp 79-84.

62. Vilke GM, Castillo EM: Privacy in research: How to collect data safely and confidentially. In: Doing Research in Emergency and Acute Care: Making Order Out of Chaos. Wilson MP, Guluma KZ, Hayden SR (Eds.); Hoboken: Wiley-Blackwell, 2015, pp 155-160.

63. Wilson MP, Vilke GM. Mental Illness and Substance Abuse. In: Cooney D. EMS Medicine. New York: McGraw-Hill, In press.

64. DeMers G, Vilke GM. International Deployment. In: Cooney D. EMS Medicine. New York: McGraw-Hill, In press.

VIDEOS:

1.  Vilke GM, Davis DP, Robinson A: "Glasgow Coma Scale and the Field Neurological Exam" Instructional Video, San Diego County Emergency Medical Services, Copyright 1997.

2.  Vilke GM, Chan TC: "Excited Delirium" Instructional Video, San Diego County Sheriff's Department, 2007.

3.  Morris B, Vilke GM: "Ankylosing Spondylitis" Educational Video. Bill Morris Production Group for the Ankyslosing Spondylitis Association of America, 2009.

PUBLICATIONS, continued:

Articles

1.  Vilke GM, Hoyt DB, Epperson M, Fortlage D, Hutton KC, Rosen P:  Intubation techniques in the helicopter.  J Emerg Med 1994;12(2):217-224.

2.  Rockwell E, Jackson E, Vilke G, Jeste DV:  A study of delusions in a large cohort of Alzheimer's disease patients.  Am J Geriatric Psychiatry 1994;2(2):157-164.

3.  Chan T, Vilke GM, Williams S:  Bi-directional ventricular tachycardia in a patient with digoxin toxicity.  J Emerg Med 1995;13(1):89.

4.  Vilke GM:  Misplaced intravascular catheters in a patient with acute renal failure.  J Emerg Med 1995;13(3):379.

5.  Vilke GM, Vilke TS, Rosen P:  The completeness of MEDLINE for papers published in the *Journal of Emergency Medicine*.  J Emerg Med 1995;13(4):457-460.

6.  Bauman BH, Vilke G, Chan T:  Dexamethasone use in croup.  West J Med 1996;164(1):66.

7.  Vilke GM, Hayden SR:  Intraorbital air in a patient status post-facial trauma.  J Emerg Med 1996;14(1):77.

8.  Vilke GM, Jacoby I, Manoguerra AS, Clark R:  Disaster preparedness of poison control centers.  Clin Toxicol 1996;34(1):53-58.

9.  Vilke GM:  "No worries."  J Emerg Med 1996;14(5):641-642.

10. Vilke GM, Honingford EA:  Cervical spine epidural abscess in a patient with no predisposing risk factors.  Ann Emerg Med 1996;27(6):777-780.

11. Vilke GM, Honingford EA:  Diabetes and neck pain (Letter to the editor).  Ann Emerg Med 1996;28(6):731.

12. Vilke GM, Wulfert EA:  Case reports of two patients presenting with pneumothorax following acupuncture.  J Emerg Med 1997;15(2):155-157.

13. Vilke GM:  Chest pain in an elderly patient.  J Emerg Med 1997;15(4):523.

14. Chan TC, Vilke GM, Neuman T, Clausen JL:  Restraint position and positional asphyxia.  Ann Emerg Med 1997;30(5):578-586.

15. Moss ST, Chan TC, Buchanan J, Dunford JV, Vilke GM:  Outcome study of prehospital patients signed out against medical advice by field paramedics.  Ann Emerg Med 1998; 31(2):247-250.

PUBLICATIONS, continued:

Articles

16. Chan TC, Vilke GM, Neuman T: Reexamination of custody restraint position and positional asphyxia. Am J Forensic Med Pathol 1998;19(3):201-205.

17. Howard JD, Reay DT [32(1):116-117] / Chan TC, Vilke GM, Neuman T, Clausen J: Positional asphyxia (Reply to letter to the editor). Ann Emerg Med 1998;32(1):117-118.

18. Vilke GM, Mahoney G, Chan TC: Postpartum coronary artery dissection. Ann Emerg Med 1998;32(2):260-262.

19. Rosa CM, Schwartz BL, Vilke GM: The prehospital electrocardiogram: Future standard of care? Top Emerg Med 1998;20(3):23-29.

20. Davis DP, Bramwell KJ, Vilke GM, Cardall TY, Yoshida E, Rosen P: Cricothyrotomy technique: Standard versus the rapid four-step technique. J Emerg Med 1999;17(1):17-21.

21. Davis DP, Stephen KAC, Vilke GM: Inaccuracy in endotracheal tube verification using a Toomey syringe. J Emerg Med 1999;17(1):35-38.

22. Friedman L, Vilke GM, Chan TC, Hayden SR, Guss DA, Krishel SJ, Rosen P: Emergency department airway management before and after an emergency medicine residency. J Emerg Med 1999;17(3):427-431.

23. Bramwell KJ, Davis DP, Cardall TY, Yoshida E, Vilke GM, Rosen P: Use of the Trousseau dilator in cricothyrotomy. J Emerg Med 1999;17(3):433-436.

24. Cardall TY, Chan TC, Brady WJ, Perry JC, Vilke GM, Rosen P: Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part I. J Emerg Med 1999;17(3):479-489.

25. Cardall TY, Brady WJ, Chan TC, Perry JC, Vilke GM, Rosen P: Permanent cardiac pacemakers: Issues relevant to the emergency physician, Part II. J Emerg Med 1999;17(4):697-709.

26. Vilke GM, Buchanan J, Dunford JV, Chan TC: Are heroin overdose deaths related to patient release after prehospital treatment with naloxone? Prehosp Emerg Care 1999;3(3):183-186.

27. Roppolo LP, Vilke GM, Chan TC, Krishel S, Hayden SR, Rosen P: Nasotracheal intubation in the emergency department, revisited. J Emerg Med 1999;17(5):791-799.

28. Vilke GM: FOOSH injury with snuff box tenderness. J Emerg Med 1999;17(5):899-900.

29. Chan TC, Neuman T, Vilke GM, Clausen J, Clark RF: Metabolic acidosis in restraint-associated cardiac arrest (Letter to the editor). Acad Emerg Med 1999;6(10):1075-1076.

PUBLICATIONS, continued:

Articles

30. Chan TC, Vilke GM, Bramwell KJ, Davis DP, Hamilton RS, Rosen P: Comparison of wire-guided cricothyrotomy versus standard surgical cricothyrotomy technique. J Emerg Med 1999;17(6):957-962.

31. Reay DT, Howard JD [20(3):300-301] / Chan TC, Vilke GM, Neuman T: Restraint position and positional asphyxia (Reply to letter to the editor). Am J Forensic Med Pathol 2000; 21(1):93.

32. Vilke GM, Chan TC, Guss DA: Use of a complete neurological examination to screen for significant intracranial abnormalities in minor head injury. Am J Emerg Med 2000;18(2): 159-163.

33. Sloane CM, Vilke G: The other olive associated with vomiting. J Emerg Med 2000; 18(3):375.

34. Vilke GM, Chan TC, Neuman T, Clausen JL: Spirometry in normal subjects in sitting, prone, and supine positions. Respir Care 2000;45(4):407-410.

35. Ma G, Vilke GM: Amoebic abscess. J Emerg Med 2000;18(4):465-466.

36. Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM: Safety and efficacy of the rapid four-step technique for cricothyrotomy using a Bair Claw. J Emerg Med 2000;19(2):125-129.

37. Sloane C, Vilke GM, Chan TC, Hayden SR, Hoyt DB, Rosen P: Rapid sequence intubation in the field versus hospital in trauma patients. J Emerg Med 2000;19(3):259-264.

38. Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR: Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine in a cadaver model of intubation. Ann Emerg Med 2000;36(4):293-300.

39. Ochs M, Vilke GM, Chan TC, Moats T, Buchanan J: Successful prehospital airway management by EMT-Ds using the Combitube. Prehosp Emerg Care 2000;4(4):333-337.

40. Vilke GM, Marino A, Iskander J, Chan TC: Emergency department patient knowledge of medications. J Emerg Med 2000;19(4):327-330.

41. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T: The impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions, final report. NCJ 182433. Washington, DC: United States Department of Justice, National Institute of Justice, 2000, 68 pages.

42. Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR: Effect of surgical cricothyrotomy on the unstable cervical spine in a cadaver model of intubation. J Emerg Med 2001;20(1):1-5.

PUBLICATIONS, continued:

Articles

43. Vilke GM, Chan TC: Physician effect on out of hospital patients signing out against medical advice. Pre-hospital Immediate Care 2001;5(1):38-40.

44. Davis DP, Kimbro TA, Vilke GM: The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension. Prehosp Emerg Care 2001;5(2):163-168.

45. Patel RJ, Vilke GM, Chan TC: The prehospital electrocardiogram. J Emerg Med 2001; 21(1):35-39.

46. Davis DP, Videen JS, Marino A, Vilke GM, Dunford JV, Van Camp SP, Maharam LG: Exercise-induced hyponatremia in marathon runners: A two-year experience. J Emerg Med 2001;21(1):47-57.

47. Seltzer AG, Vilke GM, Chan TC, Fisher R, Dunford JV: Outcome study of minors after parental refusal of paramedic transport. Prehosp Emerg Care 2001;5(3):278-283.

48. Vilke GM, Marino A, Fisher R, Chan TC: Estimation of pediatric patient weight by EMT-Ps. J Emerg Med 2001;21(2):125-128.

49. Chan TC, Vilke GM, Pollack M, Brady WJ: Electrocardiographic manifestations: Pulmonary embolism. J Emerg Med 2001;21(3):263-270.

50. Morgan J / Sloane C, Vilke GM: Rapid sequence intubation in the field versus hospital in trauma patients (Reply to letter to the editor). J Emerg Med 2001;21(4):443-444.

51. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T: Pepper spray's effects on a suspect's ability to breathe. Research in Brief (NCJ 188069), December 2001. Washington, DC: United States Department of Justice, National Institute of Justice.

52. Vilke GM, Steen PJ, Smith AM, Chan TC: Out-of-hospital pediatric intubation by paramedics: The San Diego experience. J Emerg Med 2002;22(1):71-74.

53. Chan TC, Vilke GM, Clausen J, Clark RF, Schmidt P, Snowden T, Neuman T: The effect of oleoresin capsicum "pepper" spray inhalation on respiratory function. J Forensic Sci 2002; 47(2):299-304.

54. Vilke GM, Sharieff GQ, Marino A, Gerhart AE, Chan TC: Midazolam for the treatment of out-of-hospital pediatric seizures. Prehosp Emerg Care 2002;6(2):215-217.

55. Vilke GM, Chan TC: Agitated delirium and sudden death (Letter to the editor). Prehosp Emerg Care 2002;6(2):259-260.

PUBLICATIONS, continued:

Articles

56. Vilke GM, Fisher R, Chan TC:  An evaluation of the risk for latex allergy in prehospital EMS providers.  J Emerg Med 2002;22(4):345-348.

57. Vilke GM:  Food-dependent exercise-induced anaphylaxis.  Prehosp Emerg Care 2002; 6(3):348-350.

58. Vilke GM, Snyder B:  High pressure paint spray gun injury.  J Emerg Med 2002;23(2): 203-204.

59. Chew GS, Vilke GM, Davis DP, Chan TC:  Toomey$^{TM}$ syringe aspiration may be inaccurate in detecting esophageal intubation following gastric insufflation.  J Emerg Med 2002;23(4): 337-340.

60. Vilke GM:  Aeromedical Emergencies:  Intro to the section. J Emerg Med 2002;23(1):49.

61. Vilke GM, Sardar W, Fisher R, Dunford JD, Chan TC:  Follow-up of elderly patients who refuse transport after accessing 9-1-1.  Prehosp Emerg Care 2002;6(4):391-395.

62. Vilke GM:  Great toe pain.  J Emerg Med 2003;24(1):59-60.

63. Davis JM, Vilke GM:  An elderly patient with intussusception. J Emerg Med 2003;24(2):221.

64. Austin T, Vilke GM, Nyheim E, Kelly D, Chan TC:  Safety and effectiveness of methohexital for procedural sedation in the emergency department.  J Emerg Med 2003;24(3):315-318.

65. Chan TC, Vilke GM, Smith S, Sparrow W, Dunford JV:  Impact of an after-hours on-call emergency physician on ambulance transports from a county jail.  Prehosp Emerg Care 2003; 7(3):327-331.

66. Vilke GM, Chan TC, Neuman T:  Patient Restraint in EMS:  Prehosp Emerg Care 2003; 7(3):417.

67. Deitch S, Davis DP, Schatteman J, Chan TC, Vilke GM:  The use of etomidate for prehospital rapid-sequence intubation.  Prehosp Emerg Care 2003;7(3):380-383.

68. Vilke GM, Sloane C, Smith AM, Chan TC:  Assessment for deaths in out-of-hospital heroin overdose patients treated with naloxone who refuse transport.  Acad Emerg Med 2003; 10(8):893-896.

69. Davis DP, Valentine C, Ochs M, Vilke GM, Hoyt DB:  The Combitube as a salvage airway device for paramedic rapid sequence intubation.  Ann Emerg Med 2003;42(5):697-704.

70. Calkins T, Chan TC, Clark RF, Stepanski B, Vilke GM:  Review of prehospital sodium bicarbonate use for cyclic antidepressant overdose.  Emerg Med J 2003;20:483-486.

PUBLICATIONS, continued:

Articles

71. Vilke GM, Brown L, Skogland P, Simmons C, Guss DA: Approach to decreasing emergency department ambulance diversion hours. J Emerg Med 2004;26(2):189-192.

72. Vilke GM, Smith AM, Chan TC: Leaving against medical advice after out-of-hospital naloxone: a closer look is needed. Acad Emerg Med 2004;11(3):323-324.

73. Vilke GM, Harrigan RA, Ufberg JW, Chan TC: Emergency evaluation and treatment of priapism. J Emerg Med 2004;26(3):325-329.

74. Davis DP, Wold RM, Patel RJ, Tran AJ, Tokhi RN, Chan TC, Vilke GM: The clinical presentation and impact of diagnostic delays on emergency department patients with spinal epidural abscess. J Emerg Med 2004;26(3):285-291.

75. Vilke GM, Harrigan RA, Ufberg JW: Technical Tips: Intro to the section. J Emerg Med 2004;26(3):323.

76. Doney MK, Vilke GM: Large osteosarcoma not apparent on conventional radiography. J Emerg Med 2004;26(3):351-352.

77. Chan TC, Ufberg J, Harrigan RA, Vilke GM: Nasal foreign body removal. J Emerg Med 2004;26(4):441-445.

78. Vilke GM, Smith AM, Upledger Ray L, Steen PJ, Murrin PA, Chan TC: Airway obstruction in children aged less than 5 years: The prehospital experience. Prehosp Emerg Care 2004; 8(2):196-199.

79. Vilke GM, Jin A, Davis DP, Chan TC: Prospective randomized study of viscous lidocaine versus benzocaine in a GI cocktail for dyspepsia. J Emerg Med 2004;27(1):7-9.

80. Poste JC, Davis DP, Ochs M, Vilke GM, Castillo EM, Stern J, Hoyt DB: Air medical transport of severely head-injured patients undergoing paramedic rapid sequence intubation. Air Medical Journal 2004;23(4):36-40.

81. Chan TC, Neuman T, Clausen J, Eisele J, Vilke GM: Weight force during prone restraint and respiratory function. Am J Forensic Med Pathol 2004;25(3):185-189.

82. Ufberg JW, Vilke GM, Chan TC, Harrigan RA: Anterior shoulder dislocations: Beyond traction-countertraction. J Emerg Med 2004;27(3):301-306.

83. Vilke, GM: San Diego County wildfires: Perspective of county officials. Disaster Manag Response 2004 Oct-Dec;2(4):99.

PUBLICATIONS, continued:

Articles

84. Vilke, GM, Castillo EM, Metz MA, Upledger Ray L, Murrin PA, Lev R, Chan TC: Community trial to decrease ambulance diversion hours: The San Diego County patient destination trial. Ann Emerg Med 2004;44(4):295-303.

85. Vilke GM, Stepanski BM, Ray LU, Lutz MW, Murrin PA, Chan TC: 9-1-1 responses for shopping cart and stroller injuries. Pediatr Emerg Care 2004;20(10):660-663.

86. Vilke GM, Castillo EM, Ray LU, Murrin PA, Chan TC: Evaluation of pediatric glucose monitoring and hypoglycemic therapy in the field. Pediatr Emerg Care 2005;21(1):1-5.

87. Vilke GM, Chan TC, Dunford JV, Metz M, Ochs G, Smith A, Fisher R, Poste JC, McCallum-Brown L, Davis DP: The three-phase model of cardiac arrest as applied to ventricular fibrillation in a large, urban emergency medical services system. Resuscitation 2005;64(3):341-346.

88. Davis DP, Peay J, Sise MJ, Vilke GM, Kennedy F, Eastman AB, Velky T, Hoyt DB: The impact of prehospital endotracheal intubation on outcome in moderate to severe traumatic brain injury. J Trauma 2005;58(5):933-939.

89. Davis DP, Grossman K, Kiggins DC, Vilke GM, Chan TC: The inadvertent administration of anticoagulants to ED patients ultimately diagnosed with thoracic aortic dissection. Am J Emerg Med 2005;23(4):439-442.

90. Davis DP, Pettit K, Rom CD, Poste JC, Sise MJ, Hoyt DB, Vilke GM: The safety and efficacy of prehospital needle and tube thoracostomy by aeromedical personnel. Prehosp Emerg Care 2005;9(2):191-197.

91. Davis DP, Peay J, Serrano JA, Buono C, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB: The impact of aeromedical response to patients with moderate to severe traumatic brain injury. Ann Emerg Med 2005;46(2):115-122.

92. Davis DP, Vadeboncoeur TF, Ochs M, Poste JC, Vilke GM, Hoyt DB: The association between field glasgow coma scale score and outcome in patients undergoing paramedic rapid sequence intubation. J Emerg Med 2005;29(4):391-397.

93. Davis DP, Wiesner C, Chan TC, Vilke GM: The efficacy of nebulized albuterol/ipratropium bromide versus albuterol alone in the prehospital treatment of suspected reactive airways disease. Prehosp Emerg Care 2005;9(4):386-390.

94. Davis DP, Douglas DJ, Smith W, Sise MJ, Vilke GM, Holbrook TL, Kennedy F, Eastman AB, Velky T, Hoyt DB: Traumatic brain injury outcomes in pre- and post-menopausal females versus age-matched males. J Neurotrauma 2006;23(2):140-148.

PUBLICATIONS, continued:

Articles

95. Davis DP, Idris AH, Sise MJ, Kennedy F, Brent Eastman A, Velky T, Vilke GM, Hoyt DB: Early ventilation and outcome in patients with moderate to severe traumatic brain injury. Crit Care Med 2006;34(4):1202-1208.

96. Dunford JV, Castillo EM, Chan TC, Vilke GM, Jenson P, Lindsay SP: Impact of the San Diego Serial Inebriate Program on use of emergency medical resources. Ann Emerg Med 2006;47(4):328-336.

97. Vadeboncoeur T, Davis DP, Ochs M, Poste JC, Hoyt DB, Vilke GM: The ability of paramedics to predict aspiration in patients undergoing prehospital rapid sequence intubation. J Emerg Med 2006;30(2):131-136.

98. Davis DP, Serrano JA, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB: The predictive value of field versus arrival Glasgow Coma Scale Score and TRISS calculations in moderate-to-severe traumatic brain injury. J Trauma 2006;60(5):985-990.

99. Ramanujam P, Vilke GM: Prehospital management of the difficult airway. Clinical Foundations 2006;7-11.

100. Vilke GM, Tornabene SV, Stepanski B, Shipp HE, Upledger Ray L, Metz MA, Vroman D, Anderson M, Murrin PA, Davis DP, Harley J: Paramedic self-reported medication errors. Prehosp Emerg Care 2006;10(4):457-462.

101. Goldstein EH, Hradecky G, Vilke GM, Chan TC: Impact of a standardized protocol to address methicillin-resistant *staphylococcus aureus* skin infections at a large, urban county jail system. J Correctional Health Care 2006;12(3):181-188.

102. Chappell S, Vilke GM, Chan TC, Harrigan RA, Ufberg JW: Peripheral venous cutdown. J Emerg Med 2006;31(4):411-416.

103. Lev R, Vilke G, Dunford J. San Diego Regional STEMI Summit. San Diego Physician. 2006;4:11-13.

104. Vilke GM, Smith AM, Stepanski B, Shipp HE, Upledger Ray L, Murrin PA, Chan TC. Impact of the San Diego County firestorm on Emergency Medical Services. Prehosp Dis Med 2006;21(5):353-358.

105. Soroudi A, Shipp HE, Stepanski BM, Ray LU, Murrin PA, Chan TC, Davis DP, Vilke GM. Adult foreign body airway obstruction in the prehospital setting. Prehosp Emerg Care. 2007 Jan-Mar;11(1):25-9.

106. Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW. Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. J Forensic Sci 2007;52(1):171-175.

PUBLICATIONS, continued:

Articles

107. Vilke GM, Tornabene SV, Stepanski B, Shipp HE, Upledger Ray L, Metz MA, Vroman D, Anderson M, Murrin PA, Davis DP, Harley J: Paramedic self-reported medication errors. Prehosp Emerg Care 2007;11(1):80-84.

108. Dolkas L, Stanley C, Smith AM, Vilke GM. Deaths associated with choking in San Diego county. J Forensic Sci. 2007;52(1):176-9.

109. Harrigan RA, Chan TC, Moonblatt S, Vilke GM, Ufberg JW. Temporary transvenous pacemaker placement in the Emergency Department. J Emerg Med 2007;32(1):105-111.

110. Davis DP, Kene M, Vilke GM, Sise MJ, Kennedy F, Eastman AB, Velky T, Hoyt DB. Head-Injured Patients Who "Talk and Die": The San Diego Perspective. J Trauma. 2007 Feb;62(2):277-281.

111. Ma G, Davis DP, Schmitt J, Vilke GM, Chan TC, Hayden SR. The sensitivity and specificity of transcricothyroid ultrasonography to confirm endotracheal tube placement in a cadaver model. J Emerg Med 2007;32(4):405-414.

112. Davis DP, Fisher R, Aguilar S, Metz M, Ochs G, McCallum-Brown L, Ramanujam P, Buono C, Vilke GM, Chan TC, Dunford JV. The feasibility of a regional cardiac arrest receiving system. Resuscitation. 2007;74(1):44-51.

113. Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM. Cardiac monitoring of human subjects exposed to the taser. J Emerg Med. 2007;33(2):113-7.

114. Firestone D, Wos A, Killeen JP, Chan TC, Guluma K, Davis DP, Vilke GM. Can urine dipstick be used as a surrogate for serum creatinine in emergency department patients who undergo contrast studies? J Emerg Med. 2007;33(2):119-22.

115. Khaleghi M, Loh A, Vroman D, Chan TC, Vilke GM. The effects of minimizing ambulance diversion hours on emergency departments. J Emerg Med. 2007;33(2):155-9.

116. Davis DP, Graydon C, Stein R, Wilson S, Buesch B, Berthiaume S, Lee D, Rivas J, Vilke GM, Leahy DR. The positive predictive value of paramedic versus emergency physician interpretation of the prehospital 12-lead electrocardiogram. Prehosp Emerg Care 2007;11(4):399-402.

117. Vilke GM, Chan TC. Less lethal technology: medical issues. Policing 2007;30(3):341-357.

118. Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan T Physiological Effects of a Conducted Electrical Weapon on Human Subjects. Ann Emerg Med. 2007:.50(5):569-75.

PUBLICATIONS, continued:

<u>Articles</u>

119. Conroy C, Eastman AB, Stanley C, Vilke GM, Vaughan T, Hoyt DB, Pacyna S. Fatal Positional Asphyxia Associated With Rollover Crashes. Am J Forensic Med Pathol. 2007;28(4):330-332.

120. Vilke GM, Sloane C, Levine S, Neuman T, Castillo E, Chan TC. Twelve-lead electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser X26.Am J Emerg Med. 2008;26(1):1-4.

121. Sloane CM, Chan TC, Vilke GM. Thoracic Spine Compression Fracture after TASER Activation. J Emerg Med. 2008:34(3):283-5.

122. Sloane C, Vilke GM. Death by Tasercution Rare. *Emergency Medicine News.* 2008;30(3):7.

123. Chan TC, Harrigan RA, Ufberg J, Vilke GM. Mandibular Reduction. J Emerg Med. 2008;34(4):435-40.

124. Tornabene SV, Deutsch R, Davis DP, Chan TC, Vilke GM. Evaluating the use and timing of opioids for the treatment of migraine headaches in the emergency department. J Emerg Med. 2009 May;36(4):333-7. Epub 2008 Feb 14.

125. Vilke GM, Ufberg JW, Harrigan RA, Chan TC. Evaluation and Treatment of Acute Urinary Retention. J Emerg Med. 2008;35(2):193-8.

126. Sloane CM, Chan TC, Levine SD, Dunford JV, Neuman T, Vilke GM. Serum Troponin I Measurement of Subjects Exposed to the Taser X-26(R). J Emerg Med. 2008;35(1):29-32

127. Tornabene S, Vilke GM. Gradenigo's Syndrome. J Emerg Med. 2010;38(4):449-51. Epub 2008 Feb 23.

128. Vilke GM, Sloane CM, Neuman T, Castillo EM, Chan TC, Kolkhorst F. In reply to Taser safety remains unclear. Ann Emerg Med. 2008 Jul;52(1):85-86.

129. Sloane CM, Vilke GM. Medical Aspects of Less-Lethal Weapons. Law Enforcement Executive Forum. 2008;8(4):81-94.

130. Conroy C, Stanley C, Eastman AB, Vaughn T, Vilke GM, Hoyt DB, Pacyna S, Smith A. Asphyxia: A Rare Cause of Death for Motor Vehicle Crash Occupants. Am J Forensic Med Pathol. 2008;29:14-18.

131. Ramanujam P, Castillo E, Patel E, Vilke G, Wilson MP, Dunford JV. Prehospital transport time intervals for acute stroke patients. J Emerg Med. 2009 Jul;37(1):40-5. Epub 2008 Aug 23.

PUBLICATIONS, continued:

Articles

132. Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA, Feinberg R, Friedman, L. Impact of an Internet-Based Emergency Department Appointment System to Access Primary Care at Safety Net Community Clinics. Ann Emerg Med 2009;54(2):279-84. Dec. Epub 2008 Dec 13.

133. Vilke GM, Johnson WD 3rd, Castillo EM, Sloane C, Chan TC. Tactical and subject considerations of in-custody deaths proximal to use of conductive energy devices. Am J Forensic Med Pathol. 2009;Mar;30(1):23-5.

134. Firestone DN, Band RA, Hollander JE, Castillo E, Vilke GM. Use of a Urine Dipstick and Brief Clinical Questionnaire to Predict an Abnormal Serum Creatinine in the Emergency Department. Acad Emerg Med. 2009;16(8):699-703.

135. Vilke GM, Sloane CM, Suffecool A, Kolkhorst FW, Neuman TS, Castillo EM, Chan TC. Physiologic Effects of the TASER After Exercise. Acad Emerg Med. 2009;16(8):704-710.

136. Vilke GM, Wilson MP. Agitation: What every emergency physician should know. EM Reports. 2009 30(19):1-8.

137. Doney MK, Vilke GM. Case Report: Aortoenteric Fistula Presenting as Repeated Hematochezia. J Emerg Med. 2012;43(3):431-34. Epub 2010 Jan 23.

138. Vilke GM, Sloane C, Castillo EM, Kolkhorst FW, Neuman TS, Chan TC. Evaluation of the Ventilatory Effects of a Restraint Chair on Human Subjects. J Emerg Med. 2011;40(6):714-8. Epub 2010 Jan 13.

139. Chan TC, Killeen JP, Vilke GM, Marshall JB, Castillo EM. Effect of Mandated Nurse–Patient Ratios on Patient Wait Time and Care Time in the Emergency Department. Acad Emerg Med. 2010; 17:545–552

140. Vilke GM, Chan TC. Evaluation and Management for Carotid Dissection in Patients Presenting after Choking or Strangulation. J Emerg Med. 2011;40(3):355-8. Epub 2010 Apr 2.

141. Wilson, MP, MacDonald KS, Vilke GM, Feifel D. Potential complications of combining intramuscular olanzapine with benzodiazepines in emergency department patients. J Emerg Med. 2012;43(5):889-96 Epub 2010 Jun 12.

142. Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC. Collaborative to Decrease Ambulance Diversion: The California Emergency Department Diversion Project. J Emerg Med. 2011;40(3):300-7. Epub 2010 Apr 10.

PUBLICATIONS, continued:

Articles

143. Hostler D, Thomas EG, Emerson SS, Christenson J, Stiell IG, Rittenberger JC, Gorman KR, Bigham BL, Callaway CW, Vilke GM, Beaudoin T, Cheskes S, Craig A, Davis DP, Reed A, Idris A, Nichol G; The Resuscitation Outcomes Consortium Investigators. Increased survival after EMS witnessed cardiac arrest. Observations from the Resuscitation Outcomes Consortium (ROC) Epistry-Cardiac arrest. Resuscitation. 2010 Jul;81(7):826-30. Epub 2010 Apr 18.

144. Macdonald K, Wilson MP, Minassian A, Vilke GM, Perez R, Cobb P, Tallian K, Becker O, Feifel D. A retrospective analysis of intramuscular haloperidol and intramuscular olanzapine in the treatment of agitation in drug- and alcohol-using patients. Gen Hosp Psychiatry. 2010 July - August;32(4):443-445. Epub 2010 Jun 12.

145. Schranz CI, Castillo EM, Vilke GM. The 2007 San Diego wildfire impact on the emergency department of the University of California, San Diego Hospital system. Prehosp Disaster Med. 2010 Sep-Oct;25(5):472-6.

146. Vilke GM, Bozeman WP, Chan TC. Emergency Department Evaluation after Conducted Energy Weapon Use: Review of the Literature for the Clinician. J Emerg Med 2011;40(5):598-604. Epub 2011 Jan 4.

147. Vilke GM, Douglas DJ, Shipp H, Stepanski B, Smith A, Ray LU, Castillo EM. Pedatric poisonings in children younger than five years responded to by paramedics. J Emerg Med. 2011;41(3):265-9 Epub 2011 Jan 5.

148. Vilke GM, DeBard ML, Chan TC, Ho JD, Dawes DM, Hall C, Curtis MD, Costello MW, Mash DC, Coffman SR, McMullen MJ, Metzger JC, Roberts JR, Sztajnkrcer MD, Henderson SO, Adler J, Czarnecki F, Heck J, Bozeman WP. Excited Delirium Syndrome (ExDS): Defining Based on a Review of the Literature. J Emerg Med. 2012;43(5):897-905. Epub 2011 Mar 24.

149. Davis DP, Salazar A, Chan TC, Vilke GM. Prospective evaluation of a clinical decision guideline to diagnose spinal epidural abscess in patients who present to the emergency department with spine pain. J Neurosurg Spine. 2011;14(6):765-70. Epub 2011 Mar 18.

150. Vilke GM. Pathophysiologic changes due to TASER devices versus excited delirium: Potential relevance to deaths-in-custody? J Forens and Legal Med. 2011;18(6):291. Epub 2011 May 24.

151. Wilson MP, Macdonald K, Vilke GM, Feifel D. A Comparison of the Safety of Olanzapine and Haloperidol in Combination with Benzodiazepines in Emergency Department Patients with Acute Agitation. J Emerg Med. 2012;43(5):790-7. Epub 2011 May 19.

PUBLICATIONS, continued:

Articles

152. Stiell IG, Nichol G, Leroux BG, Rea TD, Ornato JP, Powell J, Christenson J, Callaway CW, Kudenchuk PJ, Aufderheide TP, Idris AH, Daya MR, Wang HE, Morrison LJ, Davis D, Andrusiek D, Stephens S, Cheskes S, Schmicker RH, Fowler R, Vaillancourt C, Hostler D, Zive D, Pirallo RG, Vilke GM, Sopko G, Weisfeldt M. Early versus Later Rhythm Analysis in Patients with Out-of-Hospital Cardiac Arrest. N Eng J Med 2011;365(9):787-97.

153. Wilson MP, Vilke GM, Ramanujam P, Itagaki MW. Emergency physicians research commonly encountered patient-oriented problems in the proportion with which they are encountered in the emergency department. West J Emerg Med. 2012 Sep;13(4):344-50. Epub 2012 Feb 6.

154. DeMers G, Lynch C, Vilke GM. Retail store-related traumatic injuries in paediatric and elderly populations. J of Paramed Pract 2012;3(11):632-636.

155. Vilke GM, Payne-James J, Karsch SB. Excited Delirium Syndrome (ExDS): Redefining an Old Diagnosis. J Forens Legal Med. 2012;19:7-11. Epub 2011 Nov 2.

156. Vilke GM, Bozeman WP, Dawes DM, DeMers, G, Wilson MP. Excited delirium syndrome (ExDS): Treatment options and considerations. J Forens Legal Med. 2012;19:117-121. Epub 2012 Jan 24.

157. Kroening-Roche JC, Soroudi A, Castillo EM, Vilke GM. Antibiotic and Bronchodilator Prescribing for Acute Bronchitis in the Emergency Department. J Emerg Med. 2012;43(2):221-7. Epub 2012 Feb 16.

158. Nordt SP, Vilke GM, Clark RF, Lee Cantrell F, Chan TC, Galinato M, Nguyen V, Castillo EM. Energy Drink Use and Adverse Effects Among Emergency Department Patients. J Community Health. 2012: Oct;37(5):976-81. Epub 2012 Feb 25.

159. Vilke GM, Sloane CM, Chan TC. Funding source and author affiliation in TASER research are strongly associated with a conclusion of device safety. Am Heart J. 2012 Mar;163(3):e5. Epub 2012 Feb 2.

160. Vilke GM, Sloane CM, Chan TC. Clarification of Funding Sources in "Electronic Control Device Exposures: A Review of Morbidity and Mortality". Ann Emerg Med 2012;59(4):336.

161. Gault TI, Gray SM, Vilke GM, Wilson MP. Are oral medications effective in the management of acute agitation? J Emerg Med. 2012;43(5):854-9. Epub 2012 Apr 26.

PUBLICATIONS, continued:

Articles

162. Macdonald KS, Wilson MP, Minassian A, Vilke GM, Becker O, Tallian K, Cobb P, Perez R, Galangue B, Feifel D. A naturalistic study of intramuscular haloperidol versus intramuscular olanzapine for the management of acute agitation. J Clin Psychopharm. 2012;32(3):317-22. Epub 2012 Apr 26.

163. Repanshek ZD, Ufberg JW, Vilke GM, Chan TC, Harrigan RA. Alternative treatments of pneumothorax. J Emerg Med 2013;44(2):457-66. Epub 2012 May 21.

164. Wilson MP, Chen N, Vilke GM, Castillo EM, Macdonald KS, Minassian A. Olanzapine in ED patients: differential effects on oxygenation in patients with alcohol intoxication. Am J Emerg Med 2012;30(7):1196-201. Epub 2012 May 23.

165. Almazroua FY, Vilke GM. The captain morgan technique for the reduction of the dislocated hip. Ann Emerg Med 2012;60(1):135-6.

166. Hall CA, Kader AS, McHale AMD, Stewart L, Fick GH, Vilke GM. Frequency of signs of excited delirium syndrome in subjects undergoing police use of force: Descriptive evaluation of a prospective, consecutive cohort. J Foresn and Leg Med 2013;20:102-7. Epub 2012 June 22.

167. Perkins J, Perkins K, Vilke GM, Almazroua FY. Is culture-positive urinary tract infection in febrile children accurately identified by urine dipstick or microanalysis? J Emerg Med 2012;43(6):1155-9. Epub 2012 July 13.

168. Demers G, Meurer WJ, Shih R, Rosenbaum, S, Vilke GM. Tissue plasminogen activator and stroke: Review of the literature for the clinician. J Emerg Med 2012;43(6):1149-54. Epub 2012 July 18

169. Wilson MP, Vilke GM, Govindarajan P, Itagaki MW. Emergency physicians research common problems in proportion to their frequency. West J Emerg Med 2012;13(4):344-50.

170. Ronquillo L, Minassian A, Vilke GM, Wilson MP. Literature-based Recommendations for Suicde Assessment in the Emergency Department: A Review. J Emerg Med. 2012;43(5):836-42. Epub 2012 Oct 2.

171. Vilke GM, Chan TC, Karch S. Letter by Vilke et al Regarding Article, "Sudden cardiac arrest and death following application of shocks from a TASER electronic control device". Circulation. 2013 Jan 1;127(1):e258. Epub 2013 Jan 1.

172. Wilson MP, Vilke GM. Why all the yelling and screaming? Dealing with agitation in the ED setting. Cyberounds. 2013 Feb 09.

PUBLICATIONS, continued:

Articles

173. Ali SS, Wilson MP, Castillo EM, Witucki P, Simmons TT, Vilke GM. Common hand sanitizer may distort readings of breathalyzer tests in the absence of acute intoxication. Acad Emerg Med 2013; 20(2):212-5.

174. Maisel A, Mueller C, Neath SX, Christenson RH, Morgenthaler NG, Nowak RM, Vilke G, Daniels LB, Hollander JE, Apple FS, Cannon C, Nagurney JT, Schreiber D, Defilippi C, Hogan C, Diercks DB, Stein JC, Headden G, Limkakeng AT Jr, Anand I, Wu AH, Papassotiriou J, Hartmann O, Ebmeyer S, Clopton P, Jaffe AS, Frank Peacock W. Copeptin Helps "Copeptin Helps in the Early Detection of Patients with Acute Myocardial Infarction": the primary results of the CHOPIN Trial. J Am Coll Cardiol.2013; 62(2):150-30. Epub 2013 Apr 30.

175. Minassian A, Vilke GM, Wilson MP. Frequent Emergency Department Visits are More Prevalent in Psychiatric, Alcohol Abuse, and Dual Diagnosis Conditions than in Chronic Viral Illnesses Such as Hepatitis and Human Immunodeficiency Virus. J Emerg Med. 2013;45(4):520-5. Epub 2013 Jul 8.

176. Darracq MA, Clark RF, Jacoby I, Vilke GM, Demers G, Cantrell FL. Disaster Preparedness of Poison Control Centers in the USA: A 15-year Follow-up Study. J Med Toxicol. 2014;10(1):29-25. Epub 2013 Jul 12.

177. Winters ME, Rosenbaum S, Vilke GM, Almazroua FY. Emergency Department Management of Patients with ACE-Inhibitor Angioedema. J Emerg Med 2013;45(5):775-80. Epub 2013 Aug 26.

178. Savaser DJ, Campbell C, Castillo EM, Vilke GM, Sloane C, Neuman T, Hansen AV, Shah S, Chan TC. The effect of the prone maximal restrained position with and without weight force on cardiac output and other hemodynamic measures. J Forens Leg Med. 2013 Nov;20(8):991-5. Epub 2013 Aug 30.

179. Wilson MP, Macdonald K, Vilke GM, Ronquillo L, Feifel D. Intramuscular Ziprasidone: Influence of alcohol and benzodiazepines on vital signs in the emergency setting. J Emerg Med 2013;45(6):901-8. Epub 2013 Sep 24.

180. Perkins J, McCurdy MT, Vilke GM, Al-Marshad AA. Telemetry Bed Usage for Patients with Low-risk Chest Pain: Review of the Literature for the Clinician. J Emerg Med 2014;46(2):273-7. Epub 2013 Nov 22.

181. Del Portal DA, Horn AE, Vilke GM, Chan TC, Ufberg JW. Emergency department management of shoulder dystocia. J Emerg Med 2014;46(3):378-82. Epub 2013 Dec 18.

PUBLICATIONS, continued:

Articles

182. Vilke GM, Bozeman WP, Chan TC. Re: Emergency Department Evaluation of Conducted Energy Weapon (CEW)-Injured Patients. J Emerg Med 2014;46(4):533-4. Epub 2014 Jan 9.

183. Jalali N, Vilke GM, Korenevsky M, Castillo EM, Wilson MP. The Tooth, the Whole Tooth, and Nothing But the Tooth: Can Dental Pain Ever Be the Sole Presenting Symptom of a Myocardial Infarction? A Systematic Review. J Emerg Med. 2014;[Epub 2014 Jan 25].

184. Sloane C, Chan TC, Kolkhorst F, Neuman T, Castillo EM, Vilke GM. Evaluation of the Ventilatory Effects of the Prone Maximum Restraint Position (PMR) on Obese Human Subjects. Forens Sci Int 2014;237:86-9. Epub 2014;46(6):865-72. Epub 2014 Feb 14.

185. Wilson MP, Minassian A, Bahramzi M, Campillo A, Vilke GM. Despite expert recommendations, second-generation antipsychotics are not often prescribed in the emergency department. J Emerg Med. 2014;46(6):808-83. Epub 2014 Mar 19.

186. Vilke GM, Chan TC, Savaser D, Neuman T. Response to letter by Michaud Regarding Article, "Hemodynamic consequences of restraints in the prone position in excited delirium syndrome" J Forens Legal Med 2014;27:82-4.

187. Davis DP, Aguilar SA, Smith K, Husa RD, Minokadeh A, Vilke G, Sell R, Fisher R, Brainard C, Dunford JV. Preliminary Report of a Mathematical Model of Ventilation and Intrathoracic Pressure Applied to Prehospital Patients with Severe Traumatic Brain Injury. Prehosp Emerg Care. 2014 Oct 7. [Epub ahead of print]

188. Wilson MP, Minassian A, Ronquillo L, Vilke GM. Wilson reply to Ryan. J Emerg Med. 2014 Nov 20 [Epub ahead of print]

189. Rowh AD, Ufberg JW, Chan TC, Vilke GM, Harrigan RA. Lateral Canthotomy and Cantholysis: Emergency Management of Orbital Compartment Syndrome. J Emerg Med. 2014 Dec 15 [Epub ahead of print]

190. Hall C, Votova K, Heyd C, Walker M, MacDonald S, Eramian D, Vilke GM, Restraint in police use of force events: Examining sudden in custody death for prone and not-prone positions, J Forens Legal Med. 2015;31:29-35. Epub Jan 5

191. Wilson MP, Brennan JJ, Modesti L, Deen J, Anderson L, Vilke GM, Castillo EM. Lengths of stay for involuntarily held psychiatric patients in the ED are affected by both patient characteristics and medication use. Am J Emerg Med. 2015 Jan 20. [Epub ahead of print]

192. Warren SA, Prince DK, Huszti E, Rea TD, Fitzpatrick AL, Andrusiek DL, Darling S, Morrison LJ, Vilke GM, Nichol G; the ROC Investigators. Volume versus Outcome: More Emergency Medical Services Personnel On-scene and Increased Survival after Out-of-Hospital Cardiac Arrest. Resuscitation. 2015 Feb 24. [Epub ahead of print]

PUBLICATIONS, continued:

Articles

193. Nakajima Y, Vilke GM. Editorial: Ambulance Diversion: the Con Perspective. Am J Emerg Med. 2015 Mar 10. Epub ahead of print]

194. Perkins J, Ho JD, Vilke GM, DeMers G. Safety of Droperidol Use in the Emergency Department. J Emerg Med. 2015 Mar 30. [Epub ahead of print]

195. Hopper AB, Vilke GM, Castillo EM, Campillo A, Davie T, Wilson MP. Ketamine Use for Acute Agitation in the Emergency Department. J Emerg Med. 2015 Apr 2. [Epub ahead of print]

196. Vilke GM, DeMers G, Patel N, Castillo EM. Safety and Efficacy of Milk and Molasses Enemas in the Emergency Department. J Emerg Med. 2015 Apr 4. [Epub ahead of print]

197. Shah KS, Marston NA, Mueller C, Neath SX, Christenson RH, McCord J, Nowak RM, Vilke GM, Daniels LB, Hollander JE, Apple FS, Cannon CM, Nagurney J, Schreiber D, deFilippi C, Hogan CJ, Diercks DB, Limkakeng A, Anand IS, Wu AH, Clopton P, Jaffe AS, Peacock WF, Maisel AS. Midregional Proadrenomedullin Predicts Mortality and Major Adverse Cardiac Events in Patients Presenting With Chest Pain: Results From the CHOPIN Trial. Acad Emerg Med. 2015 Apr 23. [Epub ahead of print]

198. Shi E, Vilke GM, Coyne CJ, Oyama LC, Castillo EM. Clinical outcomes of ED patients with bandemia. Am J Emerg Med. 2015 Mar 18. [Epub ahead of print]

199. Castillo EM, Coyne CJ, Chan TC, Hall CA, Vilke GM. Review of the medical and legal literature on restraint chairs. J Forens Legal Med. 2015;33:91-97.

200. Vilke GM, Kass P. Retroperitoneal Hematoma After Femoral Arterial Catheterization. J Emerg Med. 2015 July 4. [Epub ahead of print]

201. Nordstrom K, Vilke GM, Wilson MP. Psychiatric Emergencies for Clinicians: Emergency Department Management of Serotonin Syndrome. J Emerg Med. 2015 Oct 7. [Epub ahead of print]

202. Campillo A, Castillo E, Vilke GM, Hopper A, Ryan V, Wilson MP. First-generation Antipsychotics Are Often Prescribed in the Emergency Department but Are Often Not Administered with Adjunctive Medications. J Emerg Med. 2015 Sep 30. [Epub ahead of print]

203. Wilson MP, Nordstrom K, Vilke GM. The Agitated Patient in the Emergency Department. Curr Emerg Hosp Med Rep. 2015 Oct 12. [Epub ahead of print]

204. Lev R, Lee O, Petro S, Lucas J, Castillo EM, Vilke GM, Coyne CJ. Who is prescribing controlled medications to patients who die of prescription drug abuse? Am J Emerg Med. 2015 Sep 8. [Epub ahead of print]

PUBLICATIONS, continued:

Articles

205. Wilson MP, Nordstrom K, Shah AA, Vilke GM. Psychiatric Emergencies in Pregnant Women. Emerg Med Clin North Am. 2015 Nov;33(4):841-51.

206. Nordstrom K, Vilke GM, Wilson MP. Psychiatric Emergencies for Clinicians: Emergency Department Management of Serotonin Syndrome. J Emerg Med. 2015 Oct 7. [Epub ahead of print]

207. Lev R, Petro S, Lee A, Lee O, Lucas J, Castillo EM, Egnatios J, Vilke GM. Methadone related deaths compared to all prescription related deaths. Forensic Sci Int. 2015 Oct 22;257:347-352. [Epub ahead of print]

Consortium Publications

1. Davis DP, Garberson LA, Andrusiek DL, Hostler D, Daya M, Pirrallo R, Craig A, Stephens S, Larsen J, Drum AF, Fowler R, and the Resuscitation Outcomes Consortium Investigators. A Descriptive Analysis of Emergency Medical Service Systems Participating in the Resuscitation Outcomes Consortium (ROC) Prehospital Research Network. Prehospital Emergency Care 11:369-382, 2007. (role: site investigator)

2. J Christenson, D Andrusiek, S Everson-Stewart, P Kudenchuk, D Hostler, J Powell, CW Callaway, D Bishop, C Vaillancourt, D Davis, TP Aufderheide, A Idris, J Stouffer, I Stiell, R Berg, and the ROC investigators. Chest Compression Fraction Determines Survival in Patients with Out-of-hospital Ventricular Fibrillation. Circulation 120(13):1241-7, 2009. (role: site investigator)

3. Newgard CD, Koprowicz K, Wang H, Monnig A, Kerby JD, Sears GK, Davis DP, Bulger E, Stephens SW, Daya MR; ROC Investigators. Variation in the type, rate, and selection of patients for out-of-hospital airway procedures among injured children and adults. Acad Emerg Med. 2009 Dec;16(12):1269-76. (role: site investigator)

4. Bulger EM, May S, Brasel KJ, Schreiber M, Kerby JD, Tisherman SA, Newgard C, Slutsky A, Coimbra R, Emerson S, Minei JP, Bardarson B, Kudenchuk P, Baker A, Christenson J, Idris A, Davis D, Fabian TC, Aufderheide TP, Callaway C, Williams C, Banek J, Vaillancourt C, van Heest R, Sopko G, Hata JS, Hoyt DB; ROC Investigators. Out-of-Hospital Hypertonic Resuscitation Following Severe Traumatic Brain Injury: A randomized Controlled Trial. JAMA 304(13):1455-1464, 2010 (role: site investigator)

5. Newgard CD, Rudser K, Atkins DL, Berg R, Osmond MH, Bulger EM, Davis DP, Schreiber MA, Warden C, Rea TD, Emerson S; ROC Investigators. The availability and use of out-of-hospital physiologic information to identify high-risk injured children in a multisite, population based cohort. Prehosp Emerg Care. 2009 Oct-Dec;13(4):420-31. (role: site investigator)

6. Rea TD, Cook AJ, Stiell IG, Powell J, Bigham B, Callaway CW, Chugh S, Aufderheide TP, Morrison L, Terndrup TE, Beaudoin T, Wittwer L, Davis D, Idris A, Nichol G; Resuscitation Outcomes Consortium Investigators. Predicting survival after out-of-hospital cardiac arrest: role of the Utstein data elements. Ann Emerg Med. 2010 Mar;55(3):249-57. (role: site investigator)

7. Newgard CD, Schmicker RH, Hedges JR, Trickett JP, Davis DP, Bulger EM, Aufderheide TP, Minei JP, Hata JS, Gubler KD, Brown TB, Yelle JD, Bardarson B, Nichol G; Resuscitation Outcomes Consortium Investigators. Emergency medical services intervals and survival in trauma: assessment of the "golden hour" in a North American prospective cohort. Ann Emerg Med. 2010 Mar;55(3):235-246.e4. Epub 2009 Sep 23. (role: site investigator)

Consortium Publications (cont.)

8.  Newgard CD, Rudser K, Hedges JR, Kerby JD, Stiell IG, Davis DP, Morrison LJ, Bulger E, Terndrup T, Minei JP, Bardarson B, Emerson S; ROC Investigators. A critical assessment of the out-of-hospital trauma triage guidelines for physiologic abnormality. J Trauma. 2010 Feb;68(2):452-62. (role: site investigator)

9.  Brooks SC, Schmicker RH, Rea TD, Aufderheide TP, Davis DP, Morrison LJ, Sahni R, Sears GK, Griffiths DE, Sopko G, Emerson SS, Dorian P; ROC Investigators. Out-of-hospital cardiac arrest frequency and survival: evidence for temporal variability. Resuscitation. 2010 Feb;81(2):175-81. (role: site investigator)

10. Weisfeldt ML, Sitlani CM, Ornato JP, Rea T, Aufderheide TP, Davis D, Dreyer J, Hess EP, Jui J, Maloney J, Sopko G, Powell J, Nichol G, Morrison LJ; ROC Investigators. Survival after application of automatic external defibrillators before arrival of the emergency medical system: evaluation in the resuscitation outcomes consortium population of 21 million. J Am Coll Cardiol. 2010 Apr 20;55(16):1713-20. (role: site investigator)

11. Hostler D, Everson-Stewart S, Rea TD, Stiell IG, Callaway CW, Kudenchuk PJ, Sears GK, Emerson SS, Nichol G, and the Resuscitation Outcomes Consortium Investigators. A prospective cluster-randomized trial of real-time CPR feedback during out-of-hospital cardiac arrest resuscitation. BMJ 2011;342:d512 (role: site investigator)

12. Aufderheide TP, Nichol G, Rea TD, Brown SP, Leroux BG, Pepe PE, Kudenchuk PJ, Christenson J, Daya MR, Dorian P, Callaway CW, Idris AH, Andrusiek D, Stephens SW, Hostler D, Davis DP, Dunford JV, Pirrallo RG, Stiell IG, Clement CM, Craig A, Van Ottingham L, Schmidt TA, Wang HE, Weisfeldt ML, Ornato JP, Sopko G, and the Resuscitation Outcomes Consortium (ROC) Investigators. A Trial of an Impedance Threshold Device in Out-of-Hospital Cardiac Arrest. New England Journal of Medicine. 365:798-806, 2011 (role: site investigator)

13. Reinier K, Thomas E, Andrusiek DL, Aufderheide TP, Brooks SC, Callaway CW, Pepe PE, Rea TD, Schmicker RH, Vaillancourt C, Chugh SS; Resuscitation Outcomes Consortium Investigators. Socioeconomic status and incidence of sudden cardiac arrest. CMAJ. 2011 Oct 18;183(15):1705-12. Epub 2011 Sep 12 (role: site investigator)

14. Wang HE, Devlin SM, Sears GK, Vaillancourt C, Morrison LJ, Weisfeldt M, Callaway CW; ROC Investigators. Regional variations in early and late survival after out-of-hospital cardiac arrest. Resuscitation. 2012 Nov;83(11):1343-8. (role: site investigator)

15. Kudenchuk PJ, Brown SP, Daya M, Morrison LJ, Grunau BE, Rea T, Aufderheide T, Powell J, Leroux B, Vaillancourt C, Larsen J, Wittwer L, Colella MR, Stephens SW, Gamber M, Egan D, Dorian P; Resuscitation Outcomes Consortium Investigators. Resuscitation Outcomes Consortium-Amiodarone, Lidocaine or Placebo Study (ROC-ALPS): Rationale and methodology behind an out-of-hospital cardiac arrest antiarrhythmic drug trial. Am Heart J. 2014 May;167(5):653-9. (role: site investigator)

Consortium Publications (cont.)

16. Ian G. Stiell, Siobhan P. Brown, Graham Nichol, Sheldon Cheskes, Christian Vaillancourt, Clifton W. Callaway, Laurie J. Morrison, James Christenson, Tom P. Aufderheide, Daniel P. Davis, Cliff Free, Dave Hostler, John A. Stouffer and Ahamed H. Idris and the Resuscitation Outcomes Consortium Investigators  What Is the Optimal Chest Compression Depth During Out-of-Hospital Cardiac Arrest Resuscitation of Adult Patients?  Circulation 2014;130:1962-1970; epub 2014 Sep 24. (role: site investigator)

17. Idris AH, Guffey D, Pepe PE, Brown SP, Brooks SC, Callaway CW, Christenson J, Davis DP, Daya MR, Gray R, Kudenchuk PJ, Larsen J, Lin S, Menegazzi JJ, Sheehan K, Sopko G, Stiell I, Nichol G, Aufderheide TP; Resuscitation Outcomes Consortium Investigators. Chest Compression Rates and Survival Following Out-of-Hospital Cardiac Arrest. Crit Care Med. 2015 Apr;43(4):840-8. (role: site investigator)

<u>PUBLICATIONS, continued</u>:

<u>Abstracts</u>

1.  Chan TC, Vilke GM, Hayden SR: Structured curriculum in domestic violence and child abuse for emergency medicine residents. Acad Emerg Med 1996;3(5):511.

2.  Moss ST, Vilke GM, Chan TC, Dunford JD: Outcomes study of out-of-hospital patients signed out against medical advice by field paramedics. Acad Emerg Med 1997;4(5):413.

3.  Chan TC, Vilke GM, Neuman TS, Clausen JL: Does the hobble restraint position result in respiratory compromise? Acad Emerg Med 1997;4(5):459.

4.  Evans SD, Fisher RP, Vilke GM, Chan TC: Accuracy of urban field paramedics estimating blood loss. Acad Emerg Med 1997;4(5):459.

5.  Davis DP, Bramwell KJ, Vilke GM, Rosen P: Cricothyrotomy technique: Standard technique versus the rapid four-step technique. Acad Emerg Med 1997;4(5):488.

6.  Bramwell K, Vilke G, Davis D, Rosen P: Cricothyrotomy technique: Use of the Trousseau dilator for initial widening and subsequent stabilization of the opening during endotracheal tube passage. Ann Emerg Med 1997;30(3):419.

7.  Neuman TS, Vilke GM, Chan TC, Clausen JL: Changes in pulmonary function associated with position. Undersea & Hyperbaric Med 1997;24(Suppl):13.

8.  Moats T, Chan TC, Ochs M, Buchanan J, Vilke GM: Successful out-of-hospital airway management by emergency medical technician-Is using the Combitube. Acad Emerg Med 1998;5(5):388.

9.  Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR: The effect of blade type and cervical spinal immobilization on laryngoscopy in a cadaver model of intubation. Acad Emerg Med 1998;5(5):397.

10. Vilke GM, Chan TC, Neuman T, Clausen JL: The effect of body position on pulmonary function. Acad Emerg Med 1998;5(5):397.

11. Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P: Emergency department airway management before and after the start of an emergency medicine residency training program. Acad Emerg Med 1998;5(5):444.

12. Davis DP, Bramwell KJ, Hamilton RS, Chan TC, Vilke GM: Cricothyrotomy speed and safety: A comparison between standard open technique and rapid four-step technique using a novel device. Acad Emerg Med 1998;5(5):483.

13. Davis DP, Fisher RP, Chan TC, Dunford JV, Vilke GM: Rapid-sequence induction for out-of-hospital intubations: A multimedia course designed for paramedics. Acad Emerg Med 1998;5(5):502.

<u>PUBLICATIONS, continued</u>:

<u>Abstracts</u>

14. Chan TC, Vilke GM, Buchanan J, Anderson M: Patient ethnicity and age in prehospital emergency ambulance use and acuity rates. Prehospital Emerg Care 1998;2(3):223.

15. Marino AT, Vilke GM, Chan TC, Buchanan J: Precision of prehospital diazepam dosing for children in status epilepticus. Prehospital Emerg Care 1998;2(3):232.

16. Marino AT, Vilke GM, Chan TC, Buchanan J: Comparison of prehospital IV and rectal diazepam for the treatment of pediatric seizures. Prehospital Emerg Care 1998;2(3):233.

17. Vilke GM, Chan TC, Buchanan J, Dunford JV: Are opiate overdose deaths related to patient release after prehospital naloxone? Prehospital Emerg Care 1998;2(3):236.

18. Vilke GM, Dunford JV, Buchanan J, Chan TC: Are opiate overdose deaths related to patient release after naloxone? Ann Emerg Med 1998;32(3)Part 2:S6.

19. Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR, Garfin SR: Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine injury in a cadaver model of intubation. Ann Emerg Med 1998;32(3)Part 2:S13.

20. Marino AT, Chan TC, Buchanan J, Vilke GM: Precision of prehospital diazepam dosing for children in status epilepticus. Ann Emerg Med 1998;32(3)Part 2:S30.

21. Marino AT, Vilke GM, Buchanan J, Chan TC: Comparison of prehospital intravenous and rectal diazepam for the treatment of pediatric seizures. Ann Emerg Med 1998;32(3)Part 2:S30.

22. Davis D, Bramwell K, Hamilton R, Chan T, Vilke G: The fresh-frozen cadaver free-larynx model for cricothyrotomy training. Ann Emerg Med 1998;32(3)Part 2:S34-S35.

23. Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P: Rapid sequence induction intubation of trauma patients in the prehospital versus hospital setting. Ann Emerg Med 1998; 32(3)Part 2:S50.

24. Chan TC, Bramwell K, Hamilton R, Davis D, Vilke GM: Comparison of Melcker cricothyrotomy versus standard technique in human cadaver model. Ann Emerg Med 1998; 32(3)Part 2:S50-S51.

25. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does the syringe esophageal detector device accurately detect an esophageal intubation following gastric distention from air insufflation? Ann Emerg Med 1998;32(3)Part 2:S51.

26. Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J: Does a complete neurologic examination adequately screen for significant intracranial abnormalities in minor head injury? J Emerg Med 1998;16(5):804.

PUBLICATIONS, continued:

Abstracts

27. Chan TC, Vilke GM, Kramer M, Buchanan J, Dunford J: Does GCS score affect prehospital intubation success rates in trauma patients? J Emerg Med 1998;16(5):804-805.

28. Vilke GM, Chan TC, Guss DA: Prospective study on the utility of head CT scan in patients with minor head injury and GCS scores of 15. J Emerg Med 1998;16(6):984.

29. Chan TC, Vilke GM, Ray LU, Anderson ME: Use of prehospital crash injury data to assess regional automobile safety restraint use. Prehospital Emerg Care 1999;3(1):83-84.

30. Vilke GM, Chan TC: Effect of a physician speaking directly to prehospital patients who want to sign out against medical advice. Prehospital Emerg Care 1999;3(1):90.

31. Marino A, Vilke GM, Chan TC: Urban paramedics experience, comfort, and accuracy in the estimation of pediatric weights. Prehospital Emerg Care 1999;3(1):92.

32. Chan TC, Bramwell KJ, Davis DP, Hamilton RS, Vilke GM: Comparison of wire-guided percutaneous Melcker cricothyrotomy versus standard cricothyrotomy technique in human cadaver models. Acad Emerg Med 1999;6(5):514.

33. Ma G, Hayden SR, Chan TC, Vilke GM, Schmitt J, Chan D: Using ultrasound to visualize and confirm endotracheal intubation. Acad Emerg Med 1999;6(5):515.

34. Hamilton RS, Davis DP, Nordt SP, Vilke GM, Chan TC: Lidocaine administration through an esophageally placed Combitube in a canine model. Acad Emerg Med 1999;6(5):519-520.

35. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation? Acad Emerg Med 1999;6(5):520.

36. Vilke GM, Marino A, Iskander J, Chan TC: Knowledge of prescribed medications by emergency department patients. Acad Emerg Med 1999;6(5):539.

37. Davis D, Marino A, Vilke G, Dunford J, Videen J: Hyponatremia in marathon runners: Experience with the inaugural rock 'n' roll marathon. Ann Emerg Med 1999;34(4)Part 2: S40-S41.

38. Davis DP, Kimbro T, Vilke GM: The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension. Prehosp Emerg Care 2000;4(1):90.

39. Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM: The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures. Prehosp Emerg Care 2000; 4(1):92.

PUBLICATIONS, continued:

Abstracts

40. Eisele JW, Chan T, Vilke G, Neuman T, Clausen J: Comparison of respiratory function in the prone maximal restraint position with and without additional weight force on the back. Proceedings of the American Acadamy of Forensic Sciences 2000;VI:202.

41. Chan TC, Vilke GM, Neuman T, Clark RF, Clausen J: Effect of oleoresin capsicum. Acad Emerg Med 2000;7(5):471.

42. Vilke GM, Marino A, Chan TC: Survey of paramedics for latex allergy risk factors. Acad Emerg Med 2000;7(5):483.

43. Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T: Suprasternal versus cricothyroid ultrasound probe position in the confirmation of endotracheal tube placement by bedside ultrasound. Acad Emerg Med 2000;7(5):526.

44. Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T: Use of new air absorbing ultrasound contrast in the confirmation of endotracheal tube placement by bedside ultrasound. Acad Emerg Med 2000;7(5):526.

45. Wold RM, Davis DP, Patel R, Chan TC, Vilke GM: Original clinical decision guideline to identify patients with spinal epidural abscess. Acad Emerg Med 2000;7(5):574-575.

46. Ma G, Chan TC, Vilke GM, Schmitt J, Hayden SR: Confirming endotracheal intubation using ultrasound. Ann Emerg Med 2000;36(4)Part 2:S20-S21.

47. Deitch S, Vilke GM, Marino A, Vroman D, Chan TC: Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain. J Emerg Med 2001;20(3):321.

48. Chan TC, Vilke GM, Neuman T, Clausen J, Schmidt P, Snowden T, Clark RF: Does oleoresin capsicum "pepper spray" exposure impact cardiovascular function in human subjects? Acad Emerg Med 2001;8(5):442.

49. Chan TC, Vilke GM, Bender S, Saldamando V, Smith J, Dunford JV: Effect of a multi-disciplinary community homeless outreach team on emergency department visits by homeless alcoholics. Acad Emerg Med 2001;8(5):486.

50. Davis DP, Ochs M, Hoyt DB, Vilke GM, Dunford JV: The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation. Acad Emerg Med 2001;8(5):500.

51. Vilke GM, Simmons C, Brown L, Skogland P, Guss DA: Approach to decreasing emergency department ambulance diversion hours. Acad Emerg Med 2001;8(5):526.

PUBLICATIONS, continued:

Abstracts

52. Chan TC, Vilke GM, Clausen J, Clark R, Schmidt P, Snowden T, Neuman T: Impact of oleoresin capsicum spray on respiratory function in human subjects in the sitting and prone maximal restraint positions positions, 1998 (computer file). Inter-university Consortium for Political and Social Research (distributor), 2001.

53. Cardall TY, Glasser JL, Davis D, Vilke GM: Cricothyrotomy training in emergency medicine residencies. Ann Emerg Med 2001;38(4):S9.

54. Chan TC, Dunford JV, Vilke GM, Hix A, Schnell S, Liening J, Edgar J: Effect of a multi-disciplinary serial inebriate program on emergency department visits by chronic alcoholics in two urban area hospitals. Ann Emerg Med 2001;38(4):S33.

55. Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G: The use of the Combitube as a salvage airway device for paramedic rapid-sequence intubation. Prehosp Emerg Care 2002;6(1):144.

56. Chan TC, Dunford JV, Smith S, Sparrow W, Vilke GM: Impact of an on-call physician on emergency 911 transports from a county jail. Prehosp Emerg Care 2002;6(1):162.

57. Vilke GM, Sardar W, Fisher R, Dunford JV, Chan TC: Follow-up of elderly patients who refuse transport after accessing 9-1-1. Prehosp Emerg Care 2002;6(1):164.

58. Vilke GM, Steen PJ, Smith AM, Chan TC: Out-of-hospital pediatric intubation by paramedics: The San Diego experience. Prehosp Emerg Care 2002;6(1):165.

59. Jin AS, Chan T, Davis D, Vilke G: Prospective randomized study of viscous lidocaine vs Hurricaine in a GI cocktail for dyspepsia. Acad Emerg Med 2002;9(5):381-382.

60. Jenson P, Chan TC, Vilke GM, Leining J, Schnell R, Chester R, Berthelet J, Marcotte A, Simmons C, Kelly D, Dunford J: Impact of a multi-disciplinary, community serial inebriate program on ED visits by chronic alcoholics to three urban emergency departments. Acad Emerg Med 2002;9(5):389.

61. Austin T, Chan TC, Nyheim E, Kelly D, Vilke GM: Does the addition of parenteral opiate pre-medication increase risk for complications when combined with methohexital for moderate procedural sedation in the ED? Acad Emerg Med 2002;9(5):407.

62. Glasser JL, Cardall TY, Podboy M, Vilke GM: Out-of-hospital pediatric rapid-sequence intubation by an aeromedical provider. Acad Emerg Med 2002;9(5):422-423.

63. Chan TC, Austin T, Nyheim E, Kelly D, Vilke GM: Does parenteral opiate premedication increase risk of complications when combined with methohexital for orthopedic reductions in the emergency department? Ann Emerg Med 2002;40(4):S7-S8.

PUBLICATIONS, continued:

Abstracts

64. Davis D, Tokhi R, Wold R, Patel R, Chan T, Vilke G: The clinical presentation and outcome of emergency department patients with spinal epidural abscess. Ann Emerg Med 2002;40(4): S103.

65. Vilke GM, Loh A: A prospective study of minimizing ambulance diversion and its effects on emergency department census and hospital admissions. Prehosp Emerg Med 2003;7(1):171.

66. Buono C, Vilke GM, Schwartz B, Brown L, Swabb C: Identifying reasons for and outcomes of patients who access 9-1-1, then sign out against medical advice. Prehosp Emerg Med 2003;7(1):172.

67. Vilke GM, Sloane C, Smith AM, Chan TC: Assessment for deaths in prehospital heroin overdose patients treated with Naloxone who refuse transport. Prehosp Emerg Med 2003;7(1):190.

68. Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC: prospective countywide trial to decrease ambulance diversion hours. Acad Emerg Med 2003;10(5):465.

69. Tran A, Davis DP, Wold RM, Patel R, Chan TC, Vilke GM: The use of risk factor assessment to screen for spinal epidural abcess in emergency department patients with spine pain. Acad Emerg Med 2003;10(5):569.

70. Chan TC, Kelso D, Dunford JV, Vilke GM: Can trained health educators provide screening, brief intervention and referral services in an academic teaching hospital emergency department? Acad Emerg Med 2003;10(5):515.

71. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: The effect of decreasing ambulance diversion hours on emergency department interfacility transfers. Ann Emerg Med 2003;42(4):S6.

72. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients. Ann Emerg Med 2003;42(4):S2.

73. Chan TC, Clausen J, Neuman T, Eisele JW, Vilke GM: Does weight force during physical restraint cause respiratory compromise? Ann Emerg Med 2003;42(4):S17.

74. Davis D, Grossman K, Vilke G, Kiggins D, Chan TC: Inadvertent anticoagulation of emergency department patients with aortic dissection. Ann Emerg Med 2003;42(4):S99.

75. Vilke GM, Wiesner C, Davis DP, Chan TC: The efficacy of adding ipratropium bromide to albuterol for the prehospital treatment of reactive airways disease. Prehosp Emerg Care 2004; 8(1):112.

PUBLICATIONS, continued:

Abstracts

76. Vilke GM, Vadeboncoeur T, Davis DP, Poste JC, Ochs M, Hoyt DB: The predictive value of paramedic assessment of aspiration in patients undergoing RSI. Prehosp Emerg Care 2004; 8(1):88-89.

77. Vilke G, Castillo E, Metz M, Murrin P, Ray LU, Lev R, Chan T: Community trial to decrease ambulance diversion of patients and hours. Prehosp Emerg Care 2004;8(1):84.

78. Chan TC, Killeen JP, Kelly D, Vilke GM, Guss DA: Impact of a rapid emergency department entry and an accelerated care initiative on patient wait times and length of stay. Acad Emerg Med 2004;11(5):485.

79. Davis DP, Vadeboncoeur TF, Poste JC, Vilke GM, Ochs M, Hoyt DB: The use of field Glasgow coma scale to screen severely head-injured patients to undergo paramedic rapid sequence intubation. Acad Emerg Med 2004;11(5):492.

80. Patel RJ, Davis D, Vilke GM, Chan TC: Comparison of wire-guided cricothyrotomy technique with and without balloon-cuffed endotracheal tubes vs. standard surgical cricothyrotomy. Acad Emerg Med 2004;11(5):522.

80. Vilke GM, Chan TC, Dunford JV, Poste JC, Metz M, Ochs G, Smith A, Fisher R, McCallum-Brown L, Davis DP: The three-phase model of cardiac arrest as applied to ventricular fibrillation in a large, urban emergency medical services system. Acad Emerg Med 2004;11(5):604.

82. Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B: Cricothyrotomies by air medical providers in 2853 patient intubations. Air Med J 2004;23(5):33.

83. Davis D, Buono C, Vilke G, Sise M, Eastman B, Kennedy F, Vilke T, Hoyt D: The efficacy of air medical response to patients with moderate to severe traumatic brain injury. Air Med J 2004;23(5):31.

84. Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B: Laryngoscopic visualization grade predicts difficult intubations by air medical crews in the prehospital setting. Air Med J 2004;23(5):30.

85. Hutton K, Swanson E, Vilke G, Davis D, Jones S, Hoogeveen B: Success and failure rates of RSI versus non-RSI intubations by air medical providers in 2853 patients. Air Med J 2004; 23(5):30.

86. Metz M, Marcotte A, Vilke GM: The effect of decreasing ambulance diversion hours on ed interfacility transfers. J Emerg Nurs 2004;30(5):411.

87. Metz M, Murrin P, Vilke GM: Community trial to decrease ambulance diversion hours: the San Diego county patient destination trial. J Emerg Nurs 2004;30(5):410.

PUBLICATIONS, continued:

Abstracts

88. Metz M, Murrin P, Vilke GM:  The three-phase EMS cardiac arrest model for ventricular fibrillation. J Emerg Nurs 2004;30(5):405.

89. Vilke GM, Murrin P, Gardina L, Upledger Ray L, Stepanski B, Chan TC:  Impact of a new booster seat law.  Ann Emerg Med 2004;44(4):S39-S40.

90. Vilke GM, Marcotte A, Metz M, Upledger Ray L:  Pain management in the out-of-hospital setting.  Ann Emerg Med 2004;44(4):S63.

91. Vilke GM, Murrin PA, Marcotte A, Upledger RL:  Impact of the San Diego County firestorm on emergency medical services.  Ann Emerg Med 2004;44(4):S102-S103.

92. Davis DP, Pettit K, Poste JC, Vilke GM:  The efficacy of out-of-hospital needle and tube thoracostomy in major trauma victims.  Ann Emerg Med 2004;44(4):S103.

93. Buono CJ, Davis DP, Vilke GM, Stepanski B.  Esophageal Intubation in an EMS system: a six-year experience.  Prehosp Emerg Care 2005; 9(1):113.

94. Dunford JV, Vilke GM, Chan TC.  Utilization of EMS and hospital resources by serial inebriate program (SIP) clients. Prehosp Emerg Care 2005; 9(1):116.

95. Davis DP, Serrano JA, Buono CJ, Vilke GM, Sise MJ, Hoyt DB.  The predictive value of field and arrival Glasgow coma score in moderate-to-severe brain injury.  Prehosp Emerg Care 2005; 9(1):124.

96. Vilke GM, Castillo EM, Upledger-Ray L, Davis DP, Murrin PA, Kennedy F, Cox S, Coimbra R.  Evaluation of paramedic field triage of injured patients to trauma centers and emergency departments.  Prehosp Emerg Care 2005; 9(1):125.

97. Vilke GM, Harley J, Metz M, Stepanski B, Vroman D, Anderson M, Shipp H.  Paramedic self-reported medication errors in an anonymous survey.  Prehosp Emerg Care 2005; 9(1):127.

98. Bush J, Chan TC, Killeen JP, Vilke GM.  The effect of changing from a latex agglutination D-Dimer to an ELISA D-Dimer on emergency physicians ordering imaging studies practices to evaluate for pulmonary embolism.  Acad Emerg Med 2005;12(5):41.

99. Vilke GM, Michalewicz B, Kolkhorst FW, Neuman T, Chan TC.  Does weight force during physical restraint cause respiratory compromise?  Acad Emerg Med 2005;12(5):16.

100. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J.  Cardiac monitoring of subjects exposed to the Taser.  Acad Emerg Med 2005;12(5):71.

PUBLICATIONS, continued:

Abstracts

101. Davis DP, Buono C, Serrano J, Vilke GM, Sise MJ, Hoyt DB. The impact of hyper- and hypoventilation on outcome in traumatic brain injury. Acad Emerg Med 2005;12(5):138-139.

102. Davis D, Buono C, Ramanujam P, Fisher R, Vilke GM, Chan TC, Metz M, Dunford J: The potential safety of designated cardiac arrest receiving facilities. Ann Emerg Med 2005;46(3):S17.

103. Chan TC, Killeen JP, Kelly DL, Vilke GM, Guss DA: Accelerated care at triage: Physician-directed ancillary testing at triage for patients waiting in an emergency department. Ann Emerg Med 2005;46(3):S107-S108.

104. Lev R, Vilke G, Dunford J: San Diego Regional STEMI Summit. San Diego Physician. 2005;4:11-13.

105. Davis D, Reynoso J, Harley J, Kanegaye J, Buono C, Vilke G: The natural history of pediatric patients meeting criteria for paramedic intraosseous catheter insertion. Prehosp Emerg Care 2006;10(1):110.

106. Davis D, Ramanujam P, Buono C, Vilke G: The sensitivity of capnometry to detect endotracheal intubation: Where should we draw the line? Prehosp Emerg Care 2006; 10(1):118.

107. Levine S, Sloane C, Chan T, Dunford J, Vilke G: Cardiac monitoring of subjects exposed to the Taser. Prehosp Emerg Care 2006;10(1):130.

108. Levine SD, Sloane C, Chan TC, Vilke GM, Dunford J: Cardiac monitoring of human subjects exposed to the taser. Acad Emerg Med 2006;13(5 Supp 1):S47.

109. Vilke GM, Dolkas L, Stanley C, Smith AM, Chan TC: Evaluation of deaths associated with choking. Acad Emerg Med 2006;13(5 Supp 1):S49.

110. Chan TC, Vilke GM, Michalewicz BA, Neuman T, Levy S, Kolkhorst F: Does physical restraint impact metabolic oxygen consumption during exertion? Acad Emerg Med 2006; 13(5 Supp 1):S46.

111. Castillo EM, Vilke GM, Sturgis KN, Chan TC, Lindsay SP, Dunford JV: Decrease of health care service utilization among chronic public inebriates. Acad Emerg Med 2006;13 (5 Supp 1):S105-106.

112. Vilke G, Johnson W, Castillo EM, Ederheimer JA, Wexler C, Sloane CM, Chan TC: Evaluation of in-custody deaths proximal to use of conductive energy devices. Ann Emerg Med 2006;48(4 Supp 1):S23-S24.

PUBLICATIONS, continued:

Abstracts

113. Tornabene SV, Chan TC, Davis DP, Deutsch R, Vilke GM: Evaluating the use and timing of opioids for the treatment of migraine headaches in the ED. Ann Emerg Med 2006;48 (4 Supp 1):S59-S60.

114. Killeen JP, Chan TC, Vilke GM, Buono C, Griswold W, Rao R, Lenert L: Wireless computerized rapid triage in the field: How well does technology perform during mass casualty incidents and disaster events? Ann Emerg Med 2006;48(4 Supp 1):S69.

115. Davis D, Salazar A, Vilke G, Chan T: The utility of a novel decision rule to diagnose spinal epidural abscess in ED patients with back pain. Ann Emerg Med 2006;48(4 Supp 1):S66.

116. Vilke GM, Castillo EM, Stepanski BM, Murrin PA, Upledger-Ray L, Metz MA, Chan TC: San Diego County patient destination trial to decrease ambulance division hours: Three year follow-up. Ann Emerg Med 2006;48(4 Supp 1):S90.

117. Graydon C, Wilson S, Leahy D, Berthiaume S, Buesch B, Stein R, Vilke G, Davis D: The positive predictive value of paramedic versus emergency physician interpretation of the prehospital 12-lead ECG. Prehosp Emerg Care 2006;10(1):116.

118. Ramanujam P, Stepanski B, Smith A, Upledger-Ray L, Vilke GM. Impact of a state booster seat law on compliance in pediatric traffic crash victims. Ann Emerg Med 2006; 48(4 Supp 1):S56.

119. Michalewicz BA, Chan TC, Vilke GM, Levy SS, Neuman TS, Kolkhorst FW. Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. Med Sci Sports Exerc 2006;38(5) Suppl:S452-S453.

120. Chan T, Sloane C, Neuman T, Levine S, Castillo E, Vilke G, Bouton K, Kohokorst F. The impact of the taser weapon on respiratory and ventilatory function in human subjects. Acad Emerg Med 2007; 14(5 Suppl 1): S191-192.

121. Buono C, Lyon J, Huang R, Brown S, Liu F, Vilke G, Killeen J, Chan T, Kirsh D, Lenert L. Does wireless technology improve patient tracking in mass casualty incidents? Acad Emerg Med 2007; 14(5 Suppl 1): S190.

122. Vilke G, Sloane C, Levine S, Neuman T, Castillo E, Chan T. Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects? Acad Emerg Med 2007; 14(5 Suppl 1): S104.

123. Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T. Cardiovascular and metabolic effects of the taser on human subjects. Acad Emerg Med 2007; 14(5 Suppl 1): S104-105.

124. Sloane C, Vilke G, Chan T, Levine S, Dunford J. Serum troponin I measurement of subjects exposed to the taser x-26. Acad Emerg Med 2007; 14(5 Suppl 1): S103-104.

PUBLICATIONS, continued:

Abstracts

125. Bouton KD, Vilke GM, Chan TC, Sloane C, Levine S, Neuman TS, Levy SS, Kolkhorst FW. Physiological effects of a five second Taser exposure. Med Sci Sports Exerc 2007;39(5 Suppl):S323.

126. Firestone D, Band RA, Hollander JE, Castillo EM, Vilke GM. Can Urine Dipstick and Brief Questionnaire Predict Abnormal Serum Creatinine in Emergency Department Patients? Ann Emerg Med 2007; 50(3):S24.

127. Vilke GM, Sloane C, Suffecool AC, Neuman TS, Castillo EM, Kolkhorst FW, Chan TC. Physiologic Effects of the TASER on Human Subjects After Exercise. Ann Emerg Med 2007; 50(3):S55.

128. Chan TC, Killeen JP, Castillo EM, Vilke GM, Guss DA. Impact of Electronic Medication Reconciliation on Triage Times for Patients Seen in the Emergency Department. Ann Emerg Med 2007; 50(3):S71.

129. Marsan Jr RJ, Vilke GM, Chan TC, Davis DP, Stepanski BM. Description and Efficacy of Treatment of Hemodynamically Significant Bradycardia in a Large, Urban, Pacing-capable EMS System. Ann Emerg Med 2007; 50(3):S80.

130. Chan TC, Killeen JP, Castillo EM, Vilke GM, Kennedy S, FeinbergR, Guss DA. Impact of an internet based referral appointment system community clinic access and follow-up for ED patients with no primary care. Acad Emerg Med 2008; 15(5 Suppl 1): S104.

131. Vilke GM, Sloane CM, Suffecool A, Neuman T, Castillo EM, Kolkhorst F, Chan TC. Crossover-controlled human study of the physiologic effects of the Taser after vigorous exercise. Acad Emerg Med 2008; 15(5 Suppl 1): S155.

132. Vilke GM, Chan TC, Killeen JP, Castillo EM. Impact of psychiatric patient holds in the emergency department on overcrowding. Acad Emerg Med 2008; 15(5 Suppl 1): S221.

133. Barnard AC, Sloane C, Vilke GM, Chan TC, Neuman TS, Kolkhorst FW. Physiological effects of TASER X-26 after intense exercise. Med and Sci in Sports and Exercise 2008; 40(Suppl 5): S475.

134. Chan TC, Killeen JP, Vilke GM, Guss DA, Jones K, Marshall J, Moore T, Castillo EM. Impact of mandated nurse-patient ratios on emergency department crowding. Ann Emerg Med 2008; 52(4):S44.

135. Davis D, Fong T, Lawrence B, Vilke GM. Psychosocial variables influence the decision to call 9-1-1 in emergency department patients with abdominal pain. Ann Emerg Med 2008; 52(4):S71.

PUBLICATIONS, continued:

Abstracts

136. Bizek G, Castillo EM, Vilke GM, Chan TC. Characteristics and rates of rewarming of emergency department patients with moderate to severe accidental hypothermia. Ann Emerg Med 2008; 52(4):S105-6.

137. Ramanujàm P, Castillo EM, Patel E, Vilke GM, Wilson M, Dunford J. Pre hospital transport time intervals for acute stroke patients. Ann Emerg Med 2008; 52(4):S154.

138. Vilke GM, Killen J,P, Chan TC, Crumpacker J, Castillo EM. Risk factors and characteristics of falls among emergency department elderly patients. Ann Emerg Med 2008; 52(4):S160.

139. Marsan R, Castillo EM, Chan TC, Stepanski B, Vilke GM: Comparison of prehospital retrospective chart review to prospectively obtained data. Acad Emerg Med 2009;16(4)Suppl 1: S85-S86.

140. Killeen D, Killeen J, Castillo EM, Chan TC, Vilke GM: Emergency department patient evaluation of internet and email access for healthcare information. Acad Emerg Med 2009;16(4)Suppl 1: S132-S133.

141. Sloane CM, Chan TC, Kohlkorst F, Castillo EM, Neuman T, Vilke GM: Can a restraint chair cause respiratory or ventilatory compromise? Acad Emerg Med 2009;16(4)Suppl 1: S137.

142. Castillo, EM, Vilke GM, Killeen J, Guss DA, Marshall J, Chan TC: Impact of mandated nurse-patient ratios on ED medication delivery. Acad Emerg Med 2009;16(4)Suppl 1: S157-S158.

143. Slattery D, Pierson B, Stanley K, Vilke GM: Bridging the training gap in cardiac arrest: identification of cardiac arrest decision-making deficits in lay rescuers. Acad Emerg Med 2009;16(4)Suppl 1: S182.

144. Slattery D, Stanley K, Vilke GM, Pierson B: non-medical responders are not accurate at identifying agonal respirations? Acad Emerg Med 2009;16(4)Suppl 1: S182.

145. Castillo EM, Vilke GM, Killeen J, Guss DA, Feinberg R, Friedman L, Chan TC: Factors associated with community clinic follow-up from an ED internet-based referral system. Acad Emerg Med 2009;16(4)Suppl 1: S247-S248.

146. Marmon J, Castillo EM, Vilke GM, Killeen J, Chan TC: The effect of admitting team resident turnover on emergency department patient flow. Acad Emerg Med 2009;16(4)Suppl 1: S257-S258.

PUBLICATIONS, continued:

Abstracts

147. Castillo EM, Vilke GM, Williams M, Turner P, Boyle J, Chan TC. Collaborative to decrease ambulance diversion: The California ED Diversion Project. Ann Emerg Med 2009; 54(3):S79.

148. Lev R, Castillo EM, Vilke GM, Chan TC. Multi-center study of left without treatment rates from Emergency Departments serving a large metropolitan region. Ann Emerg Med 2009; 54(3):S86.

149. Chan TC, Vilke GM, Killeen JP, Gus DA, Marshall J, Castillo EM. Impact of mandated nurse-patient ratios on time to antibiotic administration in the Emergency Department. Ann Emerg Med 2009; 54(3):S97.

150. Vilke GM, Robertson NB, Castillo EM, Killeen JP, Chan TC. Erythrocyte sedimentation rate compared to C-reactive protein as a screening marker in the Emergency Department. Ann Emerg Med 2009; 54(3):S121.

151. Stiell IG, Nichol G, Leroux BG, Rea TD, Ornato JP, Powell J, Christenson J, Callaway CW, Kudenchuk PJ, Aufderheide TP, Idris AH, Daya M, Wang HE, Morrison L, Davis D, Andrusiek D, Stephens S, Cheskes S, Schmicker RH, Fowler R, Vaillancourt C, Hostler D, Zive D, Pirrallo RG, Vilke G, Sopko G, Weisfeldt M, the Resuscitation Outcomes Consortium (ROC) Investigators: Resuscitation outomces consortium roc primed trial of early rhythm analysis versus later analysis in out-of-hospital cardiac arrest. Resuscitation 2010;81S:S16.

152. Castillo EM, Chan TC, Luu B, Prabhakar N, Vilke GM. Factors Associated With Injuries Among Subjects and Deputies During Law Enforcement Use of Force Events. Ann Emerg Med 2010; 56(3):S138.

153. Wilson MP, MacDonald KS, Vilke GM, Feifel D. Potential Complications of Olanzapine and Benzodiazepines Compared to Haloperidol and Benzodiazepines In Emergency Department Patients. Ann Emerg Med 2010; 56(3):S155.

154. Killeen JP, Castillo EM, Vilke GM, Marshall JB, Chan TC. Impact of Mandated Nurse-Patient Ratios on Emergency Department Discharge Time. Ann Emerg Med 2010; 56(3):S182.

155. Chan TC, Castillo EM, Humber DM, Killeen JP. Frequency of Pharmacy Interventions and Emergency Overrides Following Implementation of Electronic Pharmacy Review In the Emergency Department. Ann Emerg Med 2010; 56(3):S343.

156. Chan TC, Castillo EM, Vilke GM, Killeen JP. Do Computerized Medication Alerts Change Medication Orders In the Emergency Department. Ann Emerg Med 2010; 56(3):S372.

PUBLICATIONS, continued:

Abstracts

157. Wilson MP, Vilke GM, Govindarajan P, Itagaki MW. Emergency Physicians Research Commonly Encountered Patient-Oriented Problems in the the Proportion with Which They Are Encountered in the Emergency Department. Acad Emerg Med 2011;18 (5)Suppl:S67.

158. Vilke GM, Anthony E, Castillo EM. Factors Associated with Ambulance Use Among Emergency Department Patients. Acad Emerg Med 2011;18 (5)Suppl:S114.

159. Nordt SP, Castillo EM, Galinato M, Nguyen V, Clark RF, Cantrell FL, Chan TC, Vilke GM: Energy Drink Use and Adverse Effects Among Emergency Department Patients. Clin Toxicol 2011; 49(6):579.

160. Savaser DJ, Campbell CC, Chan TC, Shah V, Sloane CS, Hansen AV, Castillo EM, Vilke GM. The Effect of Prone Maximal Restraint (PMR, aka ''Hog-Tie'') Position on Cardiac Output and Other Hemodynamic Measurements. Acad Emer Med 2012;19(4):S78.

161. Castillo EM, Vilke GM, Killeen JP, Brennan JJ, Chan TC. Visit Urgency Between Frequent Emergency Department Users In A Large Metropolitan Region Network. Acad Emer Med 2012;19(4):S96.

162. Killeen JP, Castillo EM, Chan TC, Vilke GM. Emergency Department Patients on Warfarin - How Often Is the Visit Due to the Medication? Acad Emer Med 2012;19(4):S121.

163. Killeen JP, Chan TC, Vilke GM, Rafie S, Dunlay R, Castillo EM. Does Pharmacist Review of Medication Orders Delay Medication Administration in the Emergency Department? Acad Emer Med 2012;19(4):S166.

164. Killeen JP, Vilke GM, Chan TC, Oyama L, Carey M, Castillo EM. Does the Residency Selection Cycle Impact What Information Is Accessed on the Web? Acad Emer Med 2012;19(4):S202.

165. Vilke GM, Ali S, Simmons T, Witucki P, Wilson MP. Does An Alcohol-based Hand Sanitizer Affect Breathalyzer Levels? Acad Emer Med 2012;19(4):S278.

166. Vilke GM, Patel N, Castillo EM, Demers G. Safety and Efficacy of Milk and Molasses in the ED. Acad Emer Med 2012;19(4):S287.

167. Castillo EM, Chan TC, Brennen JJ, Killeen JP, Vilke GM. Multiple Hospital Emergency Department Visits Among "Frequent Flyer" Patients With a Pain Associated-discharge Diagnosis. Acad Emer Med 2012;19(4):S321.

168. Wilson MP, Chen N, Minassian A, Vilke GM, Castillo EM. In Combination With Benzodiazepines And Alcohol Intoxication, Intramuscular But Not Oral Olanzapine Is Associated With Decreased Oxygen Saturations. Acad Emer Med 2012;19(4):S356.

PUBLICATIONS, continued:

Abstracts

169. Killeen JP, Vilke GM, Dunford JV, Fisher R, Pringle J, Castillo EM, Chan TC: Impact of 12-lead ECG Wireless Transmission on Hospital STEMI Activations. Ann Emer Med 2012;60(4)S25.

170. Castillo EM, Brennan JJ, Chan TC, Killeen JP, Vilke GM: Factors Associated With Frequent Users of Emergency Department Resources. Ann Emer Med 2012;60(4)S32.

171. DeMers G, Graydon C, Stein M, Wilson S, Buesch B, Berthiaume S, Lee DM, Rivas J, Vilke GM, Davis D: Analysis of Inter-facility Transfer Rates After Initiation of a Regional PCI System. Ann Emer Med 2012;60(4)S44.

172. Vilke GM, Brennan JJ, Castillo EM, Killeen JP, Chan TC: Multiple Hospital Emergency Department Visits Among Frequent Users With a Pain-Associated Discharge Diagnosis. Ann Emer Med 2012;60(4)S54.

173. Benaron D, Castillo EM, Vilke GM, Guluma KZ: Emergency Department Patient Perception of Stroke. Ann Emer Med 2012;60(4)S58.

174. Castillo EM, Chan TC, Killeen JP, Vilke GM: Knowledge of Acute Myocardial Infarction Symptoms: Do Sex Differences Still Exist? Ann Emer Med 2012;60(4)S83.

175. Chan TC, Castillo EM, Dunford JV, Fisher R, Jensen AM, Vilke GM, Killeen JP: Hot Spots and Frequent Fliers: Identifying High Users of Emergency Medical Services. Ann Emer Med 2012;60(4) S83-S84.

176. Brennan JJ, Chan TC, Vilke GM, Killeen JP, Castillo EM: Identification of Frequent Users of Hospital Emergency Department Resources Using a Community-wide Approach. Ann Emer Med 2012;60(4)S102.

177. Chan TC, Killeen JP, Brennan JJ, Vilke GM, Castillo EM: The Forgotten Emergency Department Visit When Assessing Hospital Readmissions. Ann Emer Med 2012;60(4)S105.

178. Brennan JJ, Chan TC, Killeen JP, Castillo EM, Vilke GM: Multiple Hospital Emergency Department Visits Among "Frequent Flyer" Patients With a Psychiatric-Associated Discharge Diagnosis. Ann Emer Med 2012;60(4) S146-S147.

179. Campillo A, MacDonald KS, Vilke GM, Wilson MP: The B52 Combination Is Not Frequently Used in Emergency Departments and Causes A High Proportion of Patients to Fall Asleep. Ann Emer Med 2012;60(4) S147.

180. Lin GK, Vilke GM, Castillo EM, Chen N, Wilson MP: A Comparison of Oral Aripiprazole and Oral Olanzapine Use in the Emergency Department. Ann Emer Med 2012;60(4) S147-S148.

PUBLICATIONS, continued:

Abstracts

181.    Sloane C, Chan TC, Vilke GM, Castillo EM, Kolkhorst F, Neuman T: The Ventilatory Effects of the Prone Maximal Restraint Position on Obese Human Subjects. Acad Emer Med 2013;20(5):S105.

182.    Hogen R, Brennan JJ, Vilke GM, Chan TC, Castillo EM: Visit Urgency amongst the Chronic Disease Population in a Large Metropolitan Region Emergency Department Network. Acad Emer Med 2013;20(5):S172.

183.    Castillo EM, Chan TC, Vilke GM, Killeen JP, Brennan JJ: Factors Associated with Super Users of Emergency Department Resources Admitted to Acute Care. Acad Emer Med 2013;20(5):S183.

184.    Brennan JJ, Chan TC, Vilke GM, Castillo EM, Killeen JP: Comorbidity among Frequent Emergency Department Users with Psychiatric Associated Discharge Diagnoses. Acad Emer Med 2013;20(5):S229.

185.    Brennan JJ, Castillo EM, Vilke GM, Killeen JP, Chan TC: Factors Associated with Frequent Users of California Emergency Department Resources. Acad Emer Med 2013;20(5):S230.

186.    Chan TC, Brennan JJ, Killeen JK, Stevenson ME, Kuntz KE, Vilke GM, Castillo EM: Impact of Social Services Case Management on Homeless, Frequent Users of Emergency Departments. Acad Emer Med 2013;20(5):S231.

187.    Castillo EM, Chan TC, Brennan JJ, Roberts EE, Vilke GM. What Contributes to Subject and Officer Injuries During Law Enforcement Use of Force Events? Ann Emerg Med 2013, 62(4), S107.

188.    Brennan JJ, Castillo EM, Wilson M, Chan TC, Killeen JP, Vilke GM. Psychiatric-Associated Visits to California Emergency Departments: Presence of Licensed Psychiatric Beds and Admission. Ann Emerg Med 2013, 62(4), S118.

189.    Granata RT, Vilke GM. Impact of deferred CT imaging of intoxicated patients presenting with altered mental status.  J Invest Med 2014;61(1):214.

190.    Nowak RM, Schreiber D, Hollander J, Nagurney J, Hogan C, Wu A, Vilke GM, Apple F, Cannon C, Daniels L, Anand I, deFillippi C, McCord J, Shah K, Marston N, Neath SX, Christenson R, Diercks D, Limkakeng A, Jaffe A, Mueller C, Maisel A, Peacock F: Copeptin Provides Prognostic Value in Emergency Department Patients Presenting with Acute Undifferentiated Chest Pain. Acad Emerg Med 2014;21(5):S89.

PUBLICATIONS, continued:

Abstracts

191.  Peacock W, Nowak R, Neath SX, Hollander J, Cannon C, Nagurney JT, Schreiber D, Hogan C, Diercks D, Stein JC, Headden G, Limkakeng AT, Mueller C, Vilke GM, Maisel A: Can a Second Measurement of Copeptin Improve Acute Myocardial Infarction Rule Out? Acad Emerg Med 2014;21(5):S90.

192.  Vilke GM, Lassoff D, Chan TC, Hall CA, Bozeman WP, Castillo EM. Proning: Outcomes of Use of Force Followed with Prone Restraint. Acad Emerg Med 2014; 21(Supp 1): S161.

193.  Vilke GM, Chan TC, Roberts EE, Moore JD, Parra KM, Castillo EM. Does Law Enforcement Use Different Levels of Force if the Subject Appears to be Mentally Impaired? Acad Emerg Med 2014; 21(Supp 1): S238.

194.  Hopper A, Dee J, Vilke GM, Castillo EM, Chen V, Hall D, Wilson MP. Hypotensive Effects of Risperidone Are Not Increased When Used in Conjunction with Benzodiazepines or in Alcohol Intoxicated Patients but May Increase in Elderly Patients. Acad Emerg Med 2014; 21(Supp 1):S56.

195.  Castillo, EM, Brennan JJ, Hsia RY, Killeen JP, Vilke, GM, Chan TC. Thirty-day Readmissions Through the Emergency Department in a Large, Metropolitan Region. Acad Emerg Med 2014; 21(Supp 1):S108.

196.  Castillo EM, Chan TC, Hsia RY, Killeen JP, Vilke GM, Brennan JJ. Should Rural Hospitals be Concerned about Frequent Users of Emergency Department Resources? Acad Emerg Med 2014; 21(Supp 1):S218.

197.  Brennan JJ, Chan TC, Vilke GM, Hsia RY, Killeen JP, Castillo EM. Traveling Super Users of California Emergency Departments. Acad Emerg Med 2014; 21(Supp 1):S220.

198.  Killeen JP, Castillo EM, Brennan JJ, Vilke GM, Chan TC. Does Emergency Department Interrogation Reduce ED Time for Patients with Pacemakers or ICDs? Acad Emerg Med 2014; 21(Supp 1):S274.

199.  Castillo EM, Brennan JJ, Hsia RY, Killeen JP, Vilke GM, Chan TC. Multiple Emergency Department Use and 30-day ED Visits. Acad Emerg Med 2014; 21(Supp 1):S322.

200.  Marston N, Shah K, Mueller C, Neath SX, Christenson R, McCord J, Nowak R, Vilke G, Daniels L, Hollander J, Apple F, Cannon C, Nagurney J, Schreiber D, DeFilippi C, Hogan C, Diercks D, Limkaken A, Anand I, Jaffe A, Peacock WF, Maisel A, Wu, A: Can a second measurement of copeptin improve acute myocardial infarction rule out?. J Am Coll Cardiol 2014;63(12_S).

PUBLICATIONS, continued:

Abstracts

201. Chan TC, Killeen JP, Vilke GM, Castillo EM. Impact of the Affordable Care Act on the Health Care Coverage of Patients Seen in the Emergency Department: Initial First Quarter Findings. Ann Emerg Med 2014; 64(4s):S84 –S85.Smith C, Hopper AB,

202. Castillo EM, Dang AQ, Chan TC, Vilke GM. Mortality and Timing of Death in Patients With Runaway Pacemakers. Ann Emerg Med 2014; 64(4s):S111.

203. Brennan JJ, Chan TC, Hsia RY, Vilke GM, Killeen JP, Castillo EM. Predicting Frequent Use of Emergency Department Resources. Ann Emerg Med 2014; 64(4s):S118 – S119.

204. Campillo A, Castillo EM, Vilke GM, Wilson MP. Use of Quetiapine in the Emergency Department for Acute Agitation and Associated Physiologic Effects. Ann Emerg Med 2014; 64(4s):S138.

205. Vilke GM, Lev R, Chan TC, Lucas J, Smith J, Painter NA, Castillo EM. Prescription Drug Prescribing Patterns in a Large Regional Area. Ann Emerg Med 2014; 64(4s):S139-S140.

206. Hopper AB, Deen J, Smith C, Campillo A, Vilke GM, Castillo EM, Wilson MP. Hypotensive Effects of Oral Second Generation Antipsychotics in the Emergency Department. Ann Emerg Med 2014; 64(4s):S140-S141.

207. Marston N, Shah K, Mueller C, Neath SX, Christenson R, McCord J, Nowak R, Vilke GM, Daniels L, Hollander J, Apple F, Cannon C, Nagurney J, Schreiber D, deFilippi C, Hogan C, Diercks D, Limkakend A, Anand I, Wu A, Clopton P, Jeffe A, Peacock F, Maisel A. Does Copeptin Provide Additional Risk Stratification in Chest Pain Patients With a Mild Troponin Elevation? Circulation 2014; 130:A12996.

208. Egnatios J, Lev R, Petro S, Castillo E, Vilke G. Long Active Death: Medadone. Ann Emerg Med 2015; 66(4s):S140-S141.

209. Vilke GM, Guss DA. Pilot Study of Telemedicine in a County Jail to Assess and Treat Acutely Ill Inmates. Ann Emerg Med 2015; 66(4s): S14.

210. Brennan JJ, Vilke GM, Hsia RY, Chan TC, Killeen JP, Huang J, Castillo EM. Transient Ischemic Attack "Bouncebacks": Emergency Department Discharges Who Return as Admissions Within Seven Days. *Ann Emerg Med* 2015; 66(4s):S112.

211. Brennan JJ, Chan TC, Vilke GM, Killeen JP, Hsia RY, Tehaney K, Castillo EM. Admissions Within Seven Days of an Emergency Department Discharge. *Ann Emerg Med* 2015; 66(4s):S89.

PUBLICATIONS, continued:

Abstracts

212.    Lev R, Lee O, Petro S, Lucas J, Castillo EM, Vilke GM, Coyne CJ. Specialty-Specific Prescribing Patterns to Patients Who Die From Prescription Drugs: How Do Emergency Physicians Compare? *Ann Emerg Med* 2015; 66(4s):S119.

## ORAL PRESENTATIONS AT NATIONAL MEETINGS:

1. Chan TC, Buchanan J, Anderson M, Vilke GM: Patient ethnicity and age in prehospital emergency ambulance use and acuity rates. NAEMSP Mid-Year Meeting, Lake Tahoe, Nevada; July 1998.

2. Vilke GM, Dunford JV, Buchanan J, Chan TC: Are opiate overdose deaths related to patient release after naloxone? ACEP Research Forum, San Diego, California; October 1998.

3. Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR: The effects of cervical spine immobilization on technique and laryngoscope blade selection on an unstable cervical spine injury in a cadaver model of intubation. ACEP Research Forum, San Diego, California; October 1998.

4. Vilke GM, Chan TC, Ray LU, Anderson ME: Use of prehospital crash injury data to assess regional automobile safety restraint use. NAEMSP Annual Meeting, Marcos Island, Florida; January 1999.

5. Chew GS, Chan TC, Bramwell K, Davis DP, Vilke GM: Does gastric distention from air insufflation affect the accuracy of the syringe esophageal detector device in detecting esophageal intubation? SAEM Western Regional Research Forum, Redondo Beach, California; March 1999.

6. Davis DP, Kimbro T, Vilke GM: The use of midazolam for prehospital rapid-sequence intubation may be associated with a dose-related increase in hypotension. NAEMSP Annual Meeting, Dana Point, California; January 2000.

7. Marino AT, Sharieff G, Gerhart AE, Chan TC, Vilke GM: The efficacy and complication rate of prehospital midazolam for the treatment of pediatric seizures. NAEMSP Annual Meeting, Dana Point, California; January 2000.

8. Eisele JW, Chan T, Vilke G, Neuman T, Clausen J: Effect of weight placed on the back of subjects in the hobble restraint position. American Academy of Forensic Sciences Annual Meeting, Reno, Nevada; February 2000.

9. Chan TC, Vilke GM, Neuman TS, Clark RF, Clausen JL: The effect of oleoresin capsicum spray inhalation on pulmonary and respiratory function. SAEM Western Regional Research Forum, Portland, Oregon; April 2000.

10. Vilke GM, Chan TC, Seltzer A, Fisher R, Dunford JV: Outcome of out-of-hospital refusal of paramedic transport by parents of pediatric patients. State of California EMS Authority EMS for Children Annual Conference, San Diego, California; November 2000.

11. Deitch S, Vilke GM, Marino A, Vroman D, Chan TC: Effect of prehospital use of nitroglycerine on EKG findings in patients with chest pain. American Academy of Emergency Medicine Annual Conference, Orlando, Florida; March 2001.

ORAL PRESENTATIONS AT NATIONAL MEETINGS, continued:

12. Vilke GM, Steen PJ, Smith AM, Chan TC: Pediatric intubation by paramedics: The San Diego County experience. SAEM Western Regional Research Forum, Irvine, California; March 2001.

13. Davis DP, Ochs M, Hoyt DB, Dunford JV, Vilke GM: The use of the Combitube as a salvage airway device for paramedic RSI. SAEM Western Regional Research Forum, Irvine, California; March 2001.

14. Chan TC, Dunford JV, Vilke GM: Impact of a community multidisciplinary homeless outreach team. SAEM Annual Meeting, Atlanta, Georgia; May 2001.

15. Chan TC, Dunford JV, Vilke GM: Impact of a community multidisciplinary homeless outreach team. CAL/ACEP Scientific Assembly, Santa Clara, California; June 2001. (Won Award for Best Oral Presentation)

16. Valentine C, Davis D, Ochs M, Hoyt D, Bailey D, Vilke G: The use of the Combitube as a salvage airway device for paramedic rapid sequence induction. NAEMSP Annual Meeting, Tucson, Arizona; January 2002.

17. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: Prospective countywide trial to decrease ambulance diversion hours. SAEM Western Regional Meeting, Scottsdale, Arizona; April 2003.

18. Vilke GM, Lev R, Castillo EM, Murrin PA, Chan TC: Prospective countywide trial to decrease ambulance diversion hours. SAEM Annual Meeting, Boston, Massachusetts, May 2003.

19. Vilke GM, Lev R, Castillo EM, Metz MA, Murrin PA, Chan TC: San Diego County improved patient destination trial to decrease emergency department diversion hours and diverted patients. American College of Emergency Physicians Research Forum, Boston, Massachusetts; October 2003.

20. Vilke G, Castillo E, Metz M, Murrin P, Ray LU, Lev R, Chan T: Community trial to decrease ambulance diversion of patients and hours. NAEMSP National Conference, Tucson, Arizona; January 2004.

21. Marcelyn Metz, Patricia Murrin, Gary M. Vilke: The three-phase EMS cardiac arrest model for ventricular fibrillation. ENA Annual Meeting; San Diego, California; October 2004.

22. Michalewicz, BA, TC Chan, GM Vilke, SS Levy, TS Neuman, and FW Kolkhorst: Ventilatory and metabolic demands during aggressive physical restraint in healthy adults. American College of Sports Medicine Annual Meeting, Denver, CO; June 2006. [*Medicine and Science in Sports and Exercise* 38(5 Supplement), 2006].

23. Vilke GM, Ali S, Simmons T, Witucki P, Wilson MP. Does an alcohol-based sanitizer impact breathalyzer levels? SAEM Annual Meeting, Chicago, Illinois; May 2012.

SELECTED SPEAKING ENGAGEMENTS:

1. "Death of a Child: How to Treat the Survivors" -- Grand Rounds, Department of Emergency Medicine, UCSD Medical Center; April 1996.

2. "Assessing GCS and the Field Neurologic Exam" -- Palomar College Paramedic Training; June 1998.

3. "Prehospital Shock"; "Management of the Field Trauma Patient" -- Mercy Air, Ventura County Lecture Series; August 1998.

4. "ER: Not Just a Television Show, But a Field of Research" -- Howard Hughes Foundation Lecture Series, University of California, San Diego; November 1998.

5. "Multi-Casualty Incident" -- UCSD Medical Center Trauma Conference; March 1999.

6. "Managing the Prehospital Multi-Casualty Incident" -- Southwestern College Paramedic Training Institute; May 1999.

7. "Aeromedical Transport: The Past and Current Environment" -- Trauma Morbidity and Mortality Conference, Children's Hospital, San Diego, California; July 1999.

8. "Altitude Medicine"; "Carbon Monoxide Poisoning and Treatment Options"; "Aeromedical Transport Options"; "Emergent Airway Management Options" -- Rural Emergency Medicine Conference, Jackson Hole, Wyoming; August 1999.

9. "Abdominal and Chest Trauma in Sports" -- First Annual San Diego County Athletic Coaches Workshop, San Diego, California; June 2000.

10. "Tabletop Discussion on Chemical Weapon of Mass Destruction" -- Facilitator of Tabletop Training for San Diego County Metropolitan Medical Strike Team; July 2000.

11. "Pediatric IV Access"; "Spinal Immobilization"; "Children with Special Health Care Needs"; "Cardiovascular Emergencies" -- American Academy of Pediatrics Pediatric Education for Prehospital Professionals Conference, San Diego, California; November 2000.

12. "New Frontiers in Field Management of Pediatric Status Epilepticus" -- State of California EMS Authority Annual EMS for Children Conference, San Diego, California; November 2000.

13. "EMS Medical Control: Avoiding your Day in Court" -- ACEP's Emergency Medicine Connection Conference, San Diego, California; March 2001.

14. "Pediatric Intubations by Paramedics" -- San Diego Chapter of the Committee on Pediatric Emergency Medicine; April 2001.

15. "Warfare and Terrorism: A Review of Chemical Agents -- San Diego County Metropolitan Medical Strike Team Training; August 2001.

SELECTED SPEAKING ENGAGEMENTS, continued:

16. "Bioterrorism and San Diego County" -- Council of Community Clinics Meeting; October 2001.

17. "Bioterrorism and San Diego County Readiness" -- CTN interview with Bill Horn; October 2001.

18. "Future of Prehospital Care" -- Keynote Speaker, Southwestern Paramedic College Graduation; November 2001.

19. "Biological Agents for Terrorism" -- San Diego County Metropolitan Medical Strike Team Training; November 2001.

20. "Clinical Aspects of Bioterrorist Agents" -- Palomar Paramedic College; November 2001.

21. "Clinical Aspects of Bioterrorism" -- Grand Rounds, Fallbrook Hospital; January 2002.

22. "Bioterrorism and San Diego County Readiness" -- Poway Town Hall Meeting; January 2002.

23. "Bioterrorist Preparedness" -- National Medical Association, San Diego County; January 2002.

24. "Chemical Agents of Terrorism: Diagnosis and Treatment" -- Topics and Advances in Internal Medicine, San Diego, California; March 2002.

25. "Bioterrorism: Implications for the Legal and Domestic Community" -- Thomas Jefferson School of Law, San Diego, California; April 2002.

26. "Prehospital Management of Pediatric Seizures" -- EMS-Children Annual Conference; San Diego, California; November 2002.

27. "Paramedicine – Past, Present and Future" -- Keynote Speaker, Southwestern Paramedic College Graduation; San Diego, California; December 2002.

28. "Medical Group Preparedness: How would you Respond to a Possible Victim of Bioterrorism?" -- Bioterrorism Preparedness Training Conference; San Diego California; January 2003.

29. "Update on Bioterrorism" -- The Western States Winter Conference on Emergency Medicine; Park City, Utah; January 2003.

30. "Academic Emergency Medicine and Research Opportunities" -- San Diego Health Information Association, San Diego, California; February 11, 2003.

32. "Blast and Radiological Injuries: Myths and Realities" -- San Diego County Metropolitan Medical Strike Team Training; San Diego, California; August 2003.

SELECTED SPEAKING ENGAGEMENTS, continued:

33. "Clinical Aspects of Bioterroism" -- American Correctional Health Services Association, California and Nevada Chapter Annual Conference, San Diego, California; September 2003.

34. "Bioterrorism" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; October 2003.

35. "Prehospital Pediatric Airway Obstruction" – Children's Hospital Grand Rounds, San Diego, California; July 2004.

36. "Future of Healthcare in San Diego: Trends Impacting our Delivery System" -- San Diego Organization of Healthcare Leaders, San Diego, California; August 2004.

36. "Firestorm 2003" -- Children's Hospital Grand Rounds, San Diego, California; January 2004.

37. "EMS research: Unique ethical and regulatory issues" -- Applied Research Ethics National Association Annual meeting, San Diego, California; October 2004.

38. "What happens when you call 911?" -- San Diego Sports Medicine Foundation, San Diego, California; October 2004.

39. "Making the Metropolitan Medical Response System Work for You" -- Emergency Response 2004 Conference, San Diego, California; November 2004.

40. "San Diego County Emergency Department Ambulance Bypass - Past, Present, Future" -- Urgent Matters Briefing, San Diego, California; November 2004.

41. "San Diego County Emergency Department Ambulance Bypass - Past, Present, and Future" -- San Diego Community Emergency Departments, San Diego, California; December 2, 2004.

42. "Emergency Response Management for Efficiency of Care and Fiscal Consideration" -- American Correctional Health Services Association, Oakland, California; April 2, 2005.

43. "Conducted Energy Devices – Medical Updates and Issues" -- Police Executive Research Forum, Houston, Texas; October 18, 2005.

44. "Conducted Energy Devices Proximity Deaths and Medical Response" -- 2005 Critical Issues in Policing Series, Police Executive Research Forum, San Diego, California; December 8, 2005.

45. "Conductive Electrical Devices (Tasers®) and Patients with Excited Delirium for Law Enforcement and Emergency Medical Personnel" -- The U.S. Metropolitan Municipalities EMS Medical Directors Annual Meeting, Dallas, Texas; February 16, 2006.

46. "Tasers and Sudden Death" -- Keynote speaker at One Day Symposium on In-Custody Deaths by the Florida Sheriffs Association, Orlando, Florida; June 1, 2006.

SELECTED SPEAKING ENGAGEMENTS, continued:

47. "Medical Aspects of the Use of Force Continuum" -- Department of Justice Community Oriented Policing Services (COPS) Conference, Washington, DC; July 29, 2006.

48. "Resuscitation Outcomes Consortium" -- 7th Annual University of California Neurotrauma Meeting, Carmel, California; August 3, 2006.

49. "Use of Force: Sudden Death Myths and Excited Delirium" -- The Commission of Accreditation for Law Enforcement Agencies (CALEA) Less Lethal Technology Working Group Meeting, Washington, DC; September 10, 2006.

50. "Police In-Custody Deaths and the Taser Controversy" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; September 2006.

51. "Conductive Energy Devices: The medical aspects of Taser Electronic Control Devices (ECDs) and other Energy Devices" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 16-17, 2006.

52. "Cardiac, Respiratory and Metabolic Effects of EMD" – Study of Deaths Following Electro Muscular Disruption, Meeting of the Chief Medical Panel for the National Institute of Justice. Washington D.C.; January 9, 2007.

53. "The Medical Implications of Tasers and the Impact on EMS " – National Association of EMS Physicians National Conference. Naples, FL; January 12, 2007.

54. "Excited Delirium" - Solutions For Corrections Seminar for the California State Sheriff's Association. Ontario, CA; February 7, 2007.

55. "Excited delirium, positional asphyxia and restraint" -- EMS Today Conference, Baltimore, Maryland; March 10, 2007.

56. "Medical implications of Tasers and other Conductive Energy Devices" -- EMS Today Conference, Baltimore, Maryland; March 10, 2007.

57. "Excited Delirium" -- American Correctional Health Services Association, Oakland, California; September 19, 2007.

58. "Human Physiologic Effects of Tasers" – Study of Deaths Following Electro Muscular Disruption, Meeting of the Chief Medical Panel for the National Institute of Justice. Washington D.C.; September 27, 2007.

59. "The clinical impacts of TASER and other Conductive Energy Devices on Humans: A Review of the latest Medical Research" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 28-30, 2007.

SELECTED SPEAKING ENGAGEMENTS, continued:

60. "Physiological Effects of Tasers" – The City Council of Miami-Dade. Miami, Florida; January 17, 2008.

61. "Excited Delirium: What is it? Why does it kill? What do we need to know about it? Western States Winter Conference on Emergency Medicine. Park City, Utah, February 8, 2008.

62. "Medical Effects of Tasers" – The City Council of Houston. Houston, Texas; March 10, 2008.

63. "Less Lethal Weapons" - Emergency Nurses Association, San Diego Chapter. San Diego, California; April 18, 2008.

64. "The Clinical Impacts of TASER and other Conductive Energy Devices on Humans and Why People Die Afterwards" -- American Correctional Health Services Association, San Diego, California; September 17, 2008.

65. "Police In-Custody Deaths and Excited Delirium" -- UCSD/SDSU General Preventive Medicine Residency Lecture Series, La Jolla, California; October 2008.

66. "The Clinical Impacts of TASER and other Conductive Energy Devices on Humans" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; October 29, 2008.

67. "Agitated Delirium – Role of Illicit Drug Use in Sudden Restraint Death" Western Medical Toxicology Fellowship Conference. San Diego, California; April 29, 2009.

68. "Conducted Energy Devices: Are They Safe Options?" Excited Delirium Conference by the Canadian Institute for the Prevention of In-Custody Deaths, Inc. Niagara Falls, Canada; May 26, 2009.

69. "The Physiologic Effects of the Taser on Humans" UCSD Biomedical and Clinical Research Seminars. San Diego, California; June 2, 2009.

70. "The Taser-Plastic Surgery Interface" UCSD Department of Plastic Surgery Grand Rounds. San Diego, California; June 17, 2009.

71. "ECD Research Update and Safety Issues" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 12, 2009.

72. "Use of the Restraint Chair and Positional Asphyxia" – Southern California Jail Manager's Association. Temecula, California; January 21, 2010.

SELECTED SPEAKING ENGAGEMENTS, continued:

73.  "Excited Delirium Challenges and Best ER Practices" Excited Delirium Conference by the Canadian Institute for the Prevention of In-Custody Deaths, Inc. Niagara Falls, Canada; April 19, 2010.

74.  "Excited Delirium and TASERs: What Physicians Need to Know" – Grand Rounds Scripps Encinitas Hospital. Encinitas, California; July 15, 2010.

75.  "Excited Delirium and TASERs: What Physicians Need to Know" – Grand Rounds University Medical Center. Las Vegas Nevada; August 10, 2010.

76.  "Review of ECD Research and Reported Cardiac Capture" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 17, 2010.

76.  "The Science Behind the American Heart Association ACLS Guidelines" – Puerto Vallarta ACLS Resuscitation Conference. Puerto Vallarta, Mexico; February 18, 2011.

77.  "The Science Behind the American Heart Association ACLS Guidelines" – Cabo San Lucas ACLS Resuscitation Conference. Cabo San Lucas, Mexico; March 25, 2011.

78.  "ROC Cardiac Arrest Outcomes" – San Diego Resuscitation Conference. San Diego, California; April 9, 2011.

79.  "Do Electronic Control Devices Kill Humans: Review of the Data" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 16, 2011.

80.  "Evaluation After Choking or Strangulation" – UCSD Forensic Nursing Conference. San Diego, California; April 28, 2012.

81.  "Prehospital Hypothermia for Cardiac Arrest" – Santa Clara County EMS Conference. San Jose, California; May 23, 2012.

82.  "The Science Behind the American Heart Association ACLS Guidelines" – Cabo San Lucas ACLS Resuscitation Conference. Cabo San Lucas, Mexico; August 21, 2012.

83.  "Acute Cerebral Accidents" – Hermosillo ACLS Resuscitation Conference. Hermosillo, Sonora, Mexico; September 11, 2012.

84.  "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – Emergency Nurses Association Annual Conference. San Diego, California; September 15, 2012.

85.  "Electronic Control Devices and the not so Shocking Truth about their Lethality" – Sudden Death, Excited Delirium and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; November 14, 2012.

SELECTED SPEAKING ENGAGEMENTS, continued:

86. "Medical Evaluation and Detection of Dementia and Delirium" – Annual Update on Behavioral Emergencies Conference. Las Vegas, Nevada, December 5, 2012.

87. "Acute Cerebral Accidents" – Puerto Vallarta Resuscitation Conference. Puerto Vallarta Mexico; January 17, 2013.

88. "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – San Diego County Emergency Nurses Association 911 Conference. San Diego, California; April 19, 2013.

89. "Acute Cerebral Accidents" – Cabo San Lucas Resuscitation Conference. Cabo San Lucas Mexico; April 27, 2013.

90. "Acute Myocardial Infarction" – Mazatlan Resuscitation Conference. Mazatlan Mexico; May 7, 2013.

91. "Hypothermia Post Cardiac Arrest" –Acapulco Resuscitation Conference. Acapulco, Mexico; May 28, 2013.

92. "Bath Salts and In-Custody Death"- National Sheriff's Association. Charlotte, NC; June 25, 2013.

93. "Updates in Cardiac Arrest: The ROC Trials" – Mexico Association of Emergency Medicine Emergency Update Conference. Mexico City, Mexico; June 28, 2013.

94. "Management of Head Trauma" – Mexico Association of Emergency Medicine Emergency Update Conference. Mexico City, Mexico; June 28, 2013.

95. "Hypothermia Post Cardiac Arrest" –La Paz Resuscitation Conference. La Paz, Mexico; July 22, 2013.

96. "Management of Head Trauma" – Mexico Association of Emergency Medicine Emergency Update Conference. Monterrey, Mexico; September 26, 2013.

97. "Updates in Cardiac Arrest: The ROC Trials" – Mexico Association of Emergency Medicine Emergency Update Conference. Monterrey, Mexico; September 26, 2013.

98. "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Orthopedics Grand Rounds, San Diego, CA October 2, 2013.

99. "Decreasing Your Risk in Labor and Delivery" – UCSD 9th Annual Perinatal Symposium, San Diego, CA October 11, 2013.

100. "Excited Delirium Syndrome: TASERS, Restraints, and Sudden Death" – UCSD Department of Emergency Medicine Grand Rounds, San Diego, CA November 11, 2013.

SELECTED SPEAKING ENGAGEMENTS, continued:

101. "Excited Delirium Syndrome" – Annual Update on Behavioral Emergencies Conference. Orlando, Florida; December 12, 2013.

102. "The importance of CT on the initial evaluation of a trauma patient: ABC or AB-CT ?" – Primero Simposium Internacional BNH con UCSD Celebrado en Los Cabos. Los Cabos, Mexico; December 7, 2013.

103. "Management of Head Trauma" –Emergency Medicine Update Conference. Puerto Vallarta, Mexico; December 18, 2013.

104. "Updates in Cardiac Arrest: The ROC Trials" – Emergency Medicine Update Conference. Puerto Vallarta, Mexico; December 18, 2013.

105. "Pulmonary Embolism: Evaluation and Treatment"- 25th Annual Mexico Emergency Medicine Congress. Acapulco, Mexico; February 20, 2014.

106. "Management of Head Trauma" –Emergency Medicine Update Conference. Puerto Vallarta, Mexico; March 5, 2014.

107. "Updates in Cardiac Arrest: The ROC Trials" – Emergency Medicine Update Conference. Puerto Vallarta, Mexico; March 5, 2015.

108. "Management of Burns" –Trauma Update Conference. Puerto Vallarta, Mexico; April 3, 2014.

109. "Management of Head Trauma" –Trauma Update Conference. Puerto Vallarta, Mexico; April 3, 2014.

110. "Cuffs, Chains and Chairs" – Restraint and In-Custody Death Conference by the Institute for the Prevention of In-Custody Deaths, Inc. Las Vegas, Nevada; April 24, 2014.

111. "Management of Burns" –Trauma Update Conference. Los Cabos, Mexico; June 5, 2014.

112. "Management of Head Trauma" - Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014

113. "Management of Burns" - Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014.

114. "Updates in Cardiac Arrest: The ROC Trials" – Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014.

115. "Pulmonary Embolism: Evaluation and Treatment"- Primera Feria Annual de la Salud. Guadalajara, Mexico; July 18, 2014.

SELECTED SPEAKING ENGAGEMENTS, continued:

116. "Risk Management and Minimizing Malpractice Exposure" – UCSD Department of Anesthesia Pain Service Grand Rounds, San Diego, CA September 24, 2014.

117. "The ABCs of CPR" –Huatulco Resuscitation Conference. Huatulco, Mexico; October 2, 2014.

118. "Risk Management and Minimizing Malpractice Exposure" – UCSD Division of Gastroenterology Grand Rounds, San Diego, CA October 16, 2014.

119. "Identification and Treatment of Excited Delirium Syndrome" - Annual Update on Behavioral Emergencies Conference. Scottsdale, Arizona; December 11, 2014.

120. "Autopsy of an In-Custody Death" – Defense Research Institute Annual Conference, San Diego, CA January 30, 2015.

121. "TASERS: The shocking truth"- 26th Annual Mexico Emergency Medicine Congress. Mazatlan, Mexico; February 5, 2015.

122. "Resuscitation Update: CPR, Hypothermia and new devices" - 26th Annual Mexico Emergency Medicine Congress. Mazatlan, Mexico; February 5, 2015.

123. "Management of Head Trauma" - Segundo Feria Annual de la Salud. Guadalajara, Mexico; May 22, 2015.

124. "Updates in Cardiac Arrest: The ROC Trials" – Segundo Feria Annual de la Salud. Guadalajara, Mexico; May 22, 2015.

125. "Pulmonary Embolism: Evaluation and Treatment"- Segundo Feria Annual de la Salud. Guadalajara, Mexico; May 22, 2015.

126. "Resuscitation Update: CPR, Hypothermia and new devices" – Altitude and Travel Medicine Symposium. Cusco, Peru; August 21, 2015.

127. "Approaches to Stabilization, Transfer and Disposition of Tourist with Multiple Trauma – Altitude and Travel Medicine Symposium. Cusco, Peru; August 21, 2015.

## APPENDIX B

### Deposition Testimony

December 28, 2011
Carole Krechman v County of Riverside, et al
U.S. District Court, Central District of California, Riverside County
Case# CV 10-08705
Attorney: Bruce Disenhouse
Defense In custody death, compression asphyxia

January 9, 2012
Barbara J. Batchan, estate of Parrish Madison Batchan v County of Los Angeles
Superior Court of California, County of Los Angeles
Case# BC 423702
Attorney: Dennis Gonzales
Defense In custody death, compression asphyxia and TASER

January 24, 2012
Barbara J. Batchan, estate of Parrish Madison Batchan v County of Los Angeles
Superior Court of California, County of Los Angeles
Case# BC 423702
Attorney: Dennis Gonzales
Defense In custody death, compression asphyxia and TASER

June 19, 2012
Rachel Higgins v. Board of County Commissioners, et al
U.S. District Court, Second Judicial, County of Bernalillo, NM
Case #: 202-CV-2010-01619
Attorney: Meena Allen
Defense: Death from meningitis in jail

September 20, 2012
Anita Russell v. Denny Wright, Appomattox County, et al
U.S. District Court, Western District of Virginia
Case #: 3:11-cv-00075
Attorney: Jeremy Carroll
Defense: In custody death, TASER

September 24, 2012
Athena Bacthel v TASER International, Inc
U.S. District Court, Eastern District of Missouri
Case #: 2:08-CV-0049-AGF
Attorney: John Renzulli
Defense: In custody death, TASER, excited delirium

November 28, 2012
Lois Jean Green v Riverside County Sheriff's Department, et al

Superior Court of the State of California, County of Riverside
Case #: RIC 523816
Attorney: Arthur Cunningham
Defense: In custody death, TASER, excited delirium

December 19, 2012
June Elaine Sylvester v. County of Del Norte, TASER International, Inc., et al
U.S. District Court, Northern District of California
Case No. CV 11-1459 EMC
Attorney: John Vrieze
Defense: In custody death, TASER, excited delirium

February 25, 2013
Ada Morales Coto v. County of Los Angeles, et al
Luis Molina v County of Los Angeles, et al
Superior Court of California, County of Los Angeles-Central District
Case No. BC444905
Attorney: Rittu Kumar
Defense: In custody death, TASER excited delirium

September 6, 2013
Gail Waters v City and County of Denver, et al.
U.S. District Court, District of Colorado
Case No. 12-cv-1856-MSK-BNB
Attorney: Wendy Shea
Defense: In custody death, TASER, weight force

December 3, 2013
Edwin Burris, Mr. Douglas v Lester E. Cox Medical Centers, et al
Circuit Court of Green County, Missouri at Springfield
Case No: 1231-CV30973
Attorney: Randy Cowherd
Defense: Alleged Missed CVA

March 13, 2014
Charlene Nelson v. County of Riverside, et al
Superior Court of the State of California, County of Riverside
Case No.: RIC10011174
Attorney: Art Cunningham
Defense: In custody death, restraint asphyxia, TASER

April 10, 2014
Jason Patti v The State of Arizona, et al.
Maricopa County Superior Court
Case # CV2012-011263
Attorney: Bob Grasso
Defense: SBO from ingesting a glove

April 30, 2014
Estate of William D. Mackey, et al v Horizon Human Services, Inc, et al
Maricopa County Superior Court
Case # CV 2011-022086
Attorney : Marshall Humphrey
Defense: Choking death

July 29, 2014
Irving Marquez v. Eddy County, et al
U.S. District Court, District of New Mexico
Case #: 11-CV-838 DJS/WDS
Attorney: Jonlyn Martinez
Defense: West Nile Virus Encephalitis in custody delay in diagnosis

August 13, 2014
Rickey Burtchett v Lester E. Cox Medical Center, et al
The Circuit Court of Greene County, Missouri
Case #: 1231-CV13544
Attorney: Randy Cowherd
Defense: Delay in diagnosis of arterial occlusion

August 23, 2014
Louis DePasquale, et al v Garrett Emery, M.D.
District Court Of Utah, Third Judicial District, Salt Lake County
Case #: 130907530
Attorney: Pete Summerill
Mr. Douglas: Missed perforated duodenal ulcer

September 2, 2014
Estate of George Salgado, et al. v. Miami-Dade County, et al.
U.S. District Court, Southern District of Florida
Case # 12-cv-24458 King/Torres
Attorney: Oscar Marrrero
Defense: In custody death, TASER, ExDS

September 30, 2014
Estate of Ronald H. Armstrong v. Pinehurst, et al.
Superior Court of North Carolina, Moore County
Case No. 1:13-CV-407
Attorney: Dan Hartzog
Defense: In custody death, TASER, Positional Asphyxia, ExDS

November 11, 2014
Brejanea Burley, et al v. County of Los Angeles, et al.
Superior Court of the State of California, County of Los Angeles, South District
Case No. TC027341
Attorney: Tim Kral
Defense: In custody death, TASER, OC Spray, Asphyxia, ExDS

March 2, 2015
Khang Le, et al v. City of El Monte, et al
Superior Court of the State of California, County of Los Angeles, South District
Case No. BC497169
Attorney: Peter Ferguson
Defense: In custody death, neck hold, positional restraint, TASER

May 8, 2015
Laura Wilbanks v Banner Health, et al
Superior Court For The State Of Alaska Fourth Judicial District At Fairbanks
Case No. 4FA-13-1917 CI
Attorney: Mike Stepovich
Mr. Douglas: Missed CVA

June 18, 2015
Frederick Ronald Thomas, Jr. v. City of Fullerton, et al
Superior Court of the State of California, County of San Orange
Case No. 30-2012-00581299
Attorney: Barry Hassenberg
Defense: In custody death, TASER, positional restraint

September 10, 2015
Bridget Wiseman v. City of Fullerton, et al
Superior Court of the State of California, County of San Orange
Case No. 30-2013-00643502-CU-PO-CJC
Attorney: Barry Hassenberg
Defense: Hanging at a jail

October 9, 2015
Damion Russell v. City of Los Angeles, et al
U.S. District Court, Central District of California
Case No. CV14-9433-JFW-(Ex)
Attorney: Christian Bojorquez
Defense: In custody death, positional restraint, TASER

January 13, 2016
Michelle Ernst v. Creek County Public Facilities Authority, et al
U.S District Court, Northern District of Oklahoma
Case# 14-CV-504-GKF-PJC
Attorney: Mickey Walsh
Plaintiff: Jail suicide

February 12, 2016
V.W, minor v. City of Vallejo et al
U.S. District Court, Eastern District of California, Sacramento Div
Case# 2:12-CV-01629-LKK-AC
Attorney: Sean Conley

Defense: In custody death, positional restraint, TASER, neck hold

February 23, 2016
Aimee Bevan v. Santa Fe County, et al
State of New Mexico, County of Santa Fe First Judicial Court
Case# D-101-CV-2015-00061
Attorney: Mark Komer
Defense: In custody death, heroin OD

**Trial Testimony**

January 10, 2012
Carole Krechman v County of Riverside, et al
U.S. District Court, Central District of California, Riverside County
Case# CV 10-08705
Attorney: Bruce Disenhouse
Defense In custody death, compression asphyxia

February 17, 2012
Barbara J. Batchan, estate of Parrish Madison Batchan v County of Los Angeles
Superior Court of California, County of Los Angeles
Case# BC 423702
Attorney: Dennis Gonzales
Defense In custody death, compression asphyxia and TASER

April 17, 2013
United States of America v Luis Fonseca
U.S. District Court, Southern District of California
Case # 12CR1434-H
Attorney: Stuart Adams
Defense: Criminal case of strangulation

May 3, 2013
New Mexico Medical Board v Dr. Mark Walden
New Mexico Medical Board hearing
Case # 2012-009
Attorney: Nicole Charlebois
Defense: Allegations of sexual abuse

July 29, 2013
Lois Jean Green v Riverside County Sheriff's Department, et al
Superior Court of the State of California, County of Riverside
Case #: RIC 523816
Attorney: Arthur Cunningham
Defense: In custody death, TASER, excited delirium

December 16, 2013
People of the State of California v. Jay Cicinelli
Superior Court, Orange County
Attorney: Michael Schwartz
Defense: Murder/manslaughter case, positional restraint

January 22, 2014
Gail Waters v. City and County of Denver, et al.
U.S. District Court, District of Colorado
Case No. 12-cv-1856-MSK-BNB
Attorney: Wendy Shea

Defense: In custody death, TASER, weight force

March 7, 2014
Charles Kretek, et al v. Board of Commissioners of Luna County, et al.
U.S. District Court, District of New Mexico
Case No. CIV-11-676 RB/GBW
Attorney: Jonlyn Martinez
Defense: In custody death, TASER, OC spray, weight force

April 22, 2014
Carole Krechman v County of Riverside, et al
U.S. District Court, Central District of California, Riverside County
Case# CV 10-08705
Attorney: Bruce Disenhouse
Defense In custody death, compression asphyxia

May 13, 2014
Audry Henry v. City of Los Angeles, et al
U.S. District Court, Central District of California, Western Division
Case No. CV13-03151 JAK (MRWx)
Attorney: Christian Bojorquez
Defense: In custody death, positional restraint, neck hold, TASER

August 22, 2014
Ester Katz, et al v County of Riverside, et al
Superior Court of the State of California, County of Riverside
Case #: RIC 1213947
Attorney: Arthur Cunningham
Defense: In custody death, OC spray

October 7, 2014
Estate of Marvin L. Booker, et al v. City and County of Denver, et al
U.S. District Court, District of Colorado
Case No: 11-cv-00645-RBJ-KMT
Attorney: Tom Rice
Defense: In custody death, positional restraint, TASER, neck hold

December 9, 2014
Brejanea Burley, et al v. County of Los Angeles, et al.
Superior Court of the State of California, County of Los Angeles, South District
Case No. TC027341
Attorney: Louis Pappas
Defense: In custody death, TASER, Asphyxia, ExDS

March 3, 2015
Steve Kassab v. San Diego Police Department, et al
U.S. District Court, Southern District of California
Case No. 07cv1071

Attorney: Stacy Plotkin-Wolff
Defense: Hyperthermia allegation from being in police car

October 14, 2015
Tevin Bell v. County of San Diego, et al
U.S. District Court, Southern District of California
Case No. 14cv1767-H (MDD)
Attorney: Carra Rhamy
Defense: TASER, neck hold, blunt force trauma

October 27, 2015
Donald Ivy Grand Jury Investigation
Albany County Supreme Court
Case No. 1503156
Attorney David Rossi
Expert: TASER

November 4, 2015
Frederick Ronald Thomas, Jr. v. City of Fullerton, et al 402 Hearing
Superior Court of the State of California, County of San Orange
Case No. 30-2012-00581299
Attorney: Barry Hassenberg
Defense: In custody death, TASER, positional restraint

**APPENDIX C**

*Gary Michael Vilke, MD, FACEP, FAAEM*
*11279 Breckenridge Way*
*San Diego, California 92131*
*(619) 666-8643*

## Fee Schedule

FEE SCHEDULE
For case material review, research, report writing, deposition and trial preparation, and telephonic or in person meetings: 500.00/ hour
A retainer for 3 hours (1500.00) may be requested in advance.

For deposition and trial testimony: 2000.00 for depositions lasting up to 4 hours. Additional deposition and trial testimony time will be billed at the hourly rate of 500.00/hour.

TRAVEL
*If travel out of county (more than 100 miles) for deposition or trial is required:*

> Business class airline tickets to and from to be arranged and paid for by the requesting firm/agency.

> Hotel accommodations to be arranged and paid for by the requesting firm/agency.

> Transportation to and from the airport in the host city will be arranged and be paid for by the requesting firm/agency.

Time for travel will be billed at the standard review rate up to 4 hours each direction. The time starts at departure from home until arrival in host city, and from departure from host city until arrival home.

*If travel is within the county (less than 100 miles) for deposition or trial is required:*

Time for travel will be billed at the standard review rate up to 2 hours each direction. The time starts at departure from home until arrival at the depo/trial site, and from departure until arrival home.

CANCELLATION:
A cancellation fee of 1000.00 will be charged if a trial or deposition is cancelled with less than 48 hours notice from the agreed upon scheduled time within San Diego County, or within 96 hours outside of San Diego County.