


# MEMO

FROM THE DESK OF

## Sergeant William H. Rarrick
Chief Investigator
Internal Affairs Section
E-mail =wrarrick @Sheriff.Hamilton-co.org
Telephone 513-946-6651

To:      Chief Deputy Mark Schoonover

Date:    May 31, 2013

Re:      Internal Affairs Investigation IA# 24-13

    Sir,

    On May 9, 2013 inmate         was being housed on unit George 42 cell 37, filed an official complaint stating that he was assaulted by Corrections Officer         while being escorted to his cell. This complaint was originally given to Lieutenant .      on the date of incident and forwarded to Captain     who conducted the investigation.

    The investigation conducted by Captain      revealed that on May 9, 2013 C/O      was serving chow on unit George 42 when inmate     became irate and started to cause a disturbance by pounding on the glass door and waving his hands in the air. C/O     removed inmate    from the POD and started to counsel him in the hallway away from other inmates. During that time inmate     became more irate and verbally abusive towards C/O    so inmate    was handcuffed by C/O     and walked back to his cell. While walking towards his cell inmate    tried to pull away from C/O    by the steps.    then tried to head butt C/O    and attempted to bite his arm. C/O    gave a palm heel strike to the right side of    cheek to avoid being injured.    was then escorted to his cell without further incident. A use of force report was generated by Sgt.    and included in the case file. The results from the initial use of force investigation by Sgt.    and Lt.    determined that C/O     followed departmental procedures.

    Captain    : reviewed all reports and statements taken during the initial use of force investigation, as well as the formal complaint form filed by inmate    Captain . determined that C/O    did strike inmate ,   in the face, however his actions were justified for his own safety. As a result Captain    exonerated C/O     and closed out the complaint.

Rec: *Mark Schoonover-Chief* 6-6-13

*If a reply is necessary it may be made directly on this form.*

EXHIBIT A




# MEMO

FROM THE DESK OF

## Sergeant William H. Rarrick

Chief Investigator

Internal Affairs Section

E-mail =wrarrick @Sheriff.Hamilton-co.org

Telephone 513-946-6651

124 AOC

The Internal Affairs Section has reviewed the use of force investigation reports filed by Sgt.         and Lt.              along with the investigation conducted by Captain               , and concur with their findings.
          C/O              actions were justified in this situation for his safety. This case is now closed as **exonerated**.

Respectfully Submitted,

*Sgt. Wm. Rarrick*

Sgt. Wm. Rarrick

HAMILTON COUNTY SHERIFF'S DEPARTMENT          FORM II-01

**PERSONNEL COMPLAINT FORM**          IA # _24-13_

---

1. **PERSONNEL INVOLVED:** _____ 1ˢᵗ Intake
   _____ (Name) _____ (Badge #) _____ (Assignment)

2. **PERSON FILING:**     Name _____ Sex ___ Age ___
            Address _____

3. **PLACE OF OCCURRENCE:** _____ G42 _____
       Type of Premise HCJC _____ District N I A

4. **DATE OF OCCURRENCE:** 4-25-13    5. **TIME OF OCCURRENCE:** 1720

6. **DETAIL NUMBER** (If applicable): N I A _____

7. **DESCRIPTION OF INCIDENT** (Include specific allegations):
   States that he was slapped by
   Deputy _____ while handcuffed.
   Complaint Form II-02 included.
   JMS reports covering incident included.
   _____
   _____

   (Use Addendum Form II-06 if additional space required)

8. **RECEIVED BY:** _____ Capt. Scheffler JS _____ / S-9-13 / 1500
             (Supervisor) _____ (Date) _____ (Time)
      How Received: In person on form II-02

9. **SUPERVISORY ACTION:**

   ☐ Complaint resolved on initial contact – (See Form II-09 attached)

   ☐ Complaint [retained by] _____ / _____
         [referred to]                    (Date)
      for investigation as provided for in General Order #214.
      (NOTE: Requires copy of this form and Official Complaint Statement Form (II-02) to be
          immediately submitted to Division or work unit Commander for information and
          forwarding of copies to Internal Affairs Unit for logging and number.)

   ☑ Complaint forwarded to Division Commander for Evaluation as to determination of investigation
   responsibility and assignment.

(OVER)

Date : 05/09/2013

# Hamilton County Sheriff's Office - Corrections Division
## Disciplinary Incident Report

Re:

| | |
|---|---|
| **Incident Id** | **Incident Location:** CJC - N42 |
| **Incident Type:** Inmate Disciplinary Violation | **Incident Datetime:** 04/25/2013 00:00 |
| | **Note:** Force was used. |
| **Staff Preparing Report:** | **Report Datetime:** 04/25/2013 16:43 |
| **Supervisor Notified:** SGT.ELLIOTT | **Datetime Notified:** 00/00/0000 00:00 |

**Incident Details:**

On April 25, 2013, I, Deputy (            , was assigned as the housing Officer, on G-42.  At approximately 1625, began to pound his fists on the center pod window of F-pod.  I ordered him to stop and to return to his cell.  He immediately waved his hands in the air and ran to the pod ringmaster and pressed the button, aggressively.  My partner and I were in the process of correcting a count issue, so we stopped to deal with          Deputy         was in the hallway and was asked to assist in placing I    in his assigned cell.  I called         to come to the sally port in order to talk to him and to separate him from the rest of the pod.  While my partner was in the process of opening the pod door,          began to jerk on the pod's door handle.  Once in the sallyport, I called          to the hallway to talk, privately.  He was calm at first but then became verbally aggressive.  At this point, he was ordered to turn around and and place his hands on the wall and he was handcuffed.  While escorting          back to his cell, he began to pull away from us as we walked up the left hand pod stairwell.  A wrist-lock was applied to gain positive control over          Once         stopped pulling away, we continued up the stairwell.  When we were in front of cell #23, approximately,          . turned on me and attempted to head butt me and tried to bite my arm.  While maintaining control over I     with my left hand, I utilized a palm-heel strike to          right cheek, to avoid being injured.          was, then, escorted the rest of the way to his cell, without further incident and placed him in his assigned cell, #37.          was ordered to lay, face down, on his mattress and to face away from us.  His wrists were removed from the handcuffs, one hand at a time, and he was ordered to place his hands underneath his body until staff exited the cell and the door was closed.  As soon as Officers let go o

**Characteristics:**

Inmate Fight or Disturbance

**Violations:**

| Datetime | Number | Part | Item | Violation Description | Status |
|---|---|---|---|---|---|
| 04/25/2013 16:40 | 2 | 2 | a | 2.a. Disobeying any staff order. | Charged |
| 04/25/2013 16:40 | 5 | 5 | g | 5.g. Unnecessary noise or pounding on doors or windows. | Charged |
| 04/25/2013 16:40 | 5 | 5 | e | 5.e. Profanity, derogatory remarks or gestures to staff. | Charged |
| 04/25/2013 16:40 | 5 | 5 | a | 5.a. Assault on a staff member. | Charged |

**Disciplinary Details:**

**Officer Signature:** _____ **Date:** _____
**Supervisor's Signature:** _____ **Date:** _____
**Inmate's Signature:** _____ **Date:** _____

Inmates charged with major or serious rule violations shall be given notice of charges through the issuance of the form entitled, "NOTICE OF DISCIPLINARY VIOLATIONS".

# Hamilton County Sheriff's Office - Corrections Division
## Disciplinary Incident Report

**Re:**

| | |
|---|---|
| **Incident Id:** | **Incident Location:** CJC - N42 |
| **Incident Type:** Inmate Disciplinary Violation | **Incident Datetime:** 04/25/2013 00:00 |
| | **Note:** No force used. |
| **Staff Preparing Report:** | **Report Datetime:** 04/25/2013 17:23 |
| **Supervisor Notified:** SGT. ELLIOTT | **Datetime Notified:** 00/00/0000 00:00 |

**Incident Details:**

he immediately lunged off the bed. Both, Deputy and I, were able to exit the cell and secure the cell door without further incident. Sgt. was informed immediately after was secured in his cell and approved the temporary lock down of F-pod, as a cool down period. He arrived on post shortly after the incident to speak with all Officers that were involved.

Following the incident, all inmates housed in F-pod were secured in their assigned cells to avoid any further incidents. When evening chow arrived on post, Officer presence was key in preventing any further problems. I called for a rover to come and assist with passing trays. Since I was the primary Officer involved in the initial incident, Deputy assisted in passing trays out and Deputy assisted in collecting trays. When Officers arrived at cell #37, continued to direct threats of violence toward me. Other than these verbal threats, no other incidents occurred.

**Characteristics:**

Inmate Fight or Disturbance

**Violations:**

| Datetime | Number | Part | Item | Violation Description | Status |
|---|---|---|---|---|---|
| 04/25/2013 16:40 | 2 | 2 | a | 2.a. Disobeying any staff order. | Charged |
| 04/25/2013 16:40 | 5 | 5 | g | 5.g. Unnecessary noise or pounding on doors or windows. | Charged |
| 04/25/2013 16:40 | 5 | 5 | e | 5.e. Profanity, derogatory remarks or gestures to staff. | Charged |
| 04/25/2013 16:40 | 5 | 5 | a | 5.a. Assault on a staff member. | Charged |

**Disciplinary Details:**

| | | |
|---|---|---|
| **Officer Signature:** | _____ | **Date:** _____ |
| **Supervisor's Signature:** | _____ | **Date:** _____ |
| **Inmate's Signature:** | _____ | **Date:** _____ |

**Inmates charged with major or serious rule violations shall be given notice of charges through the issuance of the form entitled, "NOTICE OF DISCIPLINARY VIOLATIONS".**

# Hamilton County Sheriff's Office - Corrections Division
## Disciplinary Incident Report

Re:

| | |
|---|---|
| **Incident Id:** | **Incident Location:** CJC - N42 |
| **Incident Type:** Inmate Disciplinary Violation | **Incident Datetime:** 04/25/2013 00:00 |
| | **Note:** Force was used. |
| **Staff Preparing Report.** | **Report Datetime:** 04/25/2013 18:06 |
| **Supervisor Notified:** SGT. ELLIOTT | **Datetime Notified:** 00/00/0000 00:00 |

### Incident Details:

On April 25, 2013, I, Deputy    was the housing Officer, on G-41.  I received notification from Deputy            , that he needed assistance in locking an inmate in.  Once I arrived and Officer presence was established,             was called to the hallway.            was being verbally aggressive so we gave commands for him to put his hands on the wall to be handcuffed.            complied with orders then was escorted to his cell by Deputy            and I.            began to pull away from our grip as we escorted him up the stairs.  Once we got up the stairs,            became increasingly upset and around cell #23, he  threw what appeared to be either a head butt or an attempt to bite Deputy            Deputy            quickly deflected his head away from him using a palm-heel strike to            right cheek.  We then entered            cell and instructed him to lay on his bed, face down.  He complied and the cuffs were taken off.  He was given orders to stay on his bed until we exited the cell.  Once we started to exit the cell,            jumped up but we quickly secured his door, without any further incident.  Sgt.            was notified by Deputy            about the incident.

Sgt. Elliott was notified.

### Characteristics:

Inmate Fight or Disturbance

### Violations:

| Datetime | Number | Part | Item | Violation Description | Status |
|---|---|---|---|---|---|
| 04/25/2013 16:40 | 2 | 2 | a | 2.a. Disobeying any staff order. | Charged |
| 04/25/2013 16:40 | 5 | 5 | g | 5.g.  Unnecessary noise or pounding on doors or windows. | Charged |
| 04/25/2013 16:40 | 5 | 5 | e | 5.e. Profanity, derogatory remarks or gestures to staff. | Charged |
| 04/25/2013 16:40 | 5 | 5 | a | 5.a.  Assault on a staff member. | Charged |

### Disciplinary Details:

| | | |
|---|---|---|
| **Officer Signature:** | _____ | **Date:** _____ |
| **Supervisor's Signature:** | _____ | **Date:** _____ |
| **Inmate's Signature:** | _____ | **Date:** _____ |

Inmates charged with major or serious rule violations shall be given notice of charges through the issuance of the form entitled, "NOTICE OF DISCIPLINARY VIOLATIONS".

# Hamilton County Sheriff's Office - Corrections Division
## Disciplinary Incident Report

Re:

| | |
|---|---|
| **Incident Id:** | **Incident Location:** CJC - N42 |
| **Incident Type:** Inmate Disciplinary Violation | **Incident Datetime:** 04/25/2013 00:00 |
| **Staff Preparing Report:** | **Note:** Force was used. |
| | **Report Datetime:** 04/25/2013 18:21 |
| **Supervisor Notified:** SGT. ELLIOTT | **Datetime Notified:** 00/00/0000 00:00 |

**Incident Details:**

On April, 25, 2013, I,          was assigned as the LC Officer, on L-42.  When I observed I
standing against F-pod's glass wall, pounding his fists on the glass.   Deputy .        aske        to step away from
the glass, via the loud speaker.  After Deputy (        asked        to step away from the glass, he proceeded to the
ringmaster, highly agitated.  My partner, then, called him out to the sallyport, to speak with him.   Before I could open the
pod door,        started to shake the door back and forth.  After entering the sally port, Deputy (        directed I
to come out to the hallway.   He was placed into hand cuffs by my partner and Deputy I       and they proceeded to take
     back to his cell.  When entering back into F- pod, I observed        start to try to jerk away from
     was then placed in cell and the door was secured.

**Characteristics:**

Inmate Fight or Disturbance

**Violations:**

| Datetime | Number | Part | Item | Violation Description | Status |
|---|---|---|---|---|---|
| 04/25/2013 16:40 | 2 | 2 | a | 2.a.  Disobeying any staff order. | Charged |
| 04/25/2013 16:40 | 5 | 5 | g | 5.g.  Unnecessary noise or pounding on doors or windows. | Charged |
| 04/25/2013 16:40 | 5 | 5 | e | 5.e.  Profanity, derogatory remarks or gestures to staff. | Charged |
| 04/25/2013 16:40 | 5 | 5 | a | 5.a.  Assault on a staff member. | Charged |

**Disciplinary Details:**

| | | |
|---|---|---|
| **Officer Signature:** | _____ | **Date:** _____ |
| **Supervisor's Signature:** | _____ | **Date:** _____ |
| **Inmate's Signature:** | _____ | **Date:** _____ |

**Inmates charged with major or serious rule violations shall be given notice of charges
through the issuance of the form entitled, "NOTICE OF DISCIPLINARY VIOLATIONS".**

**OFFICIAL COMPLAINT STATEMENT**

IA #

I / We, _____ _____ of
                    [Name (s)]

_____ _____ _____ _____ _____
    [Street Address]                     [City]          [State]      [Zip]
D.O.B. _____ _____ PHONE _____ ' SS# _____

do hereby file and Official Complaint against _Officer_,

_____

[Officers Name(s)]

who I / we feel did conduct himself / herself in a manner that was improper on _____ at
                                                                                          [Date]
_5:20 pm_ , at _Justes Center_ , as per the following statement of facts
    [Time]              [Location]
regarding the basis for the complaint:

STATEMENT: _I WAS ASSAULTED BY OFFICER_
_IN HOUSING UNIT 42 NORTH_
_BUILDING I WAS SLAPED IN THE FACE_
_WHILE IN HANDCUFFS AND WENT TO_
_MEDICAL._

_____
_____
_____
_____
_____
_____
_____
_____
_____

I / We, hereby certify that the statement included within this page or these _____ pages, is the truth to
the best of my / our recollection.

SIGN: _____

                          WITNESS _____
SIGN: _____
          DATE: _5 / 9 / 2013_                Page ____ of ____ Pages

HAMILTON COUNTY SHERIFF'S DEPARTMENT      FORM II-03

**WITNESS STATEMENT**

IA # _____

I, _____ of _____
            [Print Name]                       [Address – Print]

City _____ State _____ Zip _____ Phone _____

do hereby make the following STATEMENT: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I do hereby certify that the statement included on this page, or in these _____ pages, is the truth to the best of my / our recollection.

SIGN: _____ WITNESS _____

DATE: _____ TIME: _____

Page _____ of _____ Pages

HAMILTON COUNTY SHERIFF'S DEPARTMENT                    FORM II-06

**ADDENDUM TO**:  ☐ II-01                    ┌─────────────────────────┐
(Check One)       ☐ II-02                    │ IA #                    │
                  ☐ II-03                    └─────────────────────────┘
                  ☐ II-05        Complainant _____
                  ☐ II-09
                  ☐           Personnel _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

SIGN: _____

SIGN: _____        WITNESS _____

    DATE: _____        Page _____ of _____ Pages



# HAMILTON COUNTY
### INTERDEPARTMENTAL CORRESPONDENCE

TO:      C/O

FROM: Sgt. William Rarrick
          Chief Investigator

SUBJECT:  Closed Investigation

DATE:  June 6, 2013

At the request of Sheriff Jim Neil, the Corrections Division has conducted an investigation into a charge of Excessive Force by a Deputy Sheriff.

They have investigated this allegation, conducted the necessary interviews and have concluded there is no sustainable evidence to support this charge.

The Sheriff has approved the recommendation that this case be closed as "Exonerated".

A copy of this notice has been forwarded to your Division Commander. Should you have any questions regarding this matter, please contact the Internal Affairs Unit.

Respectfully,

Sgt William Rarrick
Chief Investigator

WR:bb

cc: Division Commander